UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

–against–

JULIO MEDINA,
CHRISTOPHER DANTZLER and
WEIHONG HU,

Defendants.

Case No.: 25-CR-54

Hon. Rachel P. Kovner

**[PROPOSED] ORDER ON CONSENT**

---

**WHEREAS,** Defendant Julio Medina was arrested on February 13, 2025 relating to the charges in the above-referenced case;

**WHEREAS,** also on February 13, 2025, United States Magistrate Judge James R. Cho ordered Defendant Julio Medina released on bail and adopted the parties' recommended bail package of a $250,000 personal recognizance bond secured by two properties owned by the Defendant Julio Medina located at 5 Leslie Court, Clifton Park, New York, 12065 and 8 Fordham Hill Oval, # 10C, Bronx, New York 10468 ("the Properties");

**WHEREAS,** the parties recognize that the Properties should remain available as security for the personal recognizance bond; and

**WHEREAS,** Defendant Julio Medina is the sole owner of the Properties;

**IT IS HEREBY ORDERED,** on consent, between the United States and Defendant Julio Medina that:

1. Defendant Julio Medina shall not sell, transfer, further mortgage or otherwise further encumber the Properties, or do anything to intentionally reduce its value while Defendant Julio Medina is on bail, nor shall he attempt or cause another to do so.

2. If the Court determines that Defendant Julio Medina has failed to obey any condition of his release and, after notice and opportunity to be heard, enters an order requiring forfeiture of the personal recognizance bond, the United States will petition to have the Properties forfeited pursuant to this agreement to satisfy any outstanding money judgment, up to the amount of the bond ($250,000), and Defendant Julio Medina shall not challenge, contest or otherwise object to such sale, nor shall he attempt or cause another to do so.

3. This prohibition in the above-referenced paragraphs will continue as long as Defendant Julio Medina is on bail or until this Order is otherwise amended by further order of the Court.

Dated:   Brooklyn, New York
         February 20, 2025

ACCEPTED AND AGREED:

_____
Julio Medina

Dated:   Brooklyn, New York
         February __, 2025

SO ORDERED:

_____
Rachel P. Kovner, U.S.D.J.