ELJN ELLIOTT LEVINE JAROSLAW NEILS LLP

One Grand Central Place
60 East 42nd Street, Suite
1570
New York, NY 10165
tel: +1 (212) 321-0510

www.eljnlaw.com

October 27, 2026

**BY ECF**

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *United States v. Julio Medina, et al.*, No. 25-cr-54 (S-1) (RPK) — Request for Leave to File a Memorandum of Law of up to 50 Pages**

Dear Judge Kovner:

We submit this letter on behalf of the defendant Julio Medina and respectfully request leave, under Rule IV.C.1 of the Court's Individual Practice Rules, to file a memorandum of law of up to 50 pages, exclusive of tables, exhibits, and attachments, in support of Mr. Medina's pretrial motions, which are due today under the Court's Minute Entry and Order of October 26, 2026. On October 8, 2026, Mr. Medina asked for leave to file up to 40 pages, and the Court granted this request. (ECF No. 69).

The memorandum presents eight motions in one brief with a single account of the record, rather than in separate memoranda: disclosure of how the City's inquiry came about, dismissal of Count Two, a bill of particulars, severance, a *Brady* statement, the outstanding Rule 16 material, the execution of the warrants and the return of the non-responsive data, and the protection of Mr. Medina's privileged communications. The defendants join one another's motions rather than repeat them, as their joint letter filed today sets out.

Since Mr. Medina's October 8 request, the record on several of these motions has changed. On October 21, 2026, the government produced more than 1,700 pages of material from Mr. Medina's telephones, together with correspondence showing that it had been seeking the position of his former employer, Exodus Transitional Community, Inc., on the privilege status of his communications since November 2025, and it has since received further material from its filter team. (ECF Nos. 73, 74.) The memorandum addresses that production where it bears on the motions already briefed: the outstanding Rule 16 material, the government's *Brady* obligations, and the protection of Mr. Medina's privileged communications, which resulted in the brief being longer than initially drafted.

If the Court prefers a shorter memorandum, Mr. Medina will file one of the length the Court permits, but respectfully requests an additional one day to do so.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Lynn A. Neils
Lynn A. Neils
Counsel for Julio Medina

cc: All counsel of record (by ECF and email)