**FILED UNDER SEAL**

# EXHIBIT B

Contracts and emails concerning the City's hotel program, as produced by the government

- E-MOCJ000045 (D. Ortiz to D. Rosario, Mar. 14, 2022, forwarding the executed NYCEM–Global agreement)
- E-MOCJ000046 (NYCEM–Global Operations Security, Inc. agreement no. 2020-020125, first page)
- E-MOCJ005445, 005990, 006008 (April 2020 MOCJ emails)
- E-MOCJ039901–04 (B. Rodriguez to N. Reissig and City staff, Apr. 1, 2021)
- SENSITIVE_EDNY_0000220767 (hotel use extension, as produced)
- EDNY_0000057479–57570 (Emergency Agreement for the Procurement of COVID-19 Emergency Hotel Services, June 11, 2020)
- EDNY_0000057575–83 (Amendment #5 to that agreement, with budget)

**From:** Diana Ortiz [DOrtiz@etcny.org]
**Sent:** 3/14/2022 9:32:38 AM
**To:** Danielle Rosario [drosario@etcny.org]
**CC:** Julio Medina [jmedina@etcny.org]; Tomasina Salcedo [tsalcedo@etcny.org]
**Subject:** Global security
**Attachments:** NYCEM Global Agreement 20200419.pdf Fully Executed.pdf

Hi Danielle, you may have this already. Just did an email search and located this document that was provided to us to help with the transition from OEM to us with Global security. Thanks

**With Gratitude, Diana**


**Diana Ortiz, MA, CASAC-T**
**(pronouns: she/her/hers – what is this?**
**V.P. of Wellness/Genesis M.H. Centers**
Cell:(914) 645-7665

**2268 Third Avenue**
**New York, NY 10035**
**(917) 492-0990 (ext. 113)**


***"I am no poet, but" unknown author***

**www.etcny.org**


***You can donate 0.5% of the price of your eligible AmazonSmile purchases to Exodus. Simply sign up here:*** amazon

***Join our mailing list here***

***Are you registered to vote? Register to vote online today.***
***Moved recently? Update your information with the NYS Board of Elections.***
***Not sure if you're registered to vote? Search your voter registration status.***

*Attention: This message contains information that may be legally confidential and/or privileged. The information is intended solely for the individual(s) or entity (ies) named above, and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited, and may be unlawful. If you have received this message in error, please reply immediately to the sender that you have received the message in error, and delete it.*

# AGREEMENT

This staffing and service agreement (this "**Agreement**") is between the CITY OF NEW YORK (the "**City**"), a municipal corporation organized under the laws of the State of New York, acting by and through NEW YORK CITY EMERGENCY MANAGEMENT ("**NYCEM**"), and Global Operations Security, Inc. ("**Global**" or "**Contractor**") a New York business corporation. Each of Global and NYCEM is a "**Party**" and collectively they may be referred to as the "**Parties.**"

## RECITALS

Under the New York City Charter, NYCEM is responsible for coordinating, preparing for, and responding to emergency conditions and potential incidents.

To carry out its mission, NYCEM is responding to the COVID-19 public health emergency that has impacted the health and safety of the public; and

NYCEM, on behalf of the City of New York, has procured a large number of hotel rooms at isolation hotels ("**Isolation Hotels**") to provide isolation housing to COVID-19 positive individuals and is continuing to expand the program to healthcare workers and other vulnerable populations (all hotel clients are collectively referred to in this Agreement as "**Clients**"); and

NYCEM requires security professionals along with field staff and management to provide client security and protection during Clients' stays in the Isolation Hotels; and

Pursuant to the emergency procurement rules currently in effect NYCEM has identified a vendor appropriately qualified and experienced to provide these services as more fully outlined in this Agreement.

**The Parties therefore agree as follows:**

1. **Contract Term.**

The term of this Agreement will commence on April 18, 2020 (the "Commencement Date") and continue until September 30, 2020 or until a termination notification is issued by the City of New York and the Contractor's final invoice is paid (the earlier of which shall be the "Termination Date"). Email, read receipt is an acceptable termination notification between the parties. Upon receipt of a termination notification from NYCEM, the Contractor shall cease work and shall provide NYCEM with a final invoice for all service provided through receipt of the termination notice. Upon payment of this final invoice, the Agreement shall terminate. The time between the Commencement Date and Termination Date of this Agreement shall be referred to as the "**Term.**"

2020-020125

**From:** Calabrese, Anna [/O=NYCMAYOR/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CALABRESE, ANNA878]
**Sent:** 4/4/2020 12:30:15 PM
**To:** Mika Suzuki [msuzuki@fortunesociety.org]; Susan Gottesfeld | Pronouns: she/her/hers [sgottesfeld@osborneny.org]; Spina, Danielle [D.Spina@housingworks.org]
**CC:** Nora Reissig [NReissig@etcny.org]; Sherry Goldstein [sgoldstein@fortunesociety.org]; SEstrada@FEDCAP.org [SEstrada@fedcap.org]; Joanne Page [jpage@fortunesociety.org]; Stanley Richards [srichards@fortunesociety.org]; Randi Rothschild [rrothschild@fortunesociety.org]; Rob DeLeon [rdeleon@fortunesociety.org]; Garvin, Eric [egarvin@cityhall.nyc.gov]; Gyasi Headen [gheaden@osborneny.org]; Cassel, Sarah [scassel@cityhall.nyc.gov]; Dozier-Lewis, Nandi [ndozier-lewis@cityhall.nyc.gov]; Julio Medina [jmedina@etcny.org]; Diana Ortiz [DOrtiz@etcny.org]; dbrown@osborneny.org
**Subject:** RE: Reentry Hotel Provider Coordination

https://docs.google.com/spreadsheets/d/1kOEOKW1HYHLWHKshuVqtWXT9y4T2uCjwjivg5RLbbHs/edit?usp=sharing

---

**From:** Calabrese, Anna
**Sent:** Saturday, April 04, 2020 12:28 PM
**To:** Mika Suzuki; Susan Gottesfeld | Pronouns: she/her/hers; Spina, Danielle
**Cc:** Nora Reissig; Sherry Goldstein; SEstrada@FEDCAP.org; Joanne Page; Stanley Richards; Randi Rothschild; Rob DeLeon; Garvin, Eric; Gyasi Headen; Cassel, Sarah; Dozier-Lewis, Nandi; Julio Medina; Diana Ortiz; dbrown@osborneny.org
**Subject:** RE: Reentry Hotel Provider Coordination

Hi all--

please see the link to the spreadsheet with reentrant information and cell-phone info included.
We will discuss on the call.

https://docs.google.com/spreadsheets/d/1kOEOKW1HYHLWHKshuVqtWXT9y4T2uCjwjivg5RLbbHs/edit?usp=sharing

---

**From:** Mika Suzuki [msuzuki@fortunesociety.org]
**Sent:** Friday, April 03, 2020 3:54 PM
**To:** Susan Gottesfeld | Pronouns: she/her/hers; Spina, Danielle
**Cc:** Nora Reissig; Calabrese, Anna; Sherry Goldstein; SEstrada@FEDCAP.org; Joanne Page; Stanley Richards; Randi Rothschild; Rob DeLeon; Garvin, Eric; Gyasi Headen; Cassel, Sarah; Dozier-Lewis, Nandi; Julio Medina; Diana Ortiz; dbrown@osborneny.org
**Subject:** Reentry Hotel Provider Coordination
**When:** Saturday, April 04, 2020 12:30 PM-1:00 PM.
**Where:** https://fortunesociety.zoom.us/j/582841171?pwd=SzNabzJQY2lVSjdaNFcwUHI5VHNVUT09

Please see below the Zoom information for tomorrow's 12:30 pm call. Thank you.

Join Zoom Meeting
https://fortunesociety.zoom.us/j/582841171?pwd=SzNabzJQY2lVSjdaNFcwUHI5VHNVUT09

Meeting ID: 582 841 171
Password: 014501

One tap mobile
+16465588656,,582841171# US (New York)

**From:** Cassel, Sarah [/O=NYCMAYOR/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CASSEL, SARAHDCF]
**Sent:** 4/3/2020 1:04:25 PM
**To:** Calabrese, Anna [acalabrese@justice.nyc.gov]; sgoldstein@fortunesociety.org; SEstrada@FEDCAP.org; jpage@fortunesociety.org; srichards@fortunesociety.org; rrothschild@fortunesociety.org; rdeleon@fortunesociety.org; d.spina@housingworks.org; sgottesfeld@osborneny.org; Garvin, Eric [egarvin@cityhall.nyc.gov]; msuzuki@fortunesociety.org; Nora Reissig [NReissig@etcny.org]; Gyasi Headen [gheaden@osborneny.org]
**Subject:** RE: Reentry Hotel Provider Coordination

+ Nora and Gyasi

---

**From:** Calabrese, Anna
**Sent:** Friday, April 03, 2020 1:01 PM
**To:** sgoldstein@fortunesociety.org; SEstrada@FEDCAP.org; jpage@fortunesociety.org; srichards@fortunesociety.org; rrothschild@fortunesociety.org; rdeleon@fortunesociety.org; d.spina@housingworks.org; sgottesfeld@osborneny.org; Cassel, Sarah; Garvin, Eric; msuzuki@fortunesociety.org
**Subject:** Reentry Hotel Provider Coordination

Hi all—
Please see most current list of releases below. Will follow up with more coordination info shortly.

Everyone in yellow is released and checked in.
Folks in orange have not yet been confirmed as checked in and may be in transit.
Red are folks with holds that prevent their release, and they are still in city jails.

| NAME | DIN | NYSID | ROOM# | Notes |
|---|---|---|---|---|
| ALICEA,LUIS | 16R1284 | 00076168N | 325 | |
| BALL,ROBERT | 12A1920 | 07160140Z | 301 | |
| BARNES,JAMES | 17R2231 | 03852399H | 307 | |
| BELCHER,KENNETH | 16A2664 | 05395139M | 406 | |
| [redacted] | | | | |
| BROWN,MARCUS | 01A1632 | 04629807N | 624 | |
| BURNETT,MICHAEL | 16A1335 | 04867723R | 622 | |
| CALLAHAN,JOSEPH | 17A3163 | 06951860Q | 207 | |
| CARTAGENNA,IVAN | 14A4868 | 08900888L | 514 | |
| CORDERO,MICHAEL | 16R3287 | 06469211L | 407 | |
| CRUZ,ERICK | 17R2209 | 01859630P | 424 | |
| CUENCAS,JOHN | 07A3534 | 08170452Y | 212 | |
| CUMMINGS,CHAREFE | 18R0572 | 13732591L | 425 | |
| CURTIS,JOHN | 00A4749 | 04784906H | 414 | |

**From:** Jennifer Kaake [JKaake@etcny.org]
**Sent:** 4/20/2020 10:07:27 PM
**To:** Calabrese, Anna [acalabrese@justice.nyc.gov]; lev@oem.nyc.gov
**CC:** Nora Reissig [NReissig@etcny.org]; Kathleen Bernier [KBernier@etcny.org]; Diana Ortiz [DOrtiz@etcny.org]
**Subject:** 4/20/20 Wyndham Garden Wellness Check
**Attachments:** Wellness OEM 4.20.20.xlsx

**Flag:** Flag for follow up

Good evening,

Attached please find the Wellness Check list for Wyndham Garden for this evening. All other residents were seen and spoken with throughout the duration of the day.

Jennifer Kaake, MA
(pronouns: she/her/hers)
Director of Common Unity

Offices:

| 2271 3rd Avenue | 97-99 Cannon Street | 85 Grand Street |
|---|---|---|
| New York, NY 10035 | Poughkeepsie, NY 12601 | Newburgh, NY 12550 |
| (917) 492-0990 Ext. 122 | (845) 452-7620 | (845) 565-2700 |

www.etcny.org

Exodus Transitional Community

With a firm belief in human resilience, we deliver innovative programming tailored to adults and youth affected by the justice system, and advocate for a society in which all can achieve social, economic, and spiritual well-being.

www.etcny.org

Attention: This message contains information that may be legally confidential and/or privileged. The information is intended solely for the individual(s) or entity (ies) named above, and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited, and may be unlawful. If you have received this message in error, please reply immediately to the sender that you have received the message in error, and delete it.

**From:** Ben Rodriguez [benrod1.consultantsjustforyou@gmail.com]
**Sent:** 4/1/2021 11:49:49 AM
**To:** Nora Reissig [NReissig@etcny.org]
**CC:** Williams, Timothy [twilliams2@cityhall.nyc.gov]; Affonso-Wagner, Adeline [aawagner@cityhall.nyc.gov]; Cruz, Osvaldo [ocruz@cityhall.nyc.gov]; Shawn Dougherty [sdougherty@etcny.org]; Diana Ortiz [DOrtiz@etcny.org]; Calabrese, Anna [acalabrese@justice.nyc.gov]
**Subject:** Re: Exodus Call

Tim and Ozzie

I checked our accounts today. We owe Global approximately $ 1.5M (for March) and Watchforce $ 250K (for March as well). At this time, we barely have enough to meet our next payroll.

It seems to me that we need another loan. This is a lot of money to be asking us to "float".

Please let me know what can be done.

Thanks

Ben

On Wed, Mar 31, 2021 at 6:02 PM Nora Reissig <NReissig@etcny.org> wrote:

+ Anna.

**Nora Reissig, MA, LMSW**
**(pronouns: she/her/hers – what is this?**
**V.P. of Development & Programs**
***Cell # (646)730-5812***

EXODUS TRANSITIONAL COMMUNITY, INC
CHANGING LIVES • RESTORING HOPE

**Offices:**

| | | |
|---|---|---|
| **2268 3rd Avenue** | **97-99 Cannon Street** | **85 Grand Street** |
| **New York, 10035** | **Poughkeepsie, 12601** | **Newburgh, 12550** |
| **(917) 492-0990** | **(845) 452-7620** | **(845) 565-2700** |

**www.etcny.org**

You can donate 0.5% of the price of your eligible AmazonSmile purchases to Exodus. Simply sign up here: https://smile.amazon.com/ch/31-1731465

Join our mailing list here: https://www.etcny.org/mailing-list

***Are you registered to vote? Register to vote online today.***

***Moved recently? Update your information with the NYS Board of Elections.***

***Not sure if you're registered to vote? Search your voter registration status.***

Attention: This message contains information that may be legally confidential and/or privileged. The information is intended solely for the individual(s) or entity (ies) named above, and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited, and may be unlawful. If you have received this message in error, please reply immediately to the sender that you have received the message in error, and delete it.

**From:** Ben Rodriguez <benrod1.consultantsjustforyou@gmail.com>
**Sent:** Wednesday, March 31, 2021 5:47 PM
**To:** Williams, Timothy <TWilliams2@cityhall.nyc.gov>
**Cc:** Affonso-Wagner, Adeline <AAWagner@cityhall.nyc.gov>; Cruz, Osvaldo <OCruz@cityhall.nyc.gov>; Nora Reissig <NReissig@etcny.org>; Shawn Dougherty <sdougherty@etcny.org>; Diana Ortiz <DOrtiz@etcny.org>
**Subject:** Re: Exodus Call

Thanks Tim. Once again, the payables are increasing at a fast pace. We may need another loan.

On Wed, Mar 31, 2021 at 4:16 PM Williams, Timothy <TWilliams2@cityhall.nyc.gov> wrote:

As we discussed on the last call, the vouchers cannot be paid until the extension contract amendment through March is registered. We are actively trying to get through as soon as we can and looks like that should be finalized by next week.

Best,

Tim

**From:** Ben Rodriguez <benrod1.consultantsjustforyou@gmail.com>
**Sent:** Wednesday, March 31, 2021 4:05 PM
**To:** Williams, Timothy <TWilliams2@cityhall.nyc.gov>
**Cc:** Affonso-Wagner, Adeline <AAWagner@cityhall.nyc.gov>; Cruz, Osvaldo <OCruz@cityhall.nyc.gov>; Nora Reissig <NReissig@etcny.org>; Shawn Dougherty <sdougherty@etcny.org>; Diana Ortiz <DOrtiz@etcny.org>
**Subject:** Re: Exodus Call

Tim

Okay. We will follow up with Anna.

My question now, however, relates to vouchering. Now that you have the second voucher for February and the first March voucher, when can we expect the next payment?

Thanks

Ben

On Wed, Mar 31, 2021 at 3:41 PM Williams, Timothy <TWilliams2@cityhall.nyc.gov> wrote:

There is no call on the calendar for today and unfortunately, I have a conflict at 4pm today. If there are any pressing questions please send them along and we will respond to you as soon as we can. You may also want to coordinate with Anna first, as we have gone over some next steps with her.

Best,

Tim

**From:** Ben Rodriguez <benrod1.consultantsjustforyou@gmail.com>
**Sent:** Wednesday, March 31, 2021 3:27 PM
**To:** Affonso-Wagner, Adeline <AAWagner@cityhall.nyc.gov>; Williams, Timothy <TWilliams2@cityhall.nyc.gov>; Cruz, Osvaldo <OCruz@cityhall.nyc.gov>; Nora Reissig <NReissig@etcny.org>; Shawn Dougherty <sdougherty@etcny.org>; Diana Ortiz <DOrtiz@etcny.org>
**Subject:** Exodus Call

Hello All

Just want to confirm that we are on at 4pm today.

We very much want to have the call.

Thanks

Ben

--

**Ben Rodriguez**

**CEO/President**

**Consultants Just for You, Inc.**

**6108 Third Avenue**

**Brooklyn, New York 11220**

**646 342 4416**

--

**Ben Rodriguez**
**CEO/President**
**Consultants Just for You, Inc.**
**6108 Third Avenue**
**Brooklyn, New York 11220**
**646 342 4416**

--

**Ben Rodriguez**
**CEO/President**
**Consultants Just for You, Inc.**
**6108 Third Avenue**
**Brooklyn, New York 11220**
**646 342 4416**

--

**Ben Rodriguez**
**CEO/President**
**Consultants Just for You, Inc.**
**6108 Third Avenue**
**Brooklyn, New York 11220**
**646 342 4416**

11:13
◄ Mail

JT
4 People

Coming up

John, Janice is calling you

Please pick up

So we can all get on call

Wed, Aug 18, 1:10 PM

Danielle Ben-Ishay

to me

Deputy Commissioner Henderson,

Thank you for taking the time to get on a call with us. We just want to recap our conversation and plan to move forward.

We approve the extension until September 30, 2021. It is our understanding that this will be the final extension and no further extensions will be authorized for the current tenant, ICL.

Further, DHS will coordinate with MOCJ in transitioning the current DHS population to the potential MOCJ population. The provider, Exodus, has expressed interest in taking over the site. It is also our understanding that the site is pending with City Hall for approval.

Thank you again and we appreciate our

Mon, Aug 23, 11:07 AM

Janice Fresh Meadow Tian

iMessage

**EMERGENCY AGREEMENT**
**FOR THE PROCUREMENT**
**OF**
**COVID-19 EMERGENCY HOTEL**
**SERVICES**
**CONTRACTOR:**
**EXODUS TRANSITIONAL COMMUNITY, INC.**
**EPIN: 00220E0007001**

6/11/2020

AGREEMENT dated _______between the City of New York ("City") acting by and through its **Mayor's Office of Criminal Justice** ("Department"), having an office located at One Centre Street, Room 1012N, New York, New York 10007, and **Exodus Transitional Community, Inc.** ("Contractor"), a not-for-profit corporation having its principal office located at 2271 3rd Avenue, New York, NY 10035.

WHEREAS, pursuant to Emergency Executive Order 101 (amending Emergency Executive Order 100) Mayor de Blasio has directed, to the extent such laws and rules may be suspended consistent with State law, that the following laws and rules related to procurement are suspended to the extent necessary for the City to procure necessary goods, services and construction in response to the novel coronavirus ("COVID-19") emergency: Chapter 13 of the New York City Charter; Title 9 of the Rules of the City of New York (The Procurement Policy Board Rules); and Section 6-101 through 6-107.1, 6-108.1 through 6-121, and 6-124 through 6-129 of the New York Administrative Code.

WHEREAS, pursuant to the above-mentioned Executive Order 101, and to adhere to all shelter-in-place orders and regulations issued by New York City and New York State authorities in response to COVID-19, the Mayor's Office of Criminal Justice ("MOCJ"), on behalf of the City of New York (the "City"), has been authorized to enter into the emergency procurement for enhanced reentry services;

WHEREAS, the COVID-19 pandemic generated a need for enhanced reentry services, due to the dangers and increased risk of COVID-19 infection in congregate settings;

WHEREAS, the Contractor operates enhanced reentry services assisting recent reentrants from local jails, state prisons and other forms of justice involvement, such as parolees, and is able to staff multiple hotel sites in the wake of COVID-19 helping reentrants to get connected to basic resources, job training, job leads, mental health services, housing resources, conduct wellness checks, case management, and behavioral health services;

WHEREAS, the Department will liaise with the New York State Department of Corrections and Community Supervision ("DOCCS") Statewide Director of Reentry Services and several leads at the New York City Department of Correction ("DOC") and other jails in New York City as individuals are released due to the COVID-19 crisis.

WHEREAS, via Letter of Intent dated May 26th, 2020, the City indicated its interest in procuring Contractor's enhanced reentry services;

WHEREAS, the Contractor accepted the terms specified in the City's Letter of Intent and is ready, willing, and able to provide the enhanced reentry services necessary to respond to the COVID-19 emergency, including but not limited to supportive services and linkages for reentrants, returning citizens, and formerly incarcerated individuals at hotel sites, where such services are currently offered by Contractor in conjunction with the New York City Emergency Management;

WHREAS, the Contractor and the Department are ready, willing, and able to coordinate a 24/7 operation at each hotel site ensuring that operations run smoothly;

THEREFORE, the parties hereto do mutually agree as follows:

## ARTICLE 1. DEFINITIONS

The definitions set forth in Chapter 1, Section 1-01(e) of the Procurement Policy Board Rules shall apply to this Contract.

1. "Budget" is the contract budget attached to the Agreement as "**Appendix B**";
2. "Confidential Information" means information made available to the Contractor by the City for the performance of this Agreement. Confidential Information includes but is not limited to identifying information as defined in Section 1.02(G) of the Privacy Protection Rider attached hereto, Geo-location Data and Metadata, tracking information; biometric information, and any other information protected under the confidentiality and privacy provisions of the Privacy Protection Rider and Appendix A to this Agreement;
3. "Hotel Sites" means the Holiday Inn hotel, 113-10 Horace Harding Expressway, Queens, NY and Wyndham Garden Fresh Meadows Flushing hotel, 61-27 186th Street, Fresh Meadows, NY 11365.
4. "Letter of Intent" means the letter dated May 26th, 2020, in which the City indicated its interest in procuring Contractor's services.

## ARTICLE 2. TERM & PROGRAM PROVISIONS

2.1 TERM

**A. Term.** The term of the contract will be for the period of four (4) months, beginning April 1, 2020 and ending on July 30, 2020.

**B. Renewal Option.** The Department may, at its discretion renew the agreement for a period of one (1) year. The Department will only execute the renewal option if the New York City Emergency Management ("NYCEM") hotel contract is extended and receives approval for such renewals.

**C. Emergency Agreement.** Contractor acknowledges that an emergency was declared by the City, in connection to which Contractor might have begun supplying its services immediately while this Agreement was negotiated. Contractor further acknowledges that

up until the execution and registration of this Agreement, Contractor has been working with the City under the terms and conditions laid out in the Letter of Intent.

2.2 SCOPE OF WORK. In accordance with this Agreement (including any exhibits), Contractor agrees to prepare and deliver the Work to Department.

**A. Objectives**. The Contractor will operate as an essential provider of enhanced reentry services, assisting recent reentrants from local jails, state prisons, and other forms of justice involvement, such as parolees, at the Hotel Sites, helping reentrants to get connected to basic resources, job training, job leads, mental health services, housing resources, conduct wellness checks, case management, and behavioral health services.

**B. Budgeted Services.** Subject to delivery of the Work, the Department will pay the Contractor for the Work, according to the Budget (Appendix B) and to Article 5 of this Agreement. The total payment for services provided during the Term of the contract shall not exceed $835,631.48 (eight hundred thirty five thousand six hundred thirty one dollars and forty-eight cents).

**C. The Work.**

1. The Contractor will provide Enhanced Reentry Services for reentrants, returning citizens, and formerly incarcerated individuals at the Hotel Sites in conjunction with NYCEM, including but not limited to:
   a. supporting reentrants, many of who would otherwise be homeless and otherwise unstably supported, increasing connections between reentrants and job opportunities, mental and physical health supports, food delivery, clothing supplies, MetroCards, cell phones, benefits activation, substance use intervention, family reunification, and motivational interviews;
   b. establishing and maintaining communication with state reentry officials with respect to parolees, state prisoners, and other categories of reentrants returning to New York City in order to ensure public safety and community cohesion.
2. The Contractor will coordinate with the Department to provide uninterrupted operation on a 24/7 schedule with Contractor's live-in Resident Aides at each Hotel Site ensuring that operations run smoothly.

2.1 INDEPENDENT CONTRACTOR: The Contractor and the Department agree and acknowledge that Contractor's relationship with the Department and the City shall be that of an independent contractor. Nothing in this Agreement is intended to or should be construed to create a partnership, joint venture, or employment relationship.

2.2 ASSIGNMENT AND SUBCONTRACTING:

**A. No Assignment.** Without the Department's prior written consent, this Agreement may not be assigned or transferred by Contractor to any other party.

B. **Prior Approval.** The Contractor may not enter into agreements with nor remit payments to any subcontractors or third parties for the purposes of meeting its obligations under this Agreement without prior written approval from the City.

C. **Subcontracts.** Where the City authorizes Contractor to use subcontractors, any agreement between the Contractor and approved subcontractor must be in writing, and bind the subcontractors to the terms and conditions set forth in this Agreement, including, without limitation: Appendix A, Section 5.08; the Privacy Protection Rider attached hereto; all applicable confidentiality protections required by local, state, or federal law; and the bar on use of the City's Confidential Information or other data, image, or materials for any purpose not approved explicitly under this Agreement.

D. **Force Majeure.** With the exception of subcontractors Contractor seeks to contract with pursuant to the terms of Section 2.2.D of this Agreement, the City will only contemplate subcontracts and subcontracting agreements necessitated by Force Majeure circumstances, as defined in Section 10.04 of Appendix A, and limited to the subcontracting of server, network, or tech repair services necessary to keep the City's EM Program operational.

## ARTICLE 3. REPRESENTATIONS

3.1 REPRESENTATIONS. Contractor represents and warrants as follows: (i) that Contractor has the full right and authority to enter into this Agreement, and to grant the rights and licenses granted to Department under this Agreement; (ii) that Contractor has not previously assigned or transferred, on a restrictive basis, or otherwise encumbered such rights; (iii) that except for the material identified by Contractor in accordance with paragraph 3(c), the Work shall be Contractor's original work product or work product properly licensed to Contractor with the right to assign such license, and the Work shall not infringe upon any copyright or other intellectual property right or violate any law or regulation; (iv) that the Work shall contain no matter which will be libelous or otherwise injurious or in violation of any right or privacy or any other personal or proprietary right of any third party; and (v) that Contractor is under no obligation to any other person that could interfere with his/her performance of this Agreement, or could interfere with or impair Department's use of the Work. Contractor shall defend, indemnify, and hold Department harmless for any claim, loss, damage, expense, or liability that may result from any breach or alleged breach of any of these representations and warranties.

3.2 CONFLICT OF INTEREST. During the term of this Agreement, Contributor shall not: (i) become a party to any agreement or subject to any obligation which would impede or prohibit his/her performance of this Agreement; or (ii) prepare, publish, license, distribute, or otherwise make generally available any work which would interfere with or injure the Department's sale or other commercial use of the Work.

## ARTICLE 4. CONFIDENTIALITY

4.1 CONFIDENTIALITY.

A. **Confidential Information.** The Contractor agrees not to disclose Confidential Information, obtained, collected, or captured pursuant to this Agreement. The Contractor may not provide, transmit, share, or otherwise disseminate Confidential Information without prior written approval from the Department or the City, unless otherwise required by local, state, or federal law. All Confidential Information contemplated by this Agreement is subject to the terms of this Agreement, including the Privacy Protection Rider and Appendix A. Any business plans, customer or contributor lists, distribution channels, suppliers, samples, programs, or other technical or business information identified as confidential (Confidential Information) furnished or disclosed to Contractor by City shall be the property of City and, when in tangible form, shall be returned to City upon expiration or termination of this Agreement, or upon City's earlier request. The terms of this Agreement shall also be Confidential Information. Unless the Confidential Information was previously known to Contributor free of any obligation to keep it confidential, or has been or is subsequently made public by City or a third party which had the right to do so, or is independently developed by the Contractor, it shall be held in confidence by Contractor, shall be used only for the purposes of performing Contractor's services under this Agreement, and may be used for other purposes only if agreed to in writing by the Department.

B. **Breach of Confidentiality.** Contractor shall immediately notify the Department in writing if Contractor learns of or reasonably suspects any unauthorized use or disclosure of Confidential Information by its personnel or any third party who gained unauthorized access to such information and to take all reasonably necessary steps to prevent or mitigate damages related thereto. Contractor's notice to the Department shall include a description of the nature of the unauthorized use or disclosure, the Confidential Information that may have been disclosed, the names and the affiliations of the parties (if known) who gained access to Confidential Information without authorization, and a description of the steps taken, if any, to mitigate the effects of the unauthorized use or disclosure, in accordance with all relevant laws and regulations.

C. **Survival.** The provisions of this Section shall remain in full force and effect following termination of, or cessation of the services required by, this Agreement.

## ARTICLE 5. PAYMENTS

5.1 PAYMENT REQUEST. Contractor shall deliver invoices to the Department at MOCJinvoice@cityhall.nyc.gov.

5.2 PROMPT PAYMENT. In accordance with §4-06 of the City of New York's Policy Board Rules, the City of New York's policy is to process contract payments efficiently and expeditiously. The Department shall make a timely payment to the Contractor based on the Invoice Received or Acceptance Date for Goods and Services (as defined in §4-06(b) of the PPB Rules). Since this is an emergency contract, it is understood by both parties that the terms of this provision shall not come into effect until after the contract is registered with the

New York City Comptroller's Office.

5.3 ADDITIONAL APPLICABLE LAWS AND PROVISIONS. This Agreement is subject to the Investigations Clause, the additional provisions set forth in the attached riders and Appendix A, and the Department's Fiscal Manual, *available on-line at*: https://www1.nyc.gov/assets/criminaljustice/downloads/pdfs/Fiscal%20Manual%20-%20FINAL.PDF. In addition, Contractor shall complete and execute the Tax Affirmation attached in Appendix A.

## ARTICLE 5. GENERAL PROVISIONS

5.1 GENERAL. The invalidity, in whole or in part, of any provision of this Agreement shall not void or affect the validity of any other provision. The failure of either party to enforce any right under this Agreement shall not be construed to be a waiver of that right, or of damages caused by such failure, or of any other rights under this Agreement. This Agreement, and the transactions under it, shall be governed by and construed in accordance with the laws of the State of New York, and jurisdiction over any action to enforce this Agreement, or any dispute arising from or relating to this Agreement shall subsist solely in the state and/or federal courts located within State of New York

5.2 NOTICES. All notices or other communications (other than invoices which are dealt with in Section 4.2 of this Agreement) required or permitted to be given hereunder shall be in writing and shall be deemed given when delivered in person or five (5) days after the date deposited with Federal Express, any other international expedited mail service, or by certified mail, postage prepaid, addressed to the addresses of the parties set forth below:

**City Contact:**
NYC Mayor's Office of Criminal Justice
Once Centre Street Room 1012 N
New York, NY 10007
Attn: Joanna Moskwa
Copy: MOCJ Legal Team

**Contractor Contact:**
Exodus Transitional Community, Inc.
2268 3rd Avenue
New York, NY 10035
Attn: Julio Medina, CEO

Each Party shall notify the other party in writing by the methods specified in this section if there are any changes in addresses or in the names or titles of the contact persons. After any such written notification of a change of address, all subsequent notices shall be sent to the new address.

5.3 ENTIRE AGREEMENT. This Agreement constitutes the entire agreement between the Department and Contractor and may be modified only by further written agreement between the parties hereto. This Agreement consists of the following:

- This Agreement (this document) along with the attached riders;
- Appendix A (General Provisions Governing Contracts for Consultants, Professional, Technical and Human Client Services);
- Appendix B (Budget);
- The Mayor's Office of Criminal Justice Fiscal Manual.

**[Remainder of this page intentionally left blank]**

IN WITNESS WHEREOF, the parties have duly executed this Agreement on the date first above written.

| **Contractor** | **City** |
| --- | --- |
| **Exodus Transitional Community, Inc.** | **The City of New York Mayor's Office of Criminal Justice** |
| BY: [signature] | BY: Alison MacLeod (Digitally signed by Alison MacLeod DN: cn=Alison MacLeod, o=Mayor's Office of Contract Services, ou=Contract Unit, email=[illegible], c=US Date: [illegible]) |
| | **Alison MacLeod, ACCO** |
| **Authorized Agent:** | |
| JULIO MEDINA | |
| **Name *(Print)*** | **Date** |
| EXCECUTIVE DIRECTOR | |
| **Title *(Print)*** | |
| 06/10/2020 | |
| **Date** | |
| 31-1731465 | |
| **Fed. Employer I.D. No.** | |
| | **Department Contract Number** |

**Approved as to Form and**

**Certified as to Legal Authority**

**Acting Corporation Counsel**

**From:** Tomasina Salcedo
**To:** Moskwa, Joanna
**Cc:** Julio Medina; Nora Reissig; Calabrese, Anna
**Subject:** RE: Letter of Intent - MOCJ Emergency Procurement
**Date:** Wednesday, June 10, 2020 5:33:16 PM
**Attachments:** EXODUS EMERGENCY AGREEMENT for execution -signed.pdf

---

Hi Johana, attached please find the executed pdf. 2 hard copies will be placed in the mail.
The broker form with notarization will be provided to us tomorrow and I will then send to you.

We accept the waiver for notarization.

**Thanks,**

**Tomasina Salcedo, CBCS**
**Director of Administration/HR**
**Notary Public**

Offices:

| | | | |
|---|---|---|---|
| **2268 3rd Avenue** | **2271 3rd Avenue** | **97-99 Cannon Street** | **85 Grand Street** |
| **New York, NY 10035** | **New York, NY 10035** | **Poughkeepsie, NY 12601** | **Newburgh, NY 12550** |
| **(917)492-0990** | **(917) 492-0990** | **845) 452-7620** | **(845) 565-2700** |

www.etcny.org

-
Attention: This message contains information that may be legally confidential and/or privileged. The information is intended solely for the individual(s) or entity (ies) named above, and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited, and may be unlawful. If you have received this message in error, please reply immediately to the sender that you have received the message in error, and delete it.

**From:** Moskwa, Joanna <JMoskwa@cityhall.nyc.gov>
**Sent:** Wednesday, June 10, 2020 11:50 AM
**To:** Tomasina Salcedo <tsalcedo@etcny.org>
**Cc:** Julio Medina <jmedina@etcny.org>; Nora Reissig <NReissig@etcny.org>; Calabrese, Anna <ACalabrese@justice.nyc.gov>
**Subject:** RE: Letter of Intent - MOCJ Emergency Procurement
**Importance:** High

Dear Tomasina:

Please find the approved contract attached for execution.
Pease execute 2 hard copies and send me the **partially executed PDF as soon as possible.**

INSTRUCTIONS FOR EXECUTION:

- Please don't fill out the date on the first page (it will be filled out once MOCJ executes)
- Signature Page, p. 8
- Notarization Page, p. 9 – please see waiver instructions below.
- Affirmation, p. 82
- Broker's Certificate, p. 87 – to be signed by insurance broker – for notarization please see waiver instructions below.

Please send both hard copies to:

Mayor's Office of Criminal Justice
One Centre Street room 1012 N
New York, NY 10019
Attn: Joanna Moskwa

NOTARIZATION
To streamline administrative practices under the exceptional circumstances caused by COVID-19 in response to New York State and New York City state of emergency, MOCJ is requesting to waive contract notarization requirements.

Accordingly, please confirm Exodus Transitional Community, Inc. waives notarization by the City of the contract and contract documents.

If Exodus Transitional Community, Inc. is not able to notarize the contract documents and agrees to waive notarization by the City, notarization by Exodus Transitional Community, Inc. of the Emergency Hotel Services contract and contract documents will also be waived.

Please confirm whether this is acceptable to Exodus Transitional Community, Inc.

Thank you,
Joanna

## ACKNOWLEDGEMENT BY CITY

STATE OF NEW YORK )
:ss:
COUNTY OF NEW YORK )

On this _____ day of ________________ 20 _____, before me personally came Alison MacLeod, to me known and known to me to be Agency Chief Contracting Officer of the NEW YORK CITY MAYOR'S OFFICE OF CRIMINAL JUSTICE, the person described in and who is duly authorized to execute the foregoing instrument on behalf of the Commissioner, and he/she acknowledged to me that he/she executed the same for the purpose therein mentioned.

________________________________
Notary Public or Commissioner of Deeds

## ACKNOWLEDGMENT OF CONTRACTOR IF A CORPORATION

State of NEW YORK County of NEW YORK ss:

On this 10TH day of JUNE 20 20 before me personally came JULIO MEDINA,
to me known, who, being by me duly sworn did depose and say that he/she resides at 2 FORDHAM HILL OVAL
BRONX, NY 10468; that he/she is the
EXECUTIVE DIRECTOR of EXODUS TRANSITIONAL COMMUNITY the corporation described in and which executed the foregoing instrument; and that he signed his name to the foregoing instrument by order of the directors of said corporation as the duly authorized and binding act thereof.

[signature]
Notary Public or Commissioner of Deeds

TOMAS INA SALCEDO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01 SA6304926
Qualified in New York County
My Commission Expires 06-09-2022

**CONTINUITY OF OPERATIONS PLAN RIDER: TO BE USED FOR THOSE PROGRAMS WHERE CONTINUATION OF SERVICES IN THE IMMEDIATE AFTERMATH OF AN EMERGENCY IS ESSENTIAL FOR PUBLIC HEALTH OR SAFETY**

Prior to the commencement of services under this Agreement, Contractor shall submit for the Department's review and approval a written Continuity of Operations Plan (COOP) for its business which indicates its ability to continue the provision of essential services to the Department in the event that a State of Emergency is declared by the Mayor. The Contractor should seek guidance from the Department on how to develop a COOP plan. A COOP plan includes, but is not limited to: the identification of an alternate site of business; appointment of alternate personnel for identified essential staff; development of protocols for the safekeeping of vital business records; and, a transportation contingency plan for its employees.

# Privacy Protection Rider

(To supplement contracts with the City of New York that are designated by the Chief Privacy Officer as requiring additional privacy protection provisions because the Contractor will, through such City contract, have direct access to Identifying Information of members of the public or City employees or officials, and the Chief Privacy Officer has determined that these additional provisions are necessary based on the nature of the Identifying Information and the circumstances of its collection or potential disclosure.[1])

**Section 1.01 Background.**

Local Laws 245 and 247 of 2017 (codified at New York City Charter ("Charter") Section 8 subdivision (h) and the Administrative Code of the City of New York ("Admin. Code") Sections 23-1201 to -1205, collectively, the "Identifying Information Law") went into effect on June 15, 2018. Such laws apply to "human services" contractors and subcontractors and other contracts designated by the Chief Privacy Officer that involve the collection, retention, or disclosure of "Identifying Information" in connection with services provided under a City contract. Accordingly, the Chief Privacy Officer has determined that, in connection with the services provided under this Agreement, Contractor must collect, retain, and disclose Identifying Information only in accordance with the requirements of this Privacy Protection Rider, other provisions of this Agreement, and as otherwise required by law.

**Section 1.02 Definitions.**

A. "Agency" means the City agency or office through which the City has entered into this Agreement.

B. "Agency Privacy Officer" means the person designated to exercise functions under Admin. Code Sections 23-1201 to -1205 by the Agency through which the City is a party to this Agreement.

C. "Authorized User" means an employee of Contractor whose access to or use of Identifying Information is necessary to carry out the activities and obligations set forth in this Agreement, or as required by law.

D. "City Chief Privacy Officer" means the person designated by the Mayor pursuant to Charter Section 8 subdivision (h) as the City's Chief Privacy Officer or such person's designee.

[1] Contracts to provide "human services", as such term is defined under section subdivision c of section 6-129 of the Administrative Code, will use the Identifying Information Rider, and not the Privacy Protection Rider.

E. "Direct Access" means that the employee can view, obtain, collect, download, disclose, audit, retain, or otherwise use Identifying Information, by any method or in any format, in connection with the Agreement.

F. "Exigent Circumstances" means circumstances where collection or disclosure is urgently necessary, such that procedures that would otherwise be required cannot be followed.

G. **"Identifying Information"** means any information provided by the City to Contractor or obtained by Contractor in connection with this Agreement that may be used on its own or with other information to identify or locate an individual. Identifying Information includes, but is not limited to: name, sexual orientation, gender identity, race, marital or partnership status, status as a victim of domestic violence or sexual assault, status as a crime victim or witness, citizenship or immigration status, eligibility for or receipt of public assistance or city services, all information obtained from an individual's income tax records, information obtained from any surveillance system operated by, for the benefit of, or at the direction of the New York City Police Department, motor vehicle information or license plate number, biometrics such as fingerprints and photographs, languages spoken, religion, nationality, country of origin, place of birth, date of birth, arrest record or criminal conviction, employment status, employer information, current and previous home and work addresses, contact information such as phone number and email address, information concerning social media accounts, date and/or time of release from the custody of the Administration for Children's Services, the Department of Correction, or the New York City Police Department, any scheduled court appearances, any scheduled appointments with the City, the Contractor or its subcontractor that provides human services or other services designated by the City Chief Privacy Officer, and any other category of information designated by the City Chief Privacy Officer, including but not limited to an individual's Social Security number, date of birth, Internet Protocol ("IP") address, and any identifier that can identify an electronic device linkable to an individual.

H. "Permitted Use" means the use of Identifying Information only as necessary to carry out the activities described in this Agreement.

**Section 1.03 Collection.**

Absent Exigent Circumstances, Contractor shall not collect Identifying Information unless such collection (a) has been pre-approved by the Agency Privacy Officer or the City Chief Privacy Officer and the collection of such Identifying Information is in furtherance of Contractor's obligations under this Agreement; (b) is required by law or treaty; (c) is required by the New York City Police Department in connection with a criminal investigation; or (d) is required by a City agency in connection with the welfare of a minor or other individual who is not legally competent.

**Section 1.04 Disclosure.**

A. Absent Exigent Circumstances, Contractor shall not disclose Identifying Information unless such disclosure (a) has been authorized in writing by the individual to whom such information pertains or, if such individual is a minor or is otherwise not legally competent, by such individual's parent, legal guardian, or other person with legal

authority to consent on behalf of the individual; (b) has been pre-approved by the Agency Privacy Officer or the City Chief Privacy Officer and the disclosure of such Identifying Information is in furtherance of Contractor's obligations under this Agreement; (c) is required by law or treaty; (d) is required by the New York City Police Department in connection with a criminal investigation; or (e) is required by a City agency in connection with the welfare of a minor or other individual who is not legally competent.

B. If Contractor discloses an individual's Identifying Information in violation of this Rider, Contractor shall promptly notify the Agency Privacy Officer, in no event more than 72 hours from such unauthorized disclosure. In addition, if such disclosure requires notification to the affected individual(s) pursuant to any law or the policies and protocols promulgated by the City Chief Privacy Officer under subdivision 6 of Section 23-1203, in consultation with the Agency Privacy Officer, Contractor shall either (i) make reasonable efforts to notify such individual(s) in writing of the Identifying Information disclosed and to whom it was disclosed as soon as practicable or (ii) cooperate with the Agency's efforts to notify such individual(s) in writing. The City shall have the right to withhold further payments under this Agreement for the purpose of set-off in sufficient sums to cover the costs of notifications and/or other actions mandated by any law, administrative or judicial order, or the City Chief Privacy Officer to address the unauthorized disclosure, including any fines or disallowances imposed by the State or federal government as a result of the disclosure. The City shall also have the right to withhold further payments hereunder for the purpose of set-off in sufficient sums to cover the costs of credit monitoring services for the victims of such an unauthorized disclosure by a national credit reporting agency, and/or any other commercially reasonable preventive measure. The Agency shall provide Contractor with written notice and an opportunity to comment on such measures prior to implementation. Alternatively, at the City's discretion, or if monies remaining to be earned or paid under this Agreement are insufficient to cover the costs detailed above, Contractor shall pay directly for the costs, detailed above, if any.

C. Section 1.04(B) shall not require any notification that would violate any law or interfere with an investigation or otherwise compromise public safety pursuant to subdivision e of Section 23-1204.

**Section 1.05 Exigent Circumstances.**

In the event Contractor collects or discloses Identifying Information due to Exigent Circumstances, with no other basis for collection or disclosure under subdivisions b or c of Section 23-1202, Contractor shall send to the Agency Privacy Officer information about such collection or request and disclosure, along with an explanation of why such Exigent Circumstances existed, as soon as practicable after such collection or disclosure. This section shall not require any such notification for collection or disclosure of Identifying Information that: (a) is required by the New York City Police Department in connection with an open criminal investigation; (b) is required by a City agency in connection with an open investigation concerning the welfare of a minor or other individual who is not legally competent; or (c) occurs in the normal course of performing Contractor's obligations under this Agreement and is in furtherance of law enforcement

or public health or safety powers of the Agency under Exigent Circumstances.

**Section 1.06 Additional Restrictions.**

A. Access to Identifying Information in connection with this Agreement is restricted to "Authorized Users" for a "Permitted Use."

B. Other than as provided for under this Agreement, Contractor shall not disclose Identifying Information to any third parties nor make use of such information for the benefit of another, nor shall Contractor publish, sell, license, distribute, or otherwise reveal the Identifying Information without the prior written authorization of the individual or prior written approval of the Agency Privacy Officer. All third party requests for Identifying Information received by the Contractor shall be promptly communicated to the Agency upon receipt and handled by the Agency Privacy Officer, unless otherwise required by law.

C. Other than as provided for in this Agreement, no Identifying Information shall be disclosed by Contractor without either (i) prior written consent of the affected individual; or (ii) the prior express authorization of the Agency, *provided*, *however*, that in the event that disclosure of the Identifying Information is required by Contractor under the provision of any subpoena, law or court order, Contractor will: (a) as soon as practicable, but in no event later than five (5) business days from receipt of said subpoena, court order or law requiring such disclosure, notify the Agency Privacy Officer in order to allow the Agency to seek a protective order as appropriate; and (b) disclose the Identifying Information only to the extent allowed under a protective order, if any, or as necessary to comply with the subpoena, law or court order.

D. Contractor shall ensure that effective physical, technological, and procedural safeguards are in place to protect the security of Identifying Information, including but not limited to ensuring that its personnel understand their obligations under this Agreement and applicable laws and regulations. Contractor shall protect against any anticipated hazards or threats to the integrity or security of the Identifying Information and any unauthorized access to or disclosure of such information, and shall take reasonable measures to prevent any other action that could result in harm to the City and the individuals whose Identifying Information is held in Contractor's custody.

E. Contractor shall immediately notify the Agency Privacy Officer in writing if Contractor learns of any unauthorized use or disclosure of the Identifying Information by its personnel or any third party who gained unauthorized access to such information, so that the Agency can investigate the incident, and in such circumstances, Contractor shall take all reasonably necessary steps to prevent or mitigate damages related thereto. Contractor's notice to the Agency shall include a description of the nature of the unauthorized use or disclosure, the Identifying Information that may have been disclosed, the names and/or the affiliations of the parties (if known) who gained access to data without authorization, and a description

of the steps taken, if any, to mitigate the effects of such unauthorized use or disclosure, in accordance with all relevant laws and regulations.

I. Contractor shall comply with the Citywide Cybersecurity Requirements for Vendors and Contractors set forth by the New York City Department of Information Technology and Telecommunications (DoITT), as they may be modified from time to time, which are available at http://nyc.gov/infosec.

**Section 1.07 Retention.**

Contractor shall retain Identifying Information as required by law or as otherwise necessary in furtherance of this Agreement, or as otherwise approved by the Agency Privacy Officer or the City Chief Privacy Officer.

**Section 1.08 Reporting.**

Contractor shall provide the Agency with reports, as requested by the Agency Privacy Officer or City Chief Privacy Officer, regarding the collection, retention, and disclosure of Identifying Information by Contractor, and any other related information that may be reasonably required by the Agency Privacy Officer or City Chief Privacy Officer.

**Section 1.08 Coordination with Agency Privacy Officer.**

The Agency may assign powers and duties of the Agency Privacy Officer to Contractor for purposes of this Agreement. In such event, Contractor shall exercise those powers and duties in accordance with applicable law in relation to the Agreement, and shall comply with reasonable directions of the Agency Privacy Officer and City Chief Privacy Officer concerning coordination and reporting.

**Section 1.09 Conflicts with Provisions Governing Records, Audits, Reports and Investigations.**

To the extent allowed by law, the provisions of this Rider shall control if there is a conflict between any of the provisions of this Rider and, as applicable, Article 5 of Appendix A (General Provisions Governing Contracts for Consultants, Professional, Technical, Human, and Client Services); or Article 5 of Appendix A does not apply, the Investigations Clause, and other provisions concerning records retention, inspections, audits, and reports designated elsewhere in the Agreement. The provisions of this Rider do not replace or supersede any other obligations or requirements of this Agreement.

**Section 1.10 Subcontracts.**

A. Contractor shall include this Rider in all subcontracts to provide services in connection with this Agreement.
B. Contractor agrees that it is fully responsible to the Agency for the compliance with this Rider by its subcontractors in connection with this Agreement.

**Section 1.11 Disclosures of Identifying Information to Third Parties.**

Contractor shall comply with the City Chief Privacy Officer's policies and protocols concerning requirements for a written agreement governing the disclosure of Identifying Information to a third party.

****************************

# FEDERAL EMERGENCY MANAGEMENT AGENCY ("FEMA") RIDER FOR COVID-19

## For use with purchase or service contracts for COVID-19 funded by FEMA Public Assistance April 2, 2020

*(This Rider* ***should not*** *be used for 1) purchase and service contracts outside the scope of the COVID-19 response, 2) purchase and services contracts funded by the following FEMA Programs: Emergency Management Preparedness Grant Program, Homeland Security Grant Program, Nonprofit Security Grant Program, Tribal Homeland Security Grant Program, Port Security Grant Program, and Transit Security Grant Program).*

For the purposes of this FEMA Rider for COVID-19, "Contract" refers to the contract or agreement between the City of New York (the "City") and the entity providing services or goods ("Contractor") to which this rider is attached.

**A.** *Remedies for Breach of Contract (for contracts $250,000 or greater):* If the Contractor violates or breaches the Contract, the City may avail itself of any or all of the remedies provided for elsewhere in this Contract. If there are no remedies provided for elsewhere in this Contract, the City may avail itself to the following:

After declaring the Contractor in default pursuant to the Grounds of Default contained in Section (B)(1)(a), the City may (i) withhold payment for unsatisfactory services, (ii) suspend or terminate the Contract in whole or in part; and/or (iii) have the services under this Contract completed by such means and in such manner, by contract procured with or without competition, or otherwise, as the City may deem advisable in accordance with all applicable Contract provisions and law. After completion of the services under this Contract, the City shall certify the expense incurred in such completion, which shall include the cost of procuring that contract. Should the expense of such completion, as certified by the City, exceed the total sum which would have been payable under the Contract if it had been completed by the Contractor, any excess shall be promptly paid by the Contractor upon demand by the City. The excess expense of such completion, including any and all related and incidental costs, as so certified by the City may be charged against and deducted out of monies earned by the Contractor.

**B.** *Termination (for contracts $10,000 or greater):* City shall have the right to terminate the Contract in whole or in part for cause or for convenience. If the Contract does not include termination provisions elsewhere in the Contract, the following termination provisions apply:

(1) **Termination for Cause**. The City shall have the right to terminate the Contract, in whole or in part, for cause upon a determination that the Contractor is in default of the Contract.

a. *Grounds for Default.* The City shall have the right to declare the Contractor in default:

i. Upon a breach by the Contractor of a material term or condition of this Contract, including unsatisfactory performance of the services;

ii.. If the Contractor refuses or fails to proceed with the services under the Contract when and as directed by the City;

iii. If the Contractor or any of its officers, directors, partners, five percent (5%) or greater shareholders, principals, or other employee or person substantially involved in its activities are indicted, charged, convicted or plead guilty to a crime involving business integrity on a private or public contract.

b. *Procedure for Termination for Cause:* Upon finding the Contractor in default, the City shall give the Contractor written notice of such termination ("Notice of Termination"), specifying the applicable provision(s) under which the Contract is terminated and the effective date of termination. Such Notice of Termination shall be delivered through the mail or email to the Contractor.

(2) **Termination for Convenience.** The City shall have the right to terminate the Contract for convenience, by providing a Notice of Termination specifying the applicable provision(s) under which the Contract is terminated and the effective date of termination. The basis of settlement shall be as provided for in Section B(3) below. Such Notice of Termination shall be delivered through the mail or email to the Contractor.

(3) **Basis of Settlement.** The City shall not incur or pay any further obligation pursuant to this Contract beyond the termination date set by the City in its Notice of Termination. The City shall pay for satisfactory services provided in accordance with this Contract prior to the termination date. In addition, any obligation necessarily incurred by the Contractor on account of this Contract prior to receipt of notice of termination and falling due after the termination date shall be paid by the City in accordance with the terms of this Contract.

**C.** *Environmental Protection.* If the contract is in excess of $150,000, the Contractor shall comply with all applicable standards, orders, or regulations issued under the Clean Air Act (42 U.S.C. § 7401-7671q), Federal Water Pollution Control Act (33 U.S.C. §§ 1251-1387), Section 508 of the Clean Water Act (33 U.S.C. § 1368), Executive Order 11738, and Environmental Protection Agency regulations (provisions of 40 C.F.R. Part 50 and 2 C.F.R. Part 1532 related to the Clean Air Act and Clean Water Act). Violations must be reported to FEMA and the Regional Office of the Environmental Protection Agency (EPA). The Contractor shall include this provision in all subcontracts.

**D.** *Debarment.* The Contractor certifies that neither it nor its principals is currently in a state of debarment, suspension, or other ineligible status as a result of prior performance, failure, fraud, or violation of City laws. The Contractor further certifies that neither it nor its principals is debarred, suspended, otherwise excluded from or ineligible for participation in Federal assistance programs. The City reserves the right to terminate this Contract if knowledge of debarment, suspension or other ineligibility has been withheld by the Contractor. This Contract is a covered transaction for purposes of 2 C.F.R. Part 180 and 2 C.F.R. Part 3000. The Contractor must comply with 2 C.F.R. Part 180, subpart C and 2 C.F.R. Part 3000, subpart C, and must include a requirement to comply with these regulations in any lower tier covered transaction it enters into.

**E.** *Lobbying.* The Contractor certifies, to the best of its knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of it, to any person for influencing or attempting to influence an officer or employee of any agency, a

Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement;

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, it will complete and submit Standard Form-LLL.

(3) It will require that the language of this Section E be included in the award documents for all subcontracts at all tiers.

(4) This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by 31 U.S.C. § 1352. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

**F.** *Procurement of Recovered Materials.* In the performance of this Contract, the Contractor shall make maximum use of products containing recovered materials that are EPA-designated items unless the product cannot be acquired i) competitively within a timeframe providing for compliance, ii) meeting the Contract performance requirements, or iii) at a reasonable price. Information about this requirement, along with the EPA designated items is available at EPA's Comprehensive Procurement Guidelines web site. The Contractor also agrees to comply with all other applicable requirements of Section 6002 of the Solid Waste Disposal Act.

**G.** *Records Access.* The Contractor shall grant access to the City, State or any other pass-through entity, FEMA, Inspectors General, and/or the Comptroller General of the United States, or any of their duly authorized representatives, to any books, documents, papers, and/or records of the Contractor that are pertinent to the Contract for the purpose of making audits, examinations, excerpts, and transcripts. The right also includes timely and reasonable access to the Contractor's personnel for the purpose of interview and discussion related to such documents. The rights of access in this section are not limited to the required retention period but last as long as the records are retained.

**H.** *Contract Changes.* If not provided elsewhere in the Contract, the City and the Contractor must agree in writing to any changes to the Contract, including changes to pricing and scope. All changes must meet the requirements of 2 C.F.R. Part 200, including Subpart E entitled "Cost Principles."

**I.** *Logos.* The Contractor shall not use Department of Homeland Security ("DHS") seal(s), logos, crests, or reproductions of flags or likenesses of DHS agency officials without specific FEMA pre-approval.

**J.** *Compliance with Law.* The Contractor acknowledges that FEMA financial assistance will be used to fund the Contract and agrees to comply will all applicable federal law, regulations, executive orders, FEMA policies, procedures, and directives.

**K.** *Federal Government not a Party.* The Contractor acknowledges and understands that the Federal Government is not a party to this Contract and is not subject to any obligations or liabilities to the City, Contractor or any other party pertaining to any matter resulting from the Contract.

**L.** *Program Fraud and False or Fraudulent Statements or Related Acts.* The Contractor acknowledges that 31 U.S.C. Chap. 38 (Administrative Remedies for False Claims and Statements) applies to the Contractor's actions pertaining to this Contract.

# APPENDIX A

## GENERAL PROVISIONS GOVERNING CONTRACTS FOR CONSULTANTS, PROFESSIONAL, TECHNICAL, HUMAN, AND CLIENT SERVICES


ARTICLE 1 - DEFINITIONS .......... 1

*Section 1.01 Definitions* .......... 1

ARTICLE 2 – REPRESENTATIONS, WARRANTIES, CERTIFICATIONS, AND DISCLOSURES .......... 2

*Section 2.01 Procurement of Agreement* .......... 2

*Section 2.02 Conflicts of Interest* .......... 2

*Section 2.03 Certification Relating to Fair Practices* .......... 3

*Section 2.04 Disclosures Relating to Vendor Responsibility* .......... 3

*Section 2.05 Disclosure Relating to Bankruptcy and Reorganization* .......... 3

*Section 2.06 Authority to Execute Agreement* .......... 4

ARTICLE 3 - ASSIGNMENT AND SUBCONTRACTING .......... 4

*Section 3.01 Assignment* .......... 4

*Section 3.02 Subcontracting* .......... 5

ARTICLE 4 - LABOR PROVISIONS .......... 7

*Section 4.01 Independent Contractor Status* .......... 7

*Section 4.02 Employees and Subcontractors* .......... 8

*Section 4.03 Removal of Individuals Performing Work* .......... 8

*Section 4.04 Minimum Wage; Living Wage* .......... 9

*Section 4.05 Non-Discrimination in Employment* .......... 11

*Section 4.06 Paid Sick Leave Law* .......... 14

*Section 4.07 Whistleblower Protection Expansion Act* .......... 18

ARTICLE 5 - RECORDS, AUDITS, REPORTS, AND INVESTIGATIONS .......... 20

*Section 5.01 Books and Records* .......... 20

*Section 5.02 Retention of Records* .......... 20

*Section 5.03 Inspection* .......... 20

*Section 5.04 Audit* .......... 21

*Section 5.05 No Removal of Records from Premises* .......... 21

*Section 5.06 Electronic Records* .......... 22

*Section 5.07 Investigations Clause* ........ 22
*Section 5.08 Confidentiality* ........ 24

ARTICLE 6 - COPYRIGHTS, PATENTS, INVENTIONS, AND ANTITRUST ........ 26

*Section 6.01 Copyrights and Ownership of Work Product* ........ 26
*Section 6.02 Patents and Inventions* ........ 27
*Section 6.03 Pre-existing Rights* ........ 27
*Section 6.04 Antitrust* ........ 27

Article 7 - INSURANCE ........ 28

*Section 7.01 Agreement to Insure* ........ 28
*Section 7.02 Workers' Compensation, Disability Benefits, and Employers' Liability Insurance* ........ 28
*Section 7.03 Other Insurance* ........ 29
*Section 7.04 General Requirements for Insurance Coverage and Policies* ........ 30
*Section 7.05 Proof of Insurance* ........ 31
*Section 7.06 Miscellaneous* ........ 32

Article 8 - PROTECTION OF PERSONS AND PROPERTY AND INDEMNIFICATION ........ 33

*Section 8.01 Reasonable Precautions* ........ 33
*Section 8.02 Protection of City Property* ........ 33
*Section 8.03 Indemnification* ........ 33
*Section 8.04 Infringement Indemnification* ........ 33
*Section 8.05 Indemnification Obligations Not Limited By Insurance Obligation* ........ 34
*Section 8.06 Actions By or Against Third Parties* ........ 34
*Section 8.07 Withholding of Payments* ........ 34
*Section 8.08 No Third Party Rights* ........ 35

ARTICLE 9 - CONTRACT CHANGES ........ 35

*Section 9.01 Contract Changes* ........ 35
*Section 9.02 Changes Through Fault of Contractor* ........ 35

ARTICLE 10 - TERMINATION, DEFAULT, REDUCTIONS IN FUNDING, AND LIQUIDATED DAMAGES ........ 35

*Section 10.01 Termination by the City Without Cause* ........ 35
*Section 10.02 Reductions in Federal, State, and/or City Funding* ........ 36
*Section 10.03 Contractor Default* ........ 37
*Section 10.04 Force Majeure* ........ 39

*Section 10.05 Procedures for Termination* ........ *39*

*Section 10.06 Miscellaneous Provisions* ........ *40*

*Section 10.07 Liquidated Damages* ........ *41*

Article 11 - PROMPT PAYMENT AND ELECTRONIC FUNDS TRANSFER ........ 41

*Section 11.01 Prompt Payment* ........ *41*

*Section 11.02 Electronic Funds Transfer* ........ *41*

Article 12 - CLAIMS ........ 42

*Section 12.01 Choice of Law* ........ *42*

*Section 12.02 Jurisdiction and Venue* ........ *42*

*Section 12.03 Resolution of Disputes* ........ *42*

*Section 12.04 Claims and Actions* ........ *47*

*Section 12.05 No Claim Against Officials, Agents, or Employees* ........ *47*

*Section 12.06 General Release* ........ *48*

*Section 12.07 No Waiver* ........ *48*

ARTICLE 13 - APPLICABLE LAWS ........ 48

*Section 13.01 PPB Rules* ........ *48*

*Section 13.02 All Legal Provisions Deemed Included* ........ *48*

*Section 13.03 Severability / Unlawful Provisions Deemed Stricken* ........ *48*

*Section 13.04 Compliance With Laws* ........ *48*

*Section 13.05 Unlawful Discrimination in the Provision of Services* ........ *49*

*Section 13.05 Americans with Disabilities Act (ADA)* ........ *49*

*Section 13.06 Voter Registration* ........ *50*

*Section 13.07 Political Activity* ........ *53*

*Section 13.08 Religious Activity* ........ *53*

*Section 13.09 Participation in an International Boycott* ........ *53*

*Section 13.10 MacBride Principles* ........ *53*

*Section 13.11 Access to Public Health Insurance Coverage Information* ........ *54*

*Section 13.12 Distribution of Personal Identification Materials* ........ *55*

Article 14 - MISCELLANEOUS PROVISIONS ........ 56

*Section 14.01 Conditions Precedent* ........ *56*

*Section 14.02 Merger* ........ *56*

*Section 14.03 Headings* ........ *56*

*Section 14.04 Notice* ........ *56*

## ARTICLE 1 - DEFINITIONS

### Section 1.01 Definitions

The following words and expressions, or pronouns used in their stead, shall, wherever they appear in this Agreement, be construed as follows, unless a different meaning is clear from the context:

A. "Agency Chief Contracting Officer" or "ACCO" means the position delegated authority by the Agency Head to organize and supervise the procurement activity of subordinate Agency staff in conjunction with the City Chief Procurement Officer.

B. "Agreement" means the various documents, including this Appendix A, that constitute the contract between the Contractor and the City.

C. "City" means the City of New York.

D. "City Chief Procurement Officer" or "CCPO" means the position delegated authority by the Mayor to coordinate and oversee the procurement activity of Mayoral agency staff, including the ACCOs.

E. "Commissioner" or "Agency Head" means the head of the Department or his or her duly authorized representative. The term "duly authorized representative" shall include any person or persons acting within the limits of his or her authority.

F. "Comptroller" means the Comptroller of the City of New York.

G. "Contractor" means the entity entering into this Agreement with the City.

H. "Days" means calendar days unless otherwise specifically noted to mean business days.

I. "Department" or "Agency" means the City agency or office through which the City has entered into this Agreement.

J. "Law" or "Laws" means the New York City Charter ("Charter"), the New York City Administrative Code ("Admin. Code"), a local rule of the City of New York, the Constitutions of the United States and the State of New York, a statute of the United States or of the State of New York and any ordinance, rule or regulation having the force of law and adopted pursuant thereto, as amended, and common law.

K. "Procurement Policy Board" or "PPB" means the board established pursuant to Charter § 311 whose function is to establish comprehensive and consistent procurement policies and rules that have broad application throughout the City.

L. “PPB Rules” means the rules of the Procurement Policy Board as set forth in Title 9 of the Rules of the City of New York (“RCNY”), § 1-01 *et seq*.

M. “SBS” means the New York City Department of Small Business Services.

N. “State” means the State of New York.

## ARTICLE 2 – REPRESENTATIONS, WARRANTIES, CERTIFICATIONS, AND DISCLOSURES

### Section 2.01 Procurement of Agreement

A. The Contractor represents and warrants that, with respect to securing or soliciting this Agreement, the Contractor is in compliance with the requirements of the New York State Lobbying Law (Legislative Law §§ 1-a *et seq*.). The Contractor makes such representation and warranty to induce the City to enter into this Agreement and the City relies upon such representation and warranty in the execution of this Agreement.

B. For any breach or violation of the representation and warranty set forth in Paragraph A above, the Commissioner shall have the right to annul this Agreement without liability, entitling the City to recover all monies paid to the Contractor; and the Contractor shall not make claim for, or be entitled to recover, any sum or sums due under this Agreement. The rights and remedies of the City provided in this Section 2.01(B) are not exclusive and are in addition to all other rights and remedies allowed by Law or under this Agreement.

### Section 2.02 Conflicts of Interest

A. The Contractor represents and warrants that neither it nor any of its directors, officers, members, partners or employees, has any interest nor shall they acquire any interest, directly or indirectly, which conflicts in any manner or degree with the performance of this Agreement. The Contractor further represents and warrants that no person having such interest or possible interest shall be employed by or connected with the Contractor in the performance of this Agreement.

B. Consistent with Charter § 2604 and other related provisions of the Charter, the Admin. Code and the New York State Penal Law, no elected official or other officer or employee of the City, nor any person whose salary is payable, in whole or in part, from the City Treasury, shall participate in any decision relating to this Agreement which affects his or her personal interest or the interest of any corporation, partnership or other entity in which he or she is, directly or indirectly, interested; nor shall any such official, officer, employee, or person have any interest in, or in the proceeds of, this Agreement. This Section 2.02(B) shall not prevent directors, officers, members, partners, or employees of the Contractor from participating in decisions relating to this Agreement where their sole personal interest is in the Contractor.

C. The Contractor shall not employ a person or permit a person to serve as a member of the Board of Directors or as an officer of the Contractor if such employment or service would violate Chapter 68 of the Charter.

**Section 2.03 Certification Relating to Fair Practices**

A. The Contractor and each person signing on its behalf certifies, under penalties of perjury, that to the best of its, his or her knowledge and belief:

1. The prices and other material terms set forth in this Agreement have been arrived at independently, without collusion, consultation, communication, or agreement with any other bidder or proposer or with any competitor as to any matter relating to such prices or terms for the purpose of restricting competition;

2. Unless otherwise required by Law or where a schedule of rates or prices is uniformly established by a government agency through regulation, policy, or directive, the prices and other material terms set forth in this Agreement that have been quoted in this Agreement and on the bid or proposal submitted by the Contractor have not been knowingly disclosed by the Contractor, directly or indirectly, to any other bidder or proposer or to any competitor prior to the bid or proposal opening; and

3. No attempt has been made or will be made by the Contractor to induce any other person or entity to submit or not to submit a bid or proposal for the purpose of restricting competition.

B. The fact that the Contractor (i) has published price lists, rates, or tariffs covering items being procured, (ii) has informed prospective customers of proposed or pending publication of new or revised price lists for such items, or (iii) has sold the same items to other customers at the same prices and/or terms being bid or proposed, does not constitute, without more, a disclosure within the meaning of this Section 2.03.

**Section 2.04 Disclosures Relating to Vendor Responsibility**

The Contractor represents and warrants that it has duly executed and filed all disclosures as applicable, in accordance with Admin. Code § 6-116.2, PPB Rule § 2-08, and the policies and procedures of the Mayor's Office of Contract Services. The Contractor acknowledges that the Department's reliance on the completeness and veracity of the information stated therein is a material condition to the execution of this Agreement, and the Contractor represents and warrants that the information it and its principals have provided is accurate and complete.

**Section 2.05 Disclosure Relating to Bankruptcy and Reorganization**

If the Contractor files for bankruptcy or reorganization under Chapter Seven or Chapter Eleven of the United States Bankruptcy Code, the Contractor shall disclose such action to the Department within seven days of filing.

### Section 2.06 Authority to Execute Agreement

The Contractor represents and warrants that: (i) its execution, delivery and performance of this Agreement have been duly authorized by all necessary corporate action on its part; (ii) it has all necessary power and authority to execute, deliver and perform its obligations under this Agreement; and (iii) once executed and delivered, this Agreement will constitute its legal, valid and binding obligation, enforceable in accordance with its terms.

## ARTICLE 3 - ASSIGNMENT AND SUBCONTRACTING

### Section 3.01 Assignment

A. The Contractor shall not assign, transfer, convey, or otherwise dispose of this Agreement, or the right to execute it, or the right, title, or interest in or to it or any part of it, or assign, by power of attorney or otherwise, any of the monies due or to become due under this Agreement, without the prior written consent of the Commissioner. The giving of any such consent to a particular assignment shall not dispense with the necessity of such consent to any further or other assignments. Any such assignment, transfer, conveyance, or other disposition without such written consent shall be void.

B. Before entering into any such assignment, transfer, conveyance, or other disposal of this Agreement, the Contractor shall submit a written request for approval to the Department giving the name and address of the proposed assignee. The proposed assignee's disclosure that is required by PPB Rule § 2-08(e) must be submitted within 30 Days after the ACCO has granted preliminary written approval of the proposed assignee, if required. Upon the request of the Department, the Contractor shall provide any other information demonstrating that the proposed assignee has the necessary facilities, skill, integrity, past experience, and financial resources to perform the specified services in accordance with the terms and conditions of this Agreement. The Department shall make a final determination in writing approving or disapproving the assignee after receiving all requested information.

C. Failure to obtain the prior written consent to such an assignment, transfer, conveyance, or other disposition may result in the revocation and annulment of this Agreement, at the option of the Commissioner. The City shall thereupon be relieved and discharged from any further liability and obligation to the Contractor, its assignees, or transferees, who shall forfeit all monies earned under this Agreement, except so much as may be necessary to pay the Contractor's employees.

D. The provisions of this Section 3.01 shall not hinder, prevent, or affect an assignment by the Contractor for the benefit of its creditors made pursuant to the Laws of the State.

E. This Agreement may be assigned, in whole or in part, by the City to any corporation, agency, or instrumentality having authority to accept such assignment. The City shall provide the Contractor with written notice of any such assignment.

**Section 3.02 Subcontracting**

A. In accordance with PPB Rule § 4-13, all subcontractors must be approved by the Department prior to commencing work under a subcontract.

1. *Approval when subcontract is $20,000 or less.* The Department hereby grants approval for all subcontractors providing services covered by this Agreement pursuant to a subcontract in an amount that does not exceed $20,000.00. The Contractor must submit monthly reports to the Department listing all such subcontractors and shall list the subcontractor in the City's Payee Information Portal (www.nyc.gov/pip).

2. *Approval when subcontract is greater than $20,000.*

a. The Contractor shall not enter into any subcontract for an amount greater than $20,000.00 without the prior approval by the Department of the subcontractor.

b. Prior to entering into any subcontract for an amount greater than $20,000.00, the Contractor shall submit a written request for the approval of the proposed subcontractor to the Department giving the name and address of the proposed subcontractor, the portion of the work and materials that it is to perform and furnish, and the estimated cost of the subcontract. If the subcontractor is providing professional services under this Agreement for which professional liability insurance or errors and omissions insurance is reasonably commercially available, the Contractor shall submit proof of professional liability insurance in the amount required by Article 7. In addition, the Contractor shall list the proposed subcontractor in the City's Payee Information Portal (www.nyc.gov/pip) and provide the following information: maximum subcontract value, description of subcontractor work, start and end date of the subcontract, and the subcontractor's industry.[1]

c. Upon receipt the information required above, the Department in its discretion may grant or deny preliminary approval for the Contractor to contract with the subcontractor.

---

[1] Assistance establishing a Payee Information Portal account and using the system may be obtained by emailing the Financial Information Services Agency Help Desk at pip@fisa.nyc.gov.

d. The Department shall notify the Contractor within 30 Days whether preliminary approval has been granted. If preliminary approval is granted, the Contractor shall provide such documentation as may be requested by the Department to show that the proposed subcontractor has the necessary facilities, skill, integrity, past experience and financial resources to perform the required work, including, the proposed subcontract and/or any of the items listed in PPB Rule 4-13(d)(3).

e. Upon receipt of all relevant documentation, the Department shall notify the Contractor in writing whether the proposed subcontractor is approved. If the proposed subcontractor is not approved, the Contractor may submit another proposed subcontractor unless the Contractor decides to do the work. No subcontractor shall be permitted to perform work unless approved by the Department.

f. For proposed subcontracts that do not exceed $25,000.00, the Department's approval shall be deemed granted if the Department does not issue a written approval or disapproval within 45 Days of the Department's receipt of the written request for approval or, if PPB Rule 2-08(e) is applicable, within 45 Days of the Department's acknowledged receipt of fully completed disclosures for the subcontractor.

B. All subcontracts must be in writing. All subcontracts shall contain provisions specifying that:

1. The work performed by the subcontractor must be in accordance with the terms of the Agreement between the City and the Contractor;

2. Nothing contained in the agreement between the Contractor and the subcontractor shall impair the rights of the City;

3. Nothing contained in the agreement between the Contractor and the subcontractor, or under the Agreement between the City and the Contractor, shall create any contractual relation between the subcontractor and the City; and

4. The subcontractor specifically agrees to be bound by Section 4.05(D) and Article 5 of this Appendix A and specifically agrees that the City may enforce such provisions directly against the subcontractor as if the City were a party to the subcontract.

C. The Contractor agrees that it is as fully responsible to the Department for the acts and omissions of its subcontractors and of persons either directly or indirectly employed by such subcontractors as it is for the acts and omissions of any person directly employed by it.

D. For determining the value of a subcontract, all subcontracts with the same subcontractor shall be aggregated.

E. The Department may revoke the approval of a subcontractor granted or deemed granted pursuant to Section 3.02(A) if revocation is deemed to be in the interest of the City in writing on no less than 10 Days' notice unless a shorter period is warranted by considerations of health, safety, integrity issues, or other similar factors. Upon the effective date of such revocation, the Contractor shall cause the subcontractor to cease all work under the Agreement. The City shall not incur any further obligation for services performed by such subcontractor pursuant to this Agreement beyond the effective date of the revocation. The City shall pay for services provided by the subcontractor in accordance with this Agreement prior to the effective date of revocation.

F. The Department's approval of a subcontractor shall not relieve the Contractor of any of its responsibilities, duties, and liabilities under this Agreement. At the request of the Department, the Contractor shall provide the Department a copy of any subcontract.

G. Individual employer-employee contracts are not subcontracts subject to the requirements of this Section 3.02.

H. The Contractor shall report in the City's Payee Information Portal payments made to each subcontractor within 30 days of making the payment. If any of the information provided in accordance with Section 3.02(A)(2)(b) changes during the term of this Agreement, the Contractor shall update the information in such Portal accordingly. Failure of the Contractor to list a subcontractor and/or to report subcontractor payments in a timely fashion may result in the Department declaring the Contractor in default of the Agreement and will subject Contractor to liquidated damages in the amount of $100 per day for each day that the Contractor fails to identify a subcontractor along with the required information about the subcontractor and/or fails to report payments to a subcontractor, beyond the time frames set forth herein or in the notice from the City.

## ARTICLE 4 - LABOR PROVISIONS

### Section 4.01 Independent Contractor Status

The Contractor and the City agree that the Contractor is an independent contractor and not an employee, subsidiary, affiliate, division, department, agency, office, or unit of the City. Accordingly, the Contractor and its employees, officers, and agents shall not, by reason of this Agreement or any performance pursuant to or in connection with this Agreement, assert the existence of any relationship or status on the part of the Contractor, with respect to the City, that differs from or is inconsistent with that of an independent contractor.

**Section 4.02 Employees and Subcontractors**

All persons who are employed by the Contractor and all the Contractor's subcontractors (including without limitation, consultants and independent contractors) that are retained to perform services under or in connection with this Agreement are neither employees of the City nor under contract with the City. The Contractor, and not the City, is responsible for their work, direction, compensation, and personal conduct while the Contractor is engaged under this Agreement. Nothing in this Agreement, and no entity or person's performance pursuant to or in connection with this Agreement, shall create any relationship between the City and the Contractor's employees, agents, subcontractors, or subcontractor's employees or agents (including without limitation, a contractual relationship, employer-employee relationship, or quasi-employer/quasi-employee relationship) or impose any liability or duty on the City (i) for or on account of the acts, omissions, liabilities, rights or obligations of the Contractor, its employees or agents, its subcontractors, or its subcontractor's employees or agents (including without limitation, obligations set forth in any collective bargaining agreement); or (ii) for taxes of any nature; or (iii) for any right or benefit applicable to an official or employee of the City or to any officer, agent, or employee of the Contractor or any other entity (including without limitation, Workers' Compensation coverage, Employers' Liability coverage, Disability Benefits coverage, Unemployment Insurance benefits, Social Security coverage, employee health and welfare benefits or employee retirement benefits, membership or credit). The Contractor and its employees, officers, and agents shall not, by reason of this Agreement or any performance pursuant to or in connection with this Agreement, (i) hold themselves out as, or claim to be, officials or employees of the City, including any department, agency, office, or unit of the City, or (ii) make or support in any way on behalf of or for the benefit of the Contractor, its employees, officers, or agents any demand, application, or claim upon or against the City for any right or benefit applicable to an official or employee of the City or to any officer, agent, or employee of the Contractor or any other entity. Except as specifically stated in this Agreement, nothing in the Agreement and no performance pursuant to or in connection with the Agreement shall impose any liability or duty on the City to any person or entity whatsoever.

**Section 4.03 Removal of Individuals Performing Work**

The Contractor shall not have anyone perform work under this Agreement who is not competent, faithful, and skilled in the work for which he or she shall be employed. Whenever the Commissioner shall inform the Contractor, in writing, that any individual is, in his or her opinion, incompetent, unfaithful, or unskilled, such individual shall no longer perform work under this Agreement. Prior to making a determination to direct a Contractor that an individual shall no longer perform work under this Agreement, the Commissioner shall provide the Contractor an opportunity to be heard on no less than five Days' written notice. The Commissioner may direct the Contractor to prohibit the individual from performing work under the Agreement pending the opportunity to be heard and the Commissioner's determination.

**Section 4.04 Minimum Wage; Living Wage**

A. Except for those employees whose minimum wage is required to be fixed in accordance with N.Y. Labor Law §§ 220 or 230 or by Admin. Code § 6-109, all persons employed by the Contractor in the performance of this Agreement shall be paid, without subsequent deduction or rebate, unless expressly authorized by Law, not less than the minimum wage as prescribed by Law. Any breach of this Section 4.04 shall be deemed a material breach of this Agreement.

B. If this Agreement involves the provision of homecare services, day care services, head start services, services to persons with cerebral palsy, building services, food services, or temporary services, as those services are defined in Admin. Code § 6-109 ("Section 6-109"), in accordance with Section 6-109, the Contractor agrees as follows:

1. The Contractor shall comply with the requirements of Section 6-109, including, where applicable, the payment of either a prevailing wage or a living wage, as those terms are defined in Section 6-109.

2. The Contractor shall not retaliate, discharge, demote, suspend, take adverse employment action in the terms and conditions of employment or otherwise discriminate against any employee for reporting or asserting a violation of Section 6-109, for seeking or communicating information regarding rights conferred by Section 6-109, for exercising any other rights protected under Section 6-109, or for participating in any investigatory or court proceeding relating to Section 6-109. This protection shall also apply to any employee or his or her representative who in good faith alleges a violation of Section 6-109, or who seeks or communicates information regarding rights conferred by Section 6-109 in circumstances where he or she in good faith believes it applies.

3. The Contractor shall maintain original payroll records for each of its covered employees reflecting the days and hours worked on contracts, projects, or assignments that are subject to the requirements of Section 6-109, and the wages paid and benefits provided for such hours worked. The Contractor shall maintain these records for the duration of the term of this Agreement and shall retain them for a period of four years after completion of this Agreement. For contracts involving building services, food services, or temporary services, the Contractor shall submit copies of payroll records, certified by the Contractor under penalty of perjury to be true and accurate, to the Department with every requisition for payment. For contracts involving homecare, day care, head start or services to persons with cerebral palsy, the Contractor shall submit either certified payroll records or categorical information about the wages, benefits, and job classifications of covered employees of the Contractor, and of any subcontractors, which shall be the substantial equivalent of the information required in Section 6-109(2)(a)(iii).

4. The Contractor and all subcontractors shall pay all covered employees by check and shall provide employees check stubs or other documentation at least once each month containing information sufficient to document compliance with the requirements of the Living Wage Law concerning living wages, prevailing wages, supplements, and health benefits. In addition, if this Agreement is for an amount greater than $1,000,000.00, checks issued by the Contractor to covered employees shall be generated by a payroll service or automated payroll system (an in-house system may be used if approved by the Department). For any subcontract for an amount greater than $750,000.00, checks issued by a subcontractor to covered employees shall be generated by a payroll service or automated payroll system (an in-house system may be used if approved by the Department).

5. The Department will provide written notices to the Contractor, prepared by the Comptroller, detailing the wages, benefits, and other protections to which covered employees are entitled under Section 6-109. Such notices will be provided in English, Spanish and other languages spoken by ten percent or more of a covered employer's covered employees. Throughout the term of this Agreement, the Contractor shall post in a prominent and accessible place at every work site and provide each covered employee a copy of the written notices provided by the Department. The Contractor shall provide the notices to its subcontractors and require them to be posted and provided to each covered employee.

6. The Contractor shall ensure that its subcontractors comply with the requirements of Section 6-109, and shall provide written notification to its subcontractors of those requirements. All subcontracts made by the Contractor shall be in writing and shall include provisions relating to the wages, supplements, and health benefits required by Section 6-109. No work may be performed by a subcontractor employing covered employees prior to the Contractor entering into a written subcontract with the subcontractor.

7. Each year throughout the term of the Agreement and whenever requesting the Department's approval of a subcontractor, the Contractor shall submit to the Department an updated certification, as required by Section 6-109 and in the form of the certification attached to this Agreement, identifying any changes to the current certification.

8. Failure to comply with the requirements of Section 6-109 may, in the discretion of the Department, constitute a material breach by the Contractor of the terms of this Agreement. If the Contractor and/or subcontractor receives written notice of such a breach and fails to cure such breach within 30 Days, the City shall have the right to pursue any rights or remedies available under this Agreement or under applicable law, including termination of the Agreement. If the Contractor fails to perform in accordance with any of the requirements of Section 6-109 and fails to cure such failure in accordance with the preceding sentence, and there is a continued need for the service, the City may obtain from another source the required service as specified in the original Agreement, or

any part thereof, and may charge the Contractor for any difference in price resulting from the alternative arrangements, and may, as appropriate, invoke such other sanctions as are available under the Agreement and applicable law. In addition, the Contractor agrees to pay for all costs incurred by the City in enforcing the requirements of Section 6-109, including the cost of any investigation conducted by or on behalf of the Department or the Comptroller, where the City discovers that the Contractor or its subcontractor(s) failed to comply with the requirements of this Section 4.04(B) or of Section 6-109. The Contractor also agrees, that should it fail or refuse to pay for any such investigation, the Department is hereby authorized to deduct from a Contractor's account an amount equal to the cost of such investigation.

**Section 4.05 Non-Discrimination in Employment**

A. General Prohibition. To the extent required by law, the Contractor shall not unlawfully discriminate against any employee or applicant for employment because of actual or perceived age, religion, religious practice, creed, sex, gender, gender identity or gender expression, sexual orientation, status as a victim of domestic violence, stalking, and sex offenses, familial status, partnership status, marital status, caregiver status, pregnancy, childbirth or related medical condition, disability, presence of a service animal, predisposing genetic characteristics, race, color, national origin (including ancestry), alienage, citizenship status, political activities or recreational activities as defined in N.Y. Labor Law 201-d, arrest or conviction record, credit history, military status, uniformed service, unemployment status, salary history, or any other protected class of individuals as defined by City, State or Federal laws, rules or regulations. The Contractor shall comply with all statutory and regulatory obligations to provide reasonable accommodations to individuals with disabilities, due to pregnancy, childbirth, or a related medical condition, due to status as a victim of domestic violence, stalking, or sex offenses, or due to religion.

B. N.Y. Labor Law § 220-e. If this Agreement is for the construction, alteration or repair of any public building or public work or for the manufacture, sale, or distribution of materials, equipment, or supplies, the Contractor agrees, as required by N.Y. Labor Law § 220-e, that:

1. In the hiring of employees for the performance of work under this Agreement or any subcontract hereunder, neither the Contractor, subcontractor, nor any person acting on behalf of such Contractor or subcontractor, shall by reason of race, creed, color, disability, sex or national origin discriminate against any citizen of the State of New York who is qualified and available to perform the work to which the employment relates;

2. Neither the Contractor, subcontractor, nor any person on his or her behalf shall, in any manner, discriminate against or intimidate any employee hired for the performance of work under this Agreement on account of race, creed, color, disability, sex or national origin;

3. There may be deducted from the amount payable to the Contractor by the City under this Agreement a penalty of $50.00 for each person for each calendar day during which such person was discriminated against or intimidated in violation of the provisions of this Agreement; and

4. This Agreement may be terminated by the City, and all monies due or to become due hereunder may be forfeited, for a second or any subsequent violation of the terms or conditions of this Section 4.05.

The provisions of this Section 4.05(B) shall be limited to operations performed within the territorial limits of the State of New York.

C. Admin. Code § 6-108. If this Agreement is for the construction, alteration or repair of buildings or the construction or repair of streets or highways, or for the manufacture, sale, or distribution of materials, equipment or supplies, the Contractor agrees, as required by Admin. Code § 6-108, that:

1. It shall be unlawful for any person engaged in the construction, alteration or repair of buildings or engaged in the construction or repair of streets or highways pursuant to a contract with the City or engaged in the manufacture, sale or distribution of materials, equipment or supplies pursuant to a contract with the City to refuse to employ or to refuse to continue in any employment any person on account of the race, color or creed of such person.

2. It shall be unlawful for any person or any servant, agent or employee of any person, described in Section 4.05(C)(1) above, to ask, indicate or transmit, orally or in writing, directly or indirectly, the race, color, creed or religious affiliation of any person employed or seeking employment from such person, firm or corporation.

Breach of the foregoing provisions shall be deemed a breach of a material provision of this Agreement.

Any person, or the employee, manager or owner of or officer of such firm or corporation who shall violate any of the provisions of this Section 4.05(C) shall, upon conviction thereof, be punished by a fine of not more than $100.00 or by imprisonment for not more than 30 Days, or both.

D. E.O. 50 -- Equal Employment Opportunity

1. This Agreement is subject to the requirements of City Executive Order No. 50 (1980) ("E.O. 50"), as revised, and the rules set forth at 66 RCNY §§ 10-01 *et seq.* No agreement will be awarded unless and until these requirements have been complied with in their entirety. The Contractor agrees that it:

a. Will not discriminate unlawfully against any employee or applicant for employment because of race, creed, color, national origin, sex, age, disability,

marital status, sexual orientation or citizenship status with respect to all employment decisions including, but not limited to, recruitment, hiring, upgrading, demotion, downgrading, transfer, training, rates of pay or other forms of compensation, layoff, termination, and all other terms and conditions of employment;

b. Will not discriminate unlawfully in the selection of subcontractors on the basis of the owners', partners' or shareholders' race, color, creed, national origin, sex, age, disability, marital status, sexual orientation, or citizenship status;

c. Will state in all solicitations or advertisements for employees placed by or on behalf of the Contractor that all qualified applicants will receive consideration for employment without unlawful discrimination based on race, color, creed, national origin, sex, age, disability, marital status, sexual orientation or citizenship status, and that it is an equal employment opportunity employer;

d. Will send to each labor organization or representative of workers with which it has a collective bargaining agreement or other contract or memorandum of understanding, written notification of its equal employment opportunity commitments under E.O. 50 and the rules and regulations promulgated thereunder;

e. Will furnish before this Agreement is awarded all information and reports including an Employment Report which are required by E.O. 50, the rules and regulations promulgated thereunder, and orders of the SBS, Division of Labor Services ("DLS"); and

f. Will permit DLS to have access to all relevant books, records, and accounts for the purposes of investigation to ascertain compliance with such rules, regulations, and orders.

2. The Contractor understands that in the event of its noncompliance with the nondiscrimination clauses of this Agreement or with any of such rules, regulations, or orders, such noncompliance shall constitute a material breach of this Agreement and noncompliance with E.O. 50 and the rules and regulations promulgated thereunder. After a hearing held pursuant to the rules of DLS, the Director of DLS may direct the Commissioner to impose any or all of the following sanctions:

a. Disapproval of the Contractor; and/or

b. Suspension or termination of the Agreement; and/or

c. Declaring the Contractor in default; and/or

d. In lieu of any of the foregoing sanctions, imposition of an employment program.

3. Failure to comply with E.O. 50 and the rules and regulations promulgated thereunder in one or more instances may result in the Department declaring the Contractor to be non-responsible.

4. The Contractor agrees to include the provisions of the foregoing Sections 4.05(D)(1)-(3) in every subcontract or purchase order in excess of $100,000.00 to which it becomes a party unless exempted by E.O. 50 and the rules and regulations promulgated thereunder, so that such provisions will be binding upon each subcontractor or vendor. The Contractor will take such action with respect to any subcontract or purchase order as may be directed by the Director of DLS as a means of enforcing such provisions including sanctions for noncompliance. A supplier of unfinished products to the Contractor needed to produce the item contracted for shall not be considered a subcontractor or vendor for purposes of this Section 4.05(D)(4).

5. The Contractor further agrees that it will refrain from entering into any subcontract or modification thereof subject to E.O. 50 and the rules and regulations promulgated thereunder with a subcontractor who is not in compliance with the requirements of E.O. 50 and the rules and regulations promulgated thereunder. A supplier of unfinished products to the Contractor needed to produce the item contracted for shall not be considered a subcontractor for purposes of this Section 4.05(D)(5).

6. Nothing contained in this Section 4.05(D) shall be construed to bar any religious or denominational institution or organization, or any organization operated for charitable or educational purposes, that is operated, supervised or controlled by or in connection with a religious organization, from lawfully limiting employment or lawfully giving preference to persons of the same religion or denomination or from lawfully making such selection as is calculated by such organization to promote the religious principles for which it is established or maintained.

**Section 4.06 Paid Sick Leave Law**

A. *Introduction and General Provisions.*

1. The Earned Sick Time Act, also known as the Paid Sick Leave Law ("PSLL"), requires covered employees who annually perform more than 80 hours of work in New York City to be provided with paid sick time.[2] Contractors of the City or of other governmental entities may be required to provide sick time pursuant to the PSLL.

[2] Pursuant to the PSLL, if fewer than five employees work for the same employer, as determined pursuant Admin. Code § 20-912(g), such employer has the option of providing such employees uncompensated sick time.

2. The PSLL became effective on April 1, 2014, and is codified at Title 20, Chapter 8, of the Admin. Code. It is administered by the City's Department of Consumer Affairs ("DCA"). DCA's rules promulgated under the PSLL are codified at Chapter 7 of Title 6 of the Rules of the City of New York ("Rules").

3. The Contractor agrees to comply in all respects with the PSLL and the Rules, and as amended, if applicable, in the performance of this Agreement. The Contractor further acknowledges that such compliance is a material term of this Agreement and that failure to comply with the PSLL in performance of this Agreement may result in its termination.

4. The Contractor must notify the ACCO in writing within 10 Days of receipt of a complaint (whether oral or written) regarding the PSLL involving the performance of this Agreement. Additionally, the Contractor must cooperate with DCA's education efforts and must comply with DCA's subpoenas and other document demands as set forth in the PSLL and Rules.

5. The PSLL is summarized below for the convenience of the Contractor. The Contractor is advised to review the PSLL and Rules in their entirety. On the website www.nyc.gov/PaidSickLeave there are links to the PSLL and the associated Rules as well as additional resources for employers, such as Frequently Asked Questions, timekeeping tools and model forms, and an event calendar of upcoming presentations and webinars at which the Contractor can get more information about how to comply with the PSLL. The Contractor acknowledges that it is responsible for compliance with the PSLL notwithstanding any inconsistent language contained herein.

B. *Pursuant to the PSLL and the Rules: Applicability, Accrual, and Use.*

1. An employee who works within the City of New York for more than eighty hours in any consecutive 12-month period designated by the employer as its "calendar year" pursuant to the PSLL ("Year") must be provided sick time. Employers must provide a minimum of one hour of sick time for every 30 hours worked by an employee and compensation for such sick time must be provided at the greater of the employee's regular hourly rate or the minimum wage. Employers are not required to provide more than 40 hours of sick time to an employee in any Year.

2. An employee has the right to determine how much sick time he or she will use, provided that employers may set a reasonable minimum increment for the use of sick time not to exceed four hours per Day. In addition, an employee may carry over up to 40 hours of unused sick time to the following Year, provided that no employer is required to allow the use of more than 40 hours of sick time in a Year or carry over unused paid sick time if the employee is paid for such unused sick time and the employer provides the employee with at least the legally required amount of paid sick time for such employee for the immediately subsequent Year on the first Day of such Year.

3. An employee entitled to sick time pursuant to the PSLL may use sick time for any of the following:

a. such employee's mental illness, physical illness, injury, or health condition or the care of such illness, injury, or condition or such employee's need for medical diagnosis or preventive medical care;

b. such employee's care of a family member (an employee's child, spouse, domestic partner, parent, sibling, grandchild, or grandparent, or the child or parent of an employee's spouse or domestic partner) who has a mental illness, physical illness, injury or health condition or who has a need for medical diagnosis or preventive medical care;

c. closure of such employee's place of business by order of a public official due to a public health emergency; or

d. such employee's need to care for a child whose school or childcare provider has been closed due to a public health emergency.

4. An employer must not require an employee, as a condition of taking sick time, to search for a replacement. However, an employer may require an employee to provide: reasonable notice of the need to use sick time; reasonable documentation that the use of sick time was needed for a reason above if for an absence of more than three consecutive work days; and/or written confirmation that an employee used sick time pursuant to the PSLL. However, an employer may not require documentation specifying the nature of a medical condition or otherwise require disclosure of the details of a medical condition as a condition of providing sick time and health information obtained solely due to an employee's use of sick time pursuant to the PSLL must be treated by the employer as confidential.

5. If an employer chooses to impose any permissible discretionary requirement as a condition of using sick time, it must provide to all employees a written policy containing those requirements, using a delivery method that reasonably ensures that employees receive the policy. If such employer has not provided its written policy, it may not deny sick time to an employee because of non-compliance with such a policy.

6. Sick time to which an employee is entitled must be paid no later than the payday for the next regular payroll period beginning after the sick time was used.

C. *Exemptions and Exceptions*. Notwithstanding the above, the PSLL does not apply to any of the following:

1. an independent contractor who does not meet the definition of employee under N.Y. Labor Law § 190(2);

2. an employee covered by a valid collective bargaining agreement in effect on April 1, 2014, until the termination of such agreement;

3. an employee in the construction or grocery industry covered by a valid collective bargaining agreement if the provisions of the PSLL are expressly waived in such collective bargaining agreement;

4. an employee covered by another valid collective bargaining agreement if such provisions are expressly waived in such agreement and such agreement provides a benefit comparable to that provided by the PSLL for such employee;

5. an audiologist, occupational therapist, physical therapist, or speech language pathologist who is licensed by the New York State Department of Education and who calls in for work assignments at will, determines his or her own schedule, has the ability to reject or accept any assignment referred to him or her, and is paid an average hourly wage that is at least four times the federal minimum wage;

6. an employee in a work study program under Section 2753 of Chapter 42 of the United States Code;

7. an employee whose work is compensated by a qualified scholarship program as that term is defined in the Internal Revenue Code, Section 117 of Chapter 20 of the United States Code; or

8. a participant in a Work Experience Program (WEP) under N.Y. Social Services Law § 336-c.

D. *Retaliation Prohibited.* An employer may not threaten or engage in retaliation against an employee for exercising or attempting in good faith to exercise any right provided by the PSLL. In addition, an employer may not interfere with any investigation, proceeding, or hearing pursuant to the PSLL.

E. *Notice of Rights.*

1. An employer must provide its employees with written notice of their rights pursuant to the PSLL. Such notice must be in English and the primary language spoken by an employee, provided that DCA has made available a translation into such language. Downloadable notices are available on DCA's website at http://www.nyc.gov/html/dca/html/law/PaidSickLeave.shtml.

2. Any person or entity that willfully violates these notice requirements is subject to a civil penalty in an amount not to exceed $50.00 for each employee who was not given appropriate notice.

F. *Records.* An employer must retain records documenting its compliance with the PSLL for a period of at least three years, and must allow DCA to access such records in furtherance of an investigation related to an alleged violation of the PSLL.

G. *Enforcement and Penalties.*

1. Upon receiving a complaint alleging a violation of the PSLL, DCA has the right to investigate such complaint and attempt to resolve it through mediation. Within 30 Days of written notification of a complaint by DCA, or sooner in certain circumstances, the employer must provide DCA with a written response and such other information as DCA may request. If DCA believes that a violation of the PSLL has occurred, it has the right to issue a notice of violation to the employer.

2. DCA has the power to grant an employee or former employee all appropriate relief as set forth in Admin. Code § 20-924(d). Such relief may include, among other remedies, treble damages for the wages that should have been paid, damages for unlawful retaliation, and damages and reinstatement for unlawful discharge. In addition, DCA may impose on an employer found to have violated the PSLL civil penalties not to exceed $500.00 for a first violation, $750.00 for a second violation within two years of the first violation, and $1,000.00 for each succeeding violation within two years of the previous violation.

H. *More Generous Polices and Other Legal Requirements.* Nothing in the PSLL is intended to discourage, prohibit, diminish, or impair the adoption or retention of a more generous sick time policy, or the obligation of an employer to comply with any contract, collective bargaining agreement, employment benefit plan or other agreement providing more generous sick time. The PSLL provides minimum requirements pertaining to sick time and does not preempt, limit, or otherwise affect the applicability of any other law, regulation, rule, requirement, policy or standard that provides for greater accrual or use by employees of sick leave or time, whether paid or unpaid, or that extends other protections to employees. The PSLL may not be construed as creating or imposing any requirement in conflict with any federal or state law, rule, or regulation.

**Section 4.07 Whistleblower Protection Expansion Act**

A. In accordance with Local Laws 30 and 33 of 2012, codified at Admin. Code §§ 6-132 and 12-113, respectively,

1. Contractor shall not take an adverse personnel action with respect to an officer or employee in retaliation for such officer or employee making a report of information concerning conduct which such officer or employee knows or reasonably believes to involve corruption, criminal activity, conflict of interest, gross mismanagement or abuse of authority by any officer or employee relating to this Agreement to (i) the Commissioner of the Department of Investigation, (ii) a member of

the New York City Council, the Public Advocate, or the Comptroller, or (iii) the City Chief Procurement Officer, ACCO, Agency head, or Commissioner.

2. If any of Contractor's officers or employees believes that he or she has been the subject of an adverse personnel action in violation of this Section 4.07, he or she shall be entitled to bring a cause of action against Contractor to recover all relief necessary to make him or her whole. Such relief may include but is not limited to: (i) an injunction to restrain continued retaliation, (ii) reinstatement to the position such employee would have had but for the retaliation or to an equivalent position, (iii) reinstatement of full fringe benefits and seniority rights, (iv) payment of two times back pay, plus interest, and (v) compensation for any special damages sustained as a result of the retaliation, including litigation costs and reasonable attorney's fees.

3. Contractor shall post a notice provided by the City (attached hereto) in a prominent and accessible place on any site where work pursuant to the Agreement is performed that contains information about:

a. how its employees can report to the New York City Department of Investigation allegations of fraud, false claims, criminality or corruption arising out of or in connection with the Agreement; and

b. the rights and remedies afforded to its employees under Admin. Code §§ 7-805 (the New York City False Claims Act) and 12-113 (the Whistleblower Protection Expansion Act) for lawful acts taken in connection with the reporting of allegations of fraud, false claims, criminality or corruption in connection with the Agreement.

4. For the purposes of this Section 4.07, "adverse personnel action" includes dismissal, demotion, suspension, disciplinary action, negative performance evaluation, any action resulting in loss of staff, office space, equipment or other benefit, failure to appoint, failure to promote, or any transfer or assignment or failure to transfer or assign against the wishes of the affected officer or employee.

5. This Section 4.07 is applicable to all of Contractor's subcontractors having subcontracts with a value in excess of $100,000.00; accordingly, Contractor shall include this Section 4.07 in all subcontracts with a value in excess of $100,000.00.

B. Section 4.07 is not applicable to this Agreement if it is valued at $100,000.00 or less. Sections 4.07(A)(1), (2), (4), and (5) are not applicable to this Agreement if it was solicited pursuant to a finding of an emergency. Section 4.07(A)(3) is neither applicable to this Agreement if it was solicited prior to October 18, 2012 nor if it is a renewal of a contract executed prior to October 18, 2012.

## ARTICLE 5 - RECORDS, AUDITS, REPORTS, AND INVESTIGATIONS

### Section 5.01 Books and Records

The Contractor agrees to maintain separate and accurate books, records, documents, and other evidence, and to utilize appropriate accounting procedures and practices that sufficiently and properly reflect all direct and indirect costs of any nature expended in the performance of this Agreement.

### Section 5.02 Retention of Records

The Contractor agrees to retain all books, records, documents, other evidence relevant to this Agreement, including those required pursuant to Section 5.01, for six years after the final payment or expiration or termination of this Agreement, or for a period otherwise prescribed by Law, whichever is later. In addition, if any litigation, claim, or audit concerning this Agreement has commenced before the expiration of the six-year period, the books, records, documents, and other evidence must be retained until the completion of such litigation, claim, or audit. Any books, records, documents, and other evidence that are created in an electronic format in the regular course of business may be retained in an electronic format. Any books, records, documents, or other evidence that are created in the regular course of business as a paper copy may be retained in an electronic format provided that they satisfy the requirements of N.Y. Civil Practice Law and Rules ("CPLR") 4539(b), including the requirement that the reproduction is created in a manner "which does not permit additions, deletions, or changes without leaving a record of such additions, deletions, or changes." Furthermore, the Contractor agrees to waive any objection to the admissibility of any such books, records, documents, or other evidence on the grounds that such documents do not satisfy CPLR 4539(b).

### Section 5.03 Inspection

A. At any time during the Agreement or during the record retention period set forth in Section 5.02, the City, including the Department and the Department's Office of the Inspector General, as well as City, State, and federal auditors and any other persons duly authorized by the City shall, upon reasonable notice, have full access to and the right to examine and copy all books, records, documents, and other evidence maintained or retained by or on behalf of the Contractor pursuant to this Article 5. Notwithstanding any provision herein regarding notice of inspection, all books, records, documents, and other evidence of the Contractor kept pursuant to this Agreement shall be subject to immediate inspection, review, and copying by the Department's Office of the Inspector General, the Comptroller, and/or federal auditors without prior notice and at no additional cost to the City. The Contractor shall make such books, records documents, and other evidence available for inspection in the City of New York or shall reimburse the City for expenses associated with the out-of-City inspection.

B. The Department shall have the right to have representatives of the Department or of the City, State or federal government present to observe the services being performed. If

observation of particular services or activity would constitute a waiver of a legal privilege or violate the Law or an ethical obligation under the New York Rules of Professional Conduct for attorneys, National Association of Social Workers Code of Ethics or other similar code governing the provision of a profession's services in New York State, the Contractor shall promptly inform the Department or other entity seeking to observe such work or activity. Such restriction shall not act to prevent government representatives from inspecting the provision of services in a manner that allows the representatives to ensure that services are being performed in accordance with this Agreement.

C. The Contractor shall not be entitled to final payment until the Contractor has complied with any request for inspection or access given under this Section 5.03.

**Section 5.04 Audit**

A. This Agreement and all books, records, documents, and other evidence required to be maintained or retained pursuant to this Agreement, including all vouchers or invoices presented for payment and the books, records, and other documents upon which such vouchers or invoices are based (e.g., reports, cancelled checks, accounts, and all other similar material), are subject to audit by (i) the City, including the Comptroller, the Department, and the Department's Office of the Inspector General, (ii) the State, (iii) the federal government, and (iv) other persons duly authorized by the City. Such audits may include examination and review of the source and application of all funds whether from the City, the State, the federal government, private sources, or otherwise.

B. Audits by the City, including the Comptroller, the Department, and the Department's Office of the Inspector General, are performed pursuant to the powers and responsibilities conferred by the Charter and the Admin. Code, as well as all orders, rules, and regulations promulgated pursuant to the Charter and Admin. Code.

C. The Contractor shall submit any and all documentation and justification in support of expenditures or fees under this Agreement as may be required by the Department and by the Comptroller in the exercise of his/her powers under Law.

D. The Contractor shall not be entitled to final payment until the Contractor has complied with the requirements of this Section 5.04.

**Section 5.05 No Removal of Records from Premises**

Where performance of this Agreement involves use by the Contractor of any City books, records, documents, or data (in hard copy, or electronic or other format now known or developed in the future) at City facilities or offices, the Contractor shall not remove any such items or material (in the format in which it originally existed, or in any other converted or derived format) from such facility or office without the prior written approval of the Department's designated official. Upon the request by the Department at any time during the Agreement or after the

Agreement has expired or terminated, the Contractor shall return to the Department any City books, records, documents, or data that has been removed from City premises.

**Section 5.06 Electronic Records**

As used in this Appendix A, the terms "books," "records," "documents," and "other evidence" refer to electronic versions as well as hard copy versions.

**Section 5.07 Investigations Clause**

A. The Contractor agrees to cooperate fully and faithfully with any investigation, audit or inquiry conducted by a State or City agency or authority that is empowered directly or by designation to compel the attendance of witnesses and to examine witnesses under oath, or conducted by the Inspector General of a governmental agency that is a party in interest to the transaction, submitted bid, submitted proposal, contract, lease, permit, or license that is the subject of the investigation, audit or inquiry.

B.

1. If any person who has been advised that his or her statement, and any information from such statement, will not be used against him or her in any subsequent criminal proceeding refuses to testify before a grand jury or other governmental agency or authority empowered directly or by designation to compel the attendance of witnesses and to examine witnesses under oath concerning the award of or performance under any transaction, agreement, lease, permit, contract, or license entered into with the City, or State, or any political subdivision or public authority thereof, or the Port Authority of New York and New Jersey, or any local development corporation within the City, or any public benefit corporation organized under the Laws of the State, or;

2. If any person refuses to testify for a reason other than the assertion of his or her privilege against self-incrimination in an investigation, audit or inquiry conducted by a City or State governmental agency or authority empowered directly or by designation to compel the attendance of witnesses and to take testimony under oath, or by the Inspector General of the governmental agency that is a party in interest in, and is seeking testimony concerning the award of, or performance under, any transaction, agreement, lease, permit, contract, or license entered into with the City, the State, or any political subdivision thereof or any local development corporation within the City, then;

C.

6. The Commissioner or Agency Head whose agency is a party in interest to the transaction, submitted bid, submitted proposal, contract, lease, permit, or license shall convene a hearing, upon not less than five (5) Days written notice to the parties involved to determine if any penalties should attach for the failure of a person to testify.

7. If any non-governmental party to the hearing requests an adjournment, the Commissioner or Agency Head who convened the hearing may, upon granting the adjournment, suspend any contract, lease, permit, or license pending the final determination pursuant to Paragraph E below without the City incurring any penalty or damages for delay or otherwise.

D. The penalties that may attach after a final determination by the Commissioner or Agency Head may include but shall not exceed:

1. The disqualification for a period not to exceed five years from the date of an adverse determination for any person, or any entity of which such person was a member at the time the testimony was sought, from submitting bids for, or transacting business with, or entering into or obtaining any contract, lease, permit or license with or from the City; and/or

2. The cancellation or termination of any and all such existing City contracts, leases, permits or licenses that the refusal to testify concerns and that have not been assigned as permitted under this Agreement, nor the proceeds of which pledged, to an unaffiliated and unrelated institutional lender for fair value prior to the issuance of the notice scheduling the hearing, without the City incurring any penalty or damages on account of such cancellation or termination; monies lawfully due for goods delivered, work done, rentals, or fees accrued prior to the cancellation or termination shall be paid by the City.

E. The Commissioner or Agency Head shall consider and address in reaching his or her determination and in assessing an appropriate penalty the factors in Paragraphs (1) and (2) below. He or she may also consider, if relevant and appropriate, the criteria established in Paragraphs (3) and (4) below, in addition to any other information that may be relevant and appropriate:

1. The party's good faith endeavors or lack thereof to cooperate fully and faithfully with any governmental investigation or audit, including but not limited to the discipline, discharge, or disassociation of any person failing to testify, the production of accurate and complete books and records, and the forthcoming testimony of all other members, agents, assignees or fiduciaries whose testimony is sought.

2. The relationship of the person who refused to testify to any entity that is a party to the hearing, including, but not limited to, whether the person whose testimony is sought has an ownership interest in the entity and/or the degree of authority and responsibility the person has within the entity.

3. The nexus of the testimony sought to the subject entity and its contracts, leases, permits or licenses with the City.

4. The effect a penalty may have on an unaffiliated and unrelated party or entity that has a significant interest in an entity subject to penalties under Paragraph D above, provided that the party or entity has given actual notice to the Commissioner or Agency Head upon the acquisition of the interest, or at the hearing called for in Paragraph (C)(1) above gives notice and proves that such interest was previously acquired. Under either circumstance, the party or entity must present evidence at the hearing demonstrating the potential adverse impact a penalty will have on such person or entity.

F. Definitions

1. The term “license” or “permit” as used in this Section shall be defined as a license, permit, franchise, or concession not granted as a matter of right.

2. The term “person” as used in this Section shall be defined as any natural person doing business alone or associated with another person or entity as a partner, director, officer, principal or employee.

3. The term “entity” as used in this Section shall be defined as any firm, partnership, corporation, association, or person that receives monies, benefits, licenses, leases, or permits from or through the City, or otherwise transacts business with the City.

4. The term “member” as used in this Section shall be defined as any person associated with another person or entity as a partner, director, officer, principal, or employee.

G. In addition to and notwithstanding any other provision of this Agreement, the Commissioner or Agency Head may in his or her sole discretion terminate this Agreement upon not less than three (3) Days written notice in the event the Contractor fails to promptly report in writing to the City Commissioner of Investigation any solicitation of money, goods, requests for future employment or other benefits or thing of value, by or on behalf of any employee of the City or other person or entity for any purpose that may be related to the procurement or obtaining of this Agreement by the Contractor, or affecting the performance of this Agreement.

**Section 5.08 Confidentiality**

A. The Contractor agrees to hold confidential, both during and after the completion or termination of this Agreement, all of the reports, information, or data, furnished to, or prepared, assembled or used by, the Contractor under this Agreement. The Contractor agrees to maintain the confidentiality of such reports, information, or data by using a reasonable degree of care, and using at least the same degree of care that the Contractor uses to preserve the confidentiality of its own confidential information. The Contractor agrees that such reports, information, or data shall not be made available to any person or entity without the prior written approval of the Department. The obligation under this Section 5.08 to hold reports, information or data confidential shall not apply where the Contractor is legally required to disclose such reports, information or data, by virtue of a subpoena, court order or otherwise (“disclosure

demand"), provided that the Contractor complies with the following: (1) the Contractor shall provide advance notice to the Commissioner, in writing or by e-mail, that it received a disclosure demand for to disclose such reports, information or data and (2) if requested by the Department, the Contractor shall not disclose such reports, information, or data until the City has exhausted its legal rights, if any, to prevent disclosure of all or a portion of such reports, information or data. The previous sentence shall not apply if the Contractor is prohibited by law from disclosing to the Department the disclosure demand for such reports, information or data.

B. The Contractor shall provide notice to the Department within three days of the discovery by the Contractor of any breach of security, as defined in Admin. Code § 10-501(b), of any data, encrypted or otherwise, in use by the Contractor that contains social security numbers or other personal identifying information as defined in Admin. Code § 10-501 ("Personal Identifying Information"), where such breach of security arises out of the acts or omissions of the Contractor or its employees, subcontractors, or agents. Upon the discovery of such security breach, the Contractor shall take reasonable steps to remediate the cause or causes of such breach, and shall provide notice to the Department of such steps. In the event of such breach of security, without limiting any other right of the City, the City shall have the right to withhold further payments under this Agreement for the purpose of set-off in sufficient sums to cover the costs of notifications and/or other actions mandated by any Law, or administrative or judicial order, to address the breach, and including any fines or disallowances imposed by the State or federal government as a result of the disclosure. The City shall also have the right to withhold further payments hereunder for the purpose of set-off in sufficient sums to cover the costs of credit monitoring services for the victims of such a breach of security by a national credit reporting agency, and/or any other commercially reasonable preventive measure. The Department shall provide the Contractor with written notice and an opportunity to comment on such measures prior to implementation. Alternatively, at the City's discretion, or if monies remaining to be earned or paid under this Agreement are insufficient to cover the costs detailed above, the Contractor shall pay directly for the costs, detailed above, if any.

C. The Contractor shall restrict access to confidential information to persons who have a legitimate work related purpose to access such information. The Contractor agrees that it will instruct its officers, employees, and agents to maintain the confidentiality of any and all information required to be kept confidential by this Agreement.

D. The Contractor, and its officers, employees, and agents shall notify the Department, at any time either during or after completion or termination of this Agreement, of any intended statement to the press or any intended issuing of any material for publication in any media of communication (print, news, television, radio, Internet, etc.) regarding the services provided or the data collected pursuant to this Agreement at least 24 hours prior to any statement to the press or at least five business days prior to the submission of the material for publication, or such shorter periods as are reasonable under the circumstances. The Contractor may not issue any statement or submit any material for publication that includes confidential information as prohibited by this Section 5.08.

E. At the request of the Department, the Contractor shall return to the Department any and all confidential information in the possession of the Contractor or its subcontractors. If the Contractor or its subcontractors are legally required to retain any confidential information, the Contractor shall notify the Department in writing and set forth the confidential information that it intends to retain and the reasons why it is legally required to retain such information. The Contractor shall confer with the Department, in good faith, regarding any issues that arise from the Contractor retaining such confidential information. If the Department does not request such information or the Law does not require otherwise, such information shall be maintained in accordance with the requirements set forth in Section 5.02.

F. A breach of this Section 5.08 shall constitute a material breach of this Agreement for which the Department may terminate this Agreement pursuant to Article 10. The Department reserves any and all other rights and remedies in the event of unauthorized disclosure.

## ARTICLE 6 - COPYRIGHTS, PATENTS, INVENTIONS, AND ANTITRUST

### Section 6.01 Copyrights and Ownership of Work Product

A. Any reports, documents, data, photographs, deliverables, and/or other materials produced pursuant to this Agreement, and any and all drafts and/or other preliminary materials in any format related to such items produced pursuant to this Agreement, shall upon their creation become the exclusive property of the City.

B. Any reports, documents, data, photographs, deliverables, and/or other materials provided pursuant to this Agreement ("Copyrightable Materials") shall be considered "work-made-for-hire" within the meaning and purview of Section 101 of the United States Copyright Act, 17 U.S.C. § 101, and the City shall be the copyright owner thereof and of all aspects, elements, and components thereof in which copyright protection might exist. To the extent that the Copyrightable Materials do not qualify as "work-made-for-hire," the Contractor hereby irrevocably transfers, assigns and conveys exclusive copyright ownership in and to the Copyrightable Materials to the City, free and clear of any liens, claims, or other encumbrances. The Contractor shall retain no copyright or intellectual property interest in the Copyrightable Materials. The Copyrightable Materials shall be used by the Contractor for no purpose other than in the performance of this Agreement without the prior written permission of the City. The Department may grant the Contractor a license to use the Copyrightable Materials on such terms as determined by the Department and set forth in the license.

C. The Contractor acknowledges that the City may, in its sole discretion, register copyright in the Copyrightable Materials with the United States Copyright Office or any other government agency authorized to grant copyright registrations. The Contractor shall fully cooperate in this effort, and agrees to provide any and all documentation necessary to accomplish this.

D. The Contractor represents and warrants that the Copyrightable Materials: (i) are wholly original material not published elsewhere (except for material that is in the public domain); (ii) do not violate any copyright Law; (iii) do not constitute defamation or invasion of the right of privacy or publicity; and (iv) are not an infringement, of any kind, of the rights of any third party. To the extent that the Copyrightable Materials incorporate any non-original material, the Contractor has obtained all necessary permissions and clearances, in writing, for the use of such non-original material under this Agreement, copies of which shall be provided to the City upon execution of this Agreement.

E. If the services under this Agreement are supported by a federal grant of funds, the federal and State government reserves a royalty-free, non-exclusive irrevocable license to reproduce, publish, or otherwise use and to authorize others to use, for federal or State government purposes, the copyright in any Copyrightable Materials developed under this Agreement.

F. If the Contractor publishes a work dealing with any aspect of performance under this Agreement, or with the results of such performance, the City shall have a royalty-free, non-exclusive irrevocable license to reproduce, publish, or otherwise use such work for City governmental purposes.

### Section 6.02 Patents and Inventions

The Contractor shall promptly and fully report to the Department any discovery or invention arising out of or developed in the course of performance of this Agreement. If the services under this Agreement are supported by a federal grant of funds, the Contractor shall promptly and fully report to the federal government for the federal government to make a determination as to whether patent protection on such invention shall be sought and how the rights in the invention or discovery, including rights under any patent issued thereon, shall be disposed of and administered in order to protect the public interest.

### Section 6.03 Pre-existing Rights

In no case shall Sections 6.01 and 6.02 apply to, or prevent the Contractor from asserting or protecting its rights in any discovery, invention, report, document, data, photograph, deliverable, or other material in connection with or produced pursuant to this Agreement that existed prior to or was developed or discovered independently from the activities directly related to this Agreement.

### Section 6.04 Antitrust

The Contractor hereby assigns, sells, and transfers to the City all right, title, and interest in and to any claims and causes of action arising under the antitrust laws of the State or of the United States relating to the particular goods or services procured by the City under this Agreement.

## ARTICLE 7 - INSURANCE

### Section 7.01 Agreement to Insure

The Contractor shall maintain the following types of insurance if and as indicated in Schedule A (with the minimum limits and special conditions specified in Schedule A) throughout the term of this Agreement, including any applicable guaranty period. All insurance shall meet the requirements set forth in this Article 7. Wherever this Article 7 requires that insurance coverage be "at least as broad" as a specified form (including all ISO forms), there is no obligation that the form itself be used, provided that the Contractor can demonstrate that the alternative form or endorsement contained in its policy provides coverage at least as broad as the specified form.

### Section 7.02 Workers' Compensation, Disability Benefits, and Employers' Liability Insurance

A. The Contractor shall maintain workers' compensation insurance, employers' liability insurance, and disability benefits insurance, in accordance with Law on behalf of, or in regard to, all employees providing services under this Agreement

B. Within 10 Days of award of this Agreement or as otherwise specified by the Department, and as required by N.Y. Workers' Compensation Law §§ 57 and 220(8), the Contractor shall submit proof of Contractor's workers' compensation insurance and disability benefits insurance (or proof of a legal exemption) to the Department in a form acceptable to the New York State Workers' Compensation Board. ACORD forms are not acceptable proof of such insurance. The following forms are acceptable:

1. Form C-105.2, *Certificate of Workers' Compensation Insurance*;

2. Form U-26.3, *State Insurance Fund Certificate of Workers' Compensation Insurance*;

3. Form SI-12, *Certificate of Workers' Compensation Self-Insurance*;
4. Form GSI-105.2, *Certificate of Participation in Worker's Compensation Group Self-Insurance*;

5. Form DB-120.1, *Certificate of Disability Benefits Insurance*;

6. Form DB-155, *Certificate of Disability Benefits Self-Insurance*;

7. Form CE-200 – *Affidavit of Exemption*;

8. Other forms approved by the New York State Workers' Compensation Board; or

9. Other proof of insurance in a form acceptable to the City.

**Section 7.03 Other Insurance**

A. *Commercial General Liability Insurance.* The Contractor shall maintain commercial general liability insurance in the amounts specified in Schedule A covering operations under this Agreement. Coverage must be at least as broad as the coverage provided by the most recently issued ISO Form CG 00 01, primary and non-contributory, and "occurrence" based rather than "claims-made." Such coverage shall list the City, together with its officials and employees, and any other entity that may be listed on Schedule A as an additional insured with coverage at least as broad as the most recently issued ISO Form CG 20 10 or CG 20 26 and, if construction is performed as part of the services, ISO Form CG 20 37.

B. *Commercial Automobile Liability Insurance.* If indicated in Schedule A and/or if vehicles are used in the provision of services under this Agreement, the Contractor shall maintain commercial automobile liability insurance for liability arising out of ownership, maintenance or use of any owned, non-owned, or hired vehicles to be used in connection with this Agreement. Coverage shall be at least as broad as the most recently issued ISO Form CA 00 01. If vehicles are used for transporting hazardous materials, the commercial automobile liability insurance shall be endorsed to provide pollution liability broadened coverage for covered vehicles (endorsement CA 99 48) as well as proof of MCS-90.

C. *Professional Liability Insurance.*

1. If indicated in Schedule A, the Contractor shall maintain and submit evidence of professional liability insurance or errors and omissions insurance appropriate to the type(s) of such services to be provided under this Agreement. The policy or policies shall cover the liability assumed by the Contractor under this Agreement arising out of the negligent performance of professional services or caused by an error, omission, or negligent act of the Contractor or anyone employed by the Contractor.

2. All subcontractors of the Contractor providing professional services under this Agreement for which professional liability insurance or errors and omissions insurance is reasonably commercially available shall also maintain such insurance in the amount specified in Schedule A. At the time of the request for subcontractor approval, the Contractor shall provide to the Department, evidence of such professional liability insurance on a form acceptable to the Department.

3. Claims-made policies will be accepted for professional liability insurance. All such policies shall have an extended reporting period option or automatic coverage of not less than two years. If available as an option, the Contractor shall purchase extended reporting period coverage effective on cancellation or termination of such insurance unless a new policy is secured with a retroactive date, including at least the last policy year.

D. *Crime Insurance.* If indicated in Schedule A, the Contractor shall maintain crime insurance during the term of the Agreement in the minimum amounts listed in Schedule A. Such insurance shall include coverage, without limitation, for any and all acts of employee theft including employee theft of client property, forgery or alteration, inside the premises (theft of money and securities), inside the premises (robbery or safe burglary of other property), outside the premises, computer fraud, funds transfer fraud, and money orders and counterfeit money. The policy shall name the Contractor as named insured and shall list the City as loss payee as its interests may appear.

E. *Cyber Liability Insurance.* If indicated in Schedule A, the Contractor shall maintain cyber liability insurance covering losses arising from operations under this Agreement in the amounts listed in Schedule A. The City shall approve the policy (including exclusions therein), coverage amounts, deductibles or self-insured retentions, and premiums, as well as the types of losses covered, which may include but not be limited to: notification costs, security monitoring costs, losses resulting from identity theft, and other injury to third parties. If additional insured status is commercially available under the Contractor's cyber liability insurance, the insurance shall cover the City, together with its respective officials and employees, as additional insured.

F. *Other Insurance.* The Contractor shall provide such other types of insurance in the amounts specified in Schedule A.

**Section 7.04 General Requirements for Insurance Coverage and Policies**

A. Unless otherwise stated, all insurance required by Section 7.03 of this Agreement must:

1. be provided by companies that may lawfully issue such policies;

2. have an A.M. Best rating of at least A- / VII, a Standard & Poor's rating of at least A, a Moody's Investors Service rating of at least A3, a Fitch Ratings rating of at least A- or a similar rating by any other nationally recognized statistical rating organization acceptable to the New York City Law Department unless prior written approval is obtained from the New York City Law Department; and

3. be primary (and non-contributing) to any insurance or self-insurance maintained by the City (not applicable to professional liability insurance/errors and omissions insurance) and any other entity listed as an additional insured in Schedule A.

B. The Contractor shall be solely responsible for the payment of all premiums for all required insurance policies and all deductibles or self-insured retentions to which such policies are subject, whether or not the City is an insured under the policy.

C. There shall be no self-insurance program, including a self-insurance retention, exceeding $10,000.00, with regard to any insurance required under Section 7.03 unless approved in writing by the Commissioner. Any such self-insurance program shall provide the City and any other additional insured listed on Schedule A with all rights that would be provided by traditional insurance required under this Article 7, including but not limited to the defense obligations that insurers are required to undertake in liability policies.

D. The limits of coverage for all types of insurance for the City, including its officials and employees, and any other additional insured listed on Schedule A that must be provided to such additional insured(s) shall be the greater of (i) the minimum limits set forth in Schedule A or (ii) the limits provided to the Contractor as named insured under all primary, excess, and umbrella policies of that type of coverage.

**Section 7.05 Proof of Insurance**

A. For each policy required under Section 7.03 and Schedule A of this Agreement, the Contractor shall file proof of insurance and, where applicable, proof that the City, including its officials and employees, is an additional insured with the Department within ten Days of award of this Agreement. The following proof is acceptable:

1. A certificate of insurance accompanied by a completed certification of insurance broker or agent (included in Schedule A of this Agreement) and any endorsements by which the City, including its officials and employees, have been made an additional insured; or

2. A copy of the insurance policy, including declarations and endorsements, certified by an authorized representative of the issuing insurance carrier.

B. Proof of insurance confirming renewals of insurance required under Section 7.03 must be submitted to the Department prior to the expiration date of the coverage. Such proof must meet the requirements of Section 7.05(A).

C. The Contractor shall provide the City with a copy of any policy required under this Article 7 upon the demand for such policy by the Commissioner or the New York City Law Department.

D. Acceptance by the Commissioner of a certificate or a policy does not excuse the Contractor from maintaining policies consistent with all provisions of this Article 7 (and ensuring that subcontractors maintain such policies) or from any liability arising from its failure to do so.

E. If the Contractor receives notice, from an insurance company or other person, that any insurance policy required under this Article 7 shall expire or be cancelled or terminated for any reason, the Contractor shall immediately forward a copy of such notice to both the address referred to in Section 14.04 and Schedule A and to the New York City Comptroller, Attn: Office

of Contract Administration, Municipal Building, One Centre Street, Room 1005, New York, New York 10007.

**Section 7.06 Miscellaneous**

A. Whenever notice of loss, damage, occurrence, accident, claim, or suit is required under a policy required by Section 7.03 and Schedule A, the Contractor shall provide the insurer with timely notice thereof on behalf of the City. Such notice shall be given even where the Contractor may not be covered under such policy if this Agreement requires that the City be an additional insured (for example, where one of Contractor's employees was injured). Such notice shall expressly specify that "this notice is being given on behalf of the City of New York, including its officials and employees, as additional insured" (such notice shall also include the name of any other entity listed as an additional insured on Schedule A) and contain the following information to the extent known: the number of the insurance policy; the name of the named insured; the date and location of the damage, occurrence, or accident; the identity of the persons or things injured, damaged, or lost; and the title of the claim or suit, if applicable. The Contractor shall simultaneously send a copy of such notice to the City of New York c/o Insurance Claims Specialist, Affirmative Litigation Division, New York City Law Department, 100 Church Street, New York, New York 10007. If the Contractor fails to comply with the requirements of this paragraph, the Contractor shall indemnify the City, together with its officials and employees, and any other entity listed as an additional insured on Schedule A for all losses, judgments, settlements and expenses, including reasonable attorneys' fees, arising from an insurer's disclaimer of coverage citing late notice by or on behalf of the City together with its officials and employees, and any other entity listed as an additional insured on Schedule A.

B. The Contractor's failure to maintain any of the insurance required by this Article 7 and Schedule A shall constitute a material breach of this Agreement. Such breach shall not be waived or otherwise excused by any action or inaction by the City at any time.

C. Insurance coverage in the minimum amounts required in this Article 7 shall not relieve the Contractor or its subcontractors of any liability under this Agreement, nor shall it preclude the City from exercising any rights or taking such other actions as are available to it under any other provisions of this Agreement or Law.

D. With respect to insurance required by Section 7.03 and Schedule A (but not including professional liability/errors and omissions insurance), the Contractor waives all rights against the City, including its officials and employees, and any other entity listed as an additional insured on Schedule A for any damages or losses that are covered under any insurance required under this Article 7 (whether or not such insurance is actually procured or claims are paid thereunder) or any other insurance applicable to the operations of the Contractor and/or its subcontractors in the performance of this Agreement.

E. In the event the Contractor requires any subcontractor to maintain insurance with regard to any operations under this Agreement and requires such subcontractor to list the Contractor as an additional insured under such insurance, the Contractor shall ensure that such

entity also list the City, including its officials and employees, and any other entity listed as an additional insured on Schedule A as an additional insured. With respect to commercial general liability insurance, such coverage must be at least as broad as the most recently issued ISO form CG 20 26.

## ARTICLE 8 - PROTECTION OF PERSONS AND PROPERTY AND INDEMNIFICATION

### Section 8.01 Reasonable Precautions

The Contractor shall take all reasonable precautions to protect all persons and the property of the City and of others from injury, damage, or loss resulting from the Contractor's and/or its subcontractors' operations under this Agreement.

### Section 8.02 Protection of City Property

The Contractor assumes the risk of, and shall be responsible for, any loss or damage to City property, including property and equipment leased by the City, used in the performance of this Agreement, where such loss or damage is caused by negligence, any tortious act, or failure to comply with the provisions of this Agreement or of Law by the Contractor, its officers, employees, agents or subcontractors.

### Section 8.03 Indemnification

To the fullest extent permitted by Law, the Contractor shall defend, indemnify, and hold harmless the City, including its officials and employees, against any and all claims (even if the allegations of the claim are without merit), judgments for damages on account of any injuries or death to any person or damage to any property, and costs and expenses to which the City or its officials or employees, may be subject to or which they may suffer or incur allegedly arising out of any of the operations of the Contractor and/or its subcontractors under this Agreement to the extent resulting from any negligent act of commission or omission, any intentional tortious act, and/or the failure to comply with Law or any of the requirements of this Agreement. Insofar as the facts or Law relating to any of the foregoing would preclude the City or its officials or employees from being completely indemnified by the Contractor, the City and its officials and employees shall be partially indemnified by the Contractor to the fullest extent permitted by Law.

### Section 8.04 Infringement Indemnification

To the fullest extent permitted by Law, the Contractor shall defend, indemnify, and hold harmless the City, including its officials and employees, against any and all claims (even if the allegations of the claim are without merit), judgments for damages, and costs and expenses to which the City or its officials or employees, may be subject to or which they may suffer or incur allegedly arising out of any infringement, violation, or unauthorized use of any copyright, trade

secret, trademark or patent or any other property or personal right of any third party by the Contractor and/or its employees, agents, or subcontractors in the performance of this Agreement. To the fullest extent permitted by Law, the Contractor shall defend, indemnify, and hold harmless the City and its officials and employees regardless of whether or not the alleged infringement, violation, or unauthorized use arises out of compliance with the Agreement's scope of services/scope of work. Insofar as the facts or Law relating to any of the foregoing would preclude the City and its officials and employees from being completely indemnified by the Contractor, the City and its officials and employees shall be partially indemnified by the Contractor to the fullest extent permitted by Law.

**Section 8.05 Indemnification Obligations Not Limited By Insurance Obligation**

The Contractor's obligation to indemnify, defend and hold harmless the City and its officials and employees shall neither be (i) limited in any way by the Contractor's obligations to obtain and maintain insurance under this Agreement, nor (ii) adversely affected by any failure on the part of the City or its officials or employees to avail themselves of the benefits of such insurance.

**Section 8.06 Actions By or Against Third Parties**

A. If any claim is made or any action brought in any way relating to Agreement other than an action between the City and the Contractor, the Contractor shall diligently render to the City without additional compensation all assistance that the City may reasonably require of the Contractor.

B. The Contractor shall report to the Department in writing within five business days of the initiation by or against the Contractor of any legal action or proceeding relating to this Agreement.

**Section 8.07 Withholding of Payments**

A. If any claim is made or any action is brought against the City for which the Contractor may be required to indemnify the City pursuant to this Agreement, the City shall have the right to withhold further payments under this Agreement for the purpose of set-off in sufficient sums to cover the said claim or action.

B. If any City property is lost or damaged as set forth in Section 8.02, except for normal wear and tear, the City shall have the right to withhold payments under this Agreement for the purpose of set-off in sufficient sums to cover such loss or damage.

C. The City shall not, however, impose a set-off in the event that an insurance company that provided insurance pursuant to Section 7.03 above has accepted the City's tender of the claim or action without a reservation of rights.

D. The Department may, at its option, withhold for purposes of set-off any monies due to the Contractor under this Agreement up to the amount of any disallowances or questioned costs resulting from any audits of the Contractor or to the amount of any overpayment to the Contractor with regard to this Agreement.

E. The rights and remedies of the City provided for in this Section 8.07 are not exclusive and are in addition to any other rights and remedies provided by Law or this Agreement.

### Section 8.08 No Third Party Rights

The provisions of this Agreement shall not be deemed to create any right of action in favor of third parties against the Contractor or the City or their respective officials and employees.

## ARTICLE 9 - CONTRACT CHANGES

### Section 9.01 Contract Changes

Changes to this Agreement may be made only as duly authorized by the ACCO or his or her designee and in accordance with the PPB Rules. Any amendment or change to this Agreement shall not be valid unless made in writing and signed by authorized representatives of both parties. The Contractor deviates from the requirements of this Agreement without a duly approved and executed change order document or written contract modification or amendment at its own risk.

### Section 9.02 Changes Through Fault of Contractor

If any change is required in the data, documents, deliverables, or other services to be provided under this Agreement because of negligence or error of the Contractor, no additional compensation shall be paid to the Contractor for making such change, and the Contractor is obligated to make such change without additional compensation.

## ARTICLE 10 - TERMINATION, DEFAULT, REDUCTIONS IN FUNDING, AND LIQUIDATED DAMAGES

### Section 10.01 Termination by the City Without Cause

A. The City shall have the right to terminate this Agreement, in whole or in part, without cause, in accordance with the provisions of Section 10.05.

B. In its sole discretion, the City shall have the right to terminate this Agreement, in whole or in part, upon the request of the Contractor to withdraw from the Contract, in accordance with the provisions of Section 10.05.

C. If the City terminates this Agreement pursuant to this Section 10.01, the following provisions apply. The City shall not incur or pay any further obligation pursuant to this Agreement beyond the termination date set by the City pursuant to Section 10.05. The City shall pay for services provided in accordance with this Agreement prior to the termination date. In addition, any obligation necessarily incurred by the Contractor on account of this Agreement prior to receipt of notice of termination and falling due after the termination date shall be paid by the City in accordance with the terms of this Agreement. In no event shall such obligation be construed as including any lease or other occupancy agreement, oral or written, entered into between the Contractor and its landlord.

**Section 10.02 Reductions in Federal, State, and/or City Funding**

A. This Agreement is funded in whole or in part by funds secured from the federal, State and/or City governments. Should there be a reduction or discontinuance of such funds by action of the federal, State and/or City governments, the City shall have, in its sole discretion, the right to terminate this Agreement in whole or in part, or to reduce the funding and/or level of services of this Agreement caused by such action by the federal, State and/or City governments, including, in the case of the reduction option, but not limited to, the reduction or elimination of programs, services or service components; the reduction or elimination of contract-reimbursable staff or staff-hours, and corresponding reductions in the budget of this Agreement and in the total amount payable under this Agreement. Any reduction in funds pursuant to this Section 10.02(A) shall be accompanied by an appropriate reduction in the services performed under this Agreement.

B. In the case of the reduction option referred to in Section 10.02(A), above, any such reduction shall be effective as of the date set forth in a written notice thereof to the Contractor, which shall be not less than 30 Days from the date of such notice. Prior to sending such notice of reduction, the Department shall advise the Contractor that such option is being exercised and afford the Contractor an opportunity to make within seven Days any suggestion(s) it may have as to which program(s), service(s), service component(s), staff or staff-hours might be reduced or eliminated, provided, however, that the Department shall not be bound to utilize any of the Contractor's suggestions and that the Department shall have sole discretion as to how to effectuate the reductions.

C. If the City reduces funding pursuant to this Section 10.02, the following provisions apply. The City shall pay for services provided in accordance with this Agreement prior to the reduction date. In addition, any obligation necessarily incurred by the Contractor on account of this Agreement prior to receipt of notice of reduction and falling due after the reduction date shall be paid by the City in accordance with the terms of this Agreement. In no event shall such obligation be construed as including any lease or other occupancy agreement, oral or written, entered into between the Contractor and its landlord.

D. To the extent that the reduction in public funds is a result of the State determining that the Contractor may receive medical assistance funds pursuant to title eleven of article five of

the Social Services Law to fund the services contained within the scope of a program under this Agreement, then the notice and effective date provisions of this Section 10.02 shall not apply, and the Department may reduce such public funds authorized under this Agreement by informing the Contractor of the amount of the reduction and revising attachments to this Agreement as appropriate.

**Section 10.03 Contractor Default**

A. The City shall have the right to declare the Contractor in default:

1. Upon a breach by the Contractor of a material term or condition of this Agreement, including unsatisfactory performance of the services;

2. Upon insolvency or the commencement of any proceeding by or against the Contractor, either voluntarily or involuntarily, under the Bankruptcy Code or relating to the insolvency, receivership, liquidation, or composition of the Contractor for the benefit of creditors;

3. If the Contractor refuses or fails to proceed with the services under the Agreement when and as directed by the Commissioner;

4. If the Contractor or any of its officers, directors, partners, five percent or greater shareholders, principals, or other employee or person substantially involved in its activities are indicted or convicted after execution of the Agreement under any state or federal law of any of the following:

a. a criminal offense incident to obtaining or attempting to obtain or performing a public or private contract;

b. fraud, embezzlement, theft, bribery, forgery, falsification, or destruction of records, or receiving stolen property;

c. a criminal violation of any state or federal antitrust law;

d. violation of the Racketeer Influence and Corrupt Organization Act, 18 U.S.C. §§ 1961 *et seq.*, or the Mail Fraud Act, 18 U.S.C. §§ 1341 *et seq.*, for acts in connection with the submission of bids or proposals for a public or private contract;

e. conspiracy to commit any act or omission that would constitute grounds for conviction or liability under any statute described in subparagraph (d) above; or

f. an offense indicating a lack of business integrity that seriously and directly affects responsibility as a City vendor.

5. If the Contractor or any of its officers, directors, partners, five percent or greater shareholders, principals, or other employee or person substantially involved in its activities are subject to a judgment of civil liability under any state or federal antitrust law for acts or omissions in connection with the submission of bids or proposals for a public or private contract; or

6. If the Contractor or any of its officers, directors, partners, five percent or greater shareholders, principals, or other employee or person substantially involved in its activities makes or causes to be made any false, deceptive, or fraudulent material statement, or fail to make a required material statement in any bid, proposal, or application for City or other government work.

B. The right to declare the Contractor in default shall be exercised by sending the Contractor a written notice of the conditions of default, signed by the Commissioner, setting forth the ground or grounds upon which such default is declared ("Notice to Cure"). The Contractor shall have ten Days from receipt of the Notice to Cure or any longer period that is set forth in the Notice to Cure to cure the default. The Commissioner may temporarily suspend services under the Agreement pending the outcome of the default proceedings pursuant to this Section 10.03.

C. If the conditions set forth in the Notice to Cure are not cured within the period set forth in the Notice to Cure, the Commissioner may declare the Contractor in default pursuant to this Section 10.03. Before the Commissioner may exercise his or her right to declare the Contractor in default, the Commissioner shall give the Contractor an opportunity to be heard upon not less than five business days' notice. The Commissioner may, in his or her discretion, provide for such opportunity to be in writing or in person. Such opportunity to be heard shall not occur prior to the end of the cure period but notice of such opportunity to be heard may be given prior to the end of the cure period and may be given contemporaneously with the Notice to Cure.

D. After the opportunity to be heard, the Commissioner may terminate the Agreement, in whole or in part, upon finding the Contractor in default pursuant to this Section 10.03, in accordance with the provisions of Section 10.05.

E. The Commissioner, after declaring the Contractor in default, may have the services under the Agreement completed by such means and in such manner, by contract with or without public letting, or otherwise, as he or she may deem advisable in accordance with applicable PPB Rules. After such completion, the Commissioner shall certify the expense incurred in such completion, which shall include the cost of re-letting. Should the expense of such completion, as certified by the Commissioner, exceed the total sum which would have been payable under the Agreement if it had been completed by the Contractor, any excess shall be promptly paid by the Contractor upon demand by the City. The excess expense of such completion, including any and all related and incidental costs, as so certified by the Commissioner, and any liquidated damages assessed against the Contractor, may be charged against and deducted out of monies earned by the Contractor.

**Section 10.04 Force Majeure**

A. For purposes of this Agreement, a force majeure event is an act or event beyond the control and without any fault or negligence of the Contractor ("Force Majeure Event"). Such events may include, but are not limited to, fire, flood, earthquake, storm or other natural disaster, civil commotion, war, terrorism, riot, and labor disputes not brought about by any act or omission of the Contractor.

B. In the event the Contractor cannot comply with the terms of the Agreement (including any failure by the Contractor to make progress in the performance of the services) because of a Force Majeure Event, then the Contractor may ask the Commissioner to excuse the nonperformance and/or terminate the Agreement. If the Commissioner, in his or her reasonable discretion, determines that the Contractor cannot comply with the terms of the Agreement because of a Force Majeure Event, then the Commissioner shall excuse the nonperformance and may terminate the Agreement. Such a termination shall be deemed to be without cause.

F. If the City terminates the Agreement pursuant to this Section 10.04, the following provisions apply. The City shall not incur or pay any further obligation pursuant to this Agreement beyond the termination date. The City shall pay for services provided in accordance with this Agreement prior to the termination date. Any obligation necessarily incurred by the Contractor on account of this Agreement prior to receipt of notice of termination and falling due after the termination date shall be paid by the City in accordance with the terms of this Agreement. In no event shall such obligation be construed as including any lease or other occupancy agreement, oral or written, entered into between the Contractor and its landlord.

**Section 10.05 Procedures for Termination**

A. The Department and/or the City shall give the Contractor written notice of any termination of this Agreement. Such notice shall specify the applicable provision(s) under which the Agreement is terminated and the effective date of the termination. Except as otherwise provided in this Agreement, the notice shall comply with the provisions of this Section 10.05 and Section 14.04. For termination without cause, the effective date of the termination shall not be less than ten Days from the date the notice is personally delivered, or 15 Days from the date the notice is either sent by certified mail, return receipt requested, delivered by overnight or same day courier service in a properly addressed envelope with confirmation, or sent by email and, unless the receipt of the email is acknowledged by the recipient by email, deposited in a post office box regularly maintained by the United States Postal Service in a properly addressed postage pre-paid envelope. In the case of termination for default, the effective date of the termination shall be as set forth above for a termination without cause or such earlier date as the Commissioner may determine. If the City terminates the Agreement in part, the Contractor shall continue the performance of the Agreement to the extent not terminated.

B. Upon termination or expiration of this Agreement, the Contractor shall comply with the City close-out procedures, including but not limited to:

1. Accounting for and refunding to the Department, within 45 Days, any unexpended funds which have been advanced to the Contractor pursuant to this Agreement;

2. Furnishing within 45 Days an inventory to the Department of all equipment, appurtenances and property purchased through or provided under this Agreement and carrying out any Department or City directive concerning the disposition of such equipment, appurtenances and property;

3. Turning over to the Department or its designees all books, records, documents and material specifically relating to this Agreement that the Department has requested be turned over;

4. Submitting to the Department, within 90 Days, a final statement and report relating to the Agreement. The report shall be made by a certified public accountant or a licensed public accountant, unless the Department waives, in writing, the requirement that a certified public accountant or licensed public accountant make such report; and

5. Providing reasonable assistance to the Department in the transition, if any, to a new contractor.

**Section 10.06 Miscellaneous Provisions**

A. The Commissioner, in addition to any other powers set forth in this Agreement or by operation of Law, may suspend, in whole or in part, any part of the services to be provided under this Agreement whenever in his or her judgment such suspension is required in the best interest of the City. If the Commissioner suspends this Agreement pursuant to this Section 10.06, the City shall not incur or pay any further obligation pursuant to this Agreement beyond the suspension date until such suspension is lifted. The City shall pay for services provided in accordance with this Agreement prior to the suspension date. In addition, any obligation necessarily incurred by the Contractor on account of this Agreement prior to receipt of notice of suspension and falling due during the suspension period shall be paid by the City in accordance with the terms of this Agreement.

B. Notwithstanding any other provisions of this Agreement, the Contractor shall not be relieved of liability to the City for damages sustained by the City by virtue of the Contractor's breach of the Agreement, and the City may withhold payments to the Contractor for the purpose of set-off in the amount of damages due to the City from the Contractor.

C. The rights and remedies of the City provided in this Article 10 shall not be exclusive and are in addition to all other rights and remedies provided by Law or under this Agreement.

### Section 10.07 Liquidated Damages

If Schedule A or any other part of this Agreement includes liquidated damages for failure to comply with a provision of this Agreement, the sum indicated is fixed and agreed as the liquidated damages that the City will suffer by reason of such noncompliance and not as a penalty.

## ARTICLE 11 - PROMPT PAYMENT AND ELECTRONIC FUNDS TRANSFER

### Section 11.01 Prompt Payment

A. The prompt payment provisions of PPB Rule § 4-06 are applicable to payments made under this Agreement. With some exceptions, the provisions generally require the payment to the Contractor of interest on payments made after the required payment date, as set forth in the PPB Rules.

B. The Contractor shall submit a proper invoice to receive payment, except where the Agreement provides that the Contractor will be paid at predetermined intervals without having to submit an invoice for each scheduled payment.

C. Determination of interest due will be made in accordance with the PPB Rules and the applicable rate of interest shall be the rate in effect at the time of payment.

### Section 11.02 Electronic Funds Transfer

A. In accordance with Admin. Code § 6-107.1, the Contractor agrees to accept payments under this Agreement from the City by electronic funds transfer. An electronic funds transfer is any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument or computer or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Prior to the first payment made under this Agreement, the Contractor shall designate one financial institution or other authorized payment agent and shall complete the "EFT Vendor Payment Enrollment Form" available from the Agency or at http://www.nyc.gov/dof in order to provide the commissioner of the Department of Finance with information necessary for the Contractor to receive electronic funds transfer payments through the designated financial institution or authorized payment agent. The crediting of the amount of a payment to the appropriate account on the books of a financial institution or other authorized payment agent designated by the Contractor shall constitute full satisfaction by the City for the amount of the payment under this Agreement. The account information supplied by the Contractor to facilitate the electronic funds transfer shall remain confidential to the fullest extent provided by Law.

B. The Agency Head may waive the application of the requirements of this Section 11.02 to payments on contracts entered into pursuant to Charter § 315. In addition, the

commissioner of the Department of Finance and the Comptroller may jointly issue standards pursuant to which the Department may waive the requirements of this Section 11.02 for payments in the following circumstances: (i) for individuals or classes of individuals for whom compliance imposes a hardship; (ii) for classifications or types of checks; or (iii) in other circumstances as may be necessary in the best interest of the City.

C. This Section 11.02 is applicable to contracts valued at $25,000.00 and above.

## ARTICLE 12 - CLAIMS

### Section 12.01 Choice of Law

This Agreement shall be deemed to be executed in the City and State of New York, regardless of the domicile of the Contractor, and shall be governed by and construed in accordance with the Laws of the State of New York (notwithstanding New York choice of law or conflict of law principles) and the Laws of the United States, where applicable.

### Section 12.02 Jurisdiction and Venue

Subject to Section 12.03, the parties agree that any and all claims asserted by or against the City arising under or related to this Agreement shall solely be heard and determined either in the courts of the United States located in the City or in the courts of the State located in the City and County of New York. The parties shall consent to the dismissal and/or transfer of any claims asserted in any other venue or forum to the proper venue or forum. If the Contractor initiates any action in breach of this Section 12.02, the Contractor shall be responsible for and shall promptly reimburse the City for any attorneys' fees incurred by the City in removing the action to a proper court consistent with this Section 12.02.

### Section 12.03 Resolution of Disputes

A. Except as provided in Subparagraphs (A)(1) and (A)(2) below, all disputes between the City and the Contractor that arise under, or by virtue of, this Agreement shall be finally resolved in accordance with the provisions of this Section 12.03 and PPB Rule § 4-09. This procedure shall be the exclusive means of resolving any such disputes.

1. This Section 12.03 shall not apply to disputes concerning matters dealt with in other sections of the PPB Rules or to disputes involving patents, copyrights, trademarks, or trade secrets (as interpreted by the courts of New York State) relating to proprietary rights in computer software, or to termination other than for cause.

2. For construction and construction-related services this Section 12.03 shall apply only to disputes about the scope of work delineated by the Agreement, the interpretation of Agreement documents, the amount to be paid for extra work or disputed work performed in connection with the Agreement, the conformity of the Contractor's

work to the Agreement, and the acceptability and quality of the Contractor's work; such disputes arise when the City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head makes a determination with which the Contractor disagrees. For construction, this Section 12.03 shall not apply to termination of the Agreement for cause or other than for cause.

B. All determinations required by this Section 12.03 shall be clearly stated, with a reasoned explanation for the determination based on the information and evidence presented to the party making the determination. Failure to make such determination within the time required by this Section 12.03 shall be deemed a non-determination without prejudice that will allow application to the next level.

C. During such time as any dispute is being presented, heard, and considered pursuant to this Section 12.03, the Agreement terms shall remain in full force and effect and, unless otherwise directed by the ACCO or Engineer, the Contractor shall continue to perform work in accordance with the Agreement and as directed by the ACCO or City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head. Failure of the Contractor to continue the work as directed shall constitute a waiver by the Contractor of any and all claims being presented pursuant to this Section 12.03 and a material breach of contract.

D. Presentation of Dispute to Agency Head.

1. Notice of Dispute and Agency Response. The Contractor shall present its dispute in writing ("Notice of Dispute") to the Agency Head within the time specified herein, or, if no time is specified, within 30 Days of receiving written notice of the determination or action that is the subject of the dispute. This notice requirement shall not be read to replace any other notice requirements contained in the Agreement. The Notice of Dispute shall include all the facts, evidence, documents, or other basis upon which the Contractor relies in support of its position, as well as a detailed computation demonstrating how any amount of money claimed by the Contractor in the dispute was arrived at. Within 30 Days after receipt of the complete Notice of Dispute, the ACCO or, in the case of construction or construction-related services, the City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head, shall submit to the Agency Head all materials he or she deems pertinent to the dispute. Following initial submissions to the Agency Head, either party may demand of the other the production of any document or other material the demanding party believes may be relevant to the dispute. The requested party shall produce all relevant materials that are not otherwise protected by a legal privilege recognized by the courts of New York State. Any question of relevancy shall be determined by the Agency Head whose decision shall be final. Willful failure of the Contractor to produce any requested material whose relevancy the Contractor has not disputed, or whose relevancy has been affirmatively determined, shall constitute a waiver by the Contractor of its claim.

2. Agency Head Inquiry. The Agency Head shall examine the material and may, in his or her discretion, convene an informal conference with the Contractor and the ACCO and, in the case of construction or construction-related services, the City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head, to resolve the issue by mutual consent prior to reaching a determination. The Agency Head may seek such technical or other expertise as he or she shall deem appropriate, including the use of neutral mediators, and require any such additional material from either or both parties as he or she deems fit. The Agency Head's ability to render, and the effect of, a decision hereunder shall not be impaired by any negotiations in connection with the dispute presented, whether or not the Agency Head participated therein. The Agency Head may or, at the request of any party to the dispute, shall compel the participation of any other contractor with a contract related to the work of this Agreement and that contractor shall be bound by the decision of the Agency Head. Any contractor thus brought into the dispute resolution proceeding shall have the same rights and obligations under this Section 12.03 as the Contractor initiating the dispute.

3. Agency Head Determination. Within 30 Days after the receipt of all materials and information, or such longer time as may be agreed to by the parties, the Agency Head shall make his or her determination and shall deliver or send a copy of such determination to the Contractor and ACCO and, in the case of construction or construction-related services, the City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head, together with a statement concerning how the decision may be appealed.

4. Finality of Agency Head Decision. The Agency Head's decision shall be final and binding on all parties, unless presented to the Contract Dispute Resolution Board ("CDRB") pursuant to this Section 12.03. The City may not take a petition to the CDRB. However, should the Contractor take such a petition, the City may seek, and the CDRB may render, a determination less favorable to the Contractor and more favorable to the City than the decision of the Agency Head.

E. Presentation of Dispute to the Comptroller. Before any dispute may be brought by the Contractor to the CDRB, the Contractor must first present its claim to the Comptroller for his or her review, investigation, and possible adjustment.

1. Time, Form, and Content of Notice. Within 30 Days of receipt of a decision by the Agency Head, the Contractor shall submit to the Comptroller and to the Agency Head a Notice of Claim regarding its dispute with the Agency. The Notice of Claim shall consist of (i) a brief statement of the substance of the dispute, the amount of money, if any, claimed and the reason(s) the Contractor contends the dispute was wrongly decided by the Agency Head; (ii) a copy of the decision of the Agency Head; and (iii) a copy of all materials submitted by the Contractor to the Agency, including the Notice of Dispute. The Contractor may not present to the Comptroller any material not presented to the Agency Head, except at the request of the Comptroller.

2. Agency Response. Within 30 Days of receipt of the Notice of Claim, the Agency shall make available to the Comptroller a copy of all material submitted by the Agency to the Agency Head in connection with the dispute. The Agency may not present to the Comptroller any material not presented to the Agency Head, except at the request of the Comptroller.

3. Comptroller Investigation. The Comptroller may investigate the claim in dispute and, in the course of such investigation, may exercise all powers provided in Admin. Code §§ 7-201 and 7-203. In addition, the Comptroller may demand of either party, and such party shall provide, whatever additional material the Comptroller deems pertinent to the claim, including original business records of the Contractor. Willful failure of the Contractor to produce within 15 Days any material requested by the Comptroller shall constitute a waiver by the Contractor of its claim. The Comptroller may also schedule an informal conference to be attended by the Contractor, Agency representatives, and any other personnel desired by the Comptroller.

4. Opportunity of Comptroller to Compromise or Adjust Claim. The Comptroller shall have 45 Days from his or her receipt of all materials referred to in Paragraph (E)(3) above to investigate the disputed claim. The period for investigation and compromise may be further extended by agreement between the Contractor and the Comptroller, to a maximum of 90 Days from the Comptroller's receipt of all the materials. The Contractor may not present its petition to the CDRB until the period for investigation and compromise delineated in this Paragraph has expired. In compromising or adjusting any claim hereunder, the Comptroller may not revise or disregard the terms of the Agreement.

F. Contract Dispute Resolution Board. There shall be a Contract Dispute Resolution Board composed of:

1. the chief administrative law judge of the Office of Administrative Trials and Hearings ("OATH") or his or her designated OATH administrative law judge, who shall act as chairperson, and may adopt operational procedures and issue such orders consistent with this Section 12.03 as may be necessary in the execution of the CDRB's functions, including, but not limited to, granting extensions of time to present or respond to submissions;

2. the City Chief Procurement Officer ("CCPO") or his or her designee; any designee shall have the requisite background to consider and resolve the merits of the dispute and shall not have participated personally and substantially in the particular matter that is the subject of the dispute or report to anyone who so participated; and

3. a person with appropriate expertise who is not an employee of the City. This person shall be selected by the presiding administrative law judge from a prequalified panel of individuals, established, and administered by OATH, with appropriate background to act as decision-makers in a dispute. Such individuals may not

have a contract or dispute with the City or be an officer or employee of any company or organization that does, or regularly represent persons, companies, or organizations having disputes with the City.

G. Petition to CDRB. In the event the claim has not been settled or adjusted by the Comptroller within the period provided in this Section 12.03, the Contractor, within thirty (30) Days thereafter, may petition the CDRB to review the Agency Head determination.

1. Form and Content of Petition by the Contractor. The Contractor shall present its dispute to the CDRB in the form of a petition, which shall include (i) a brief statement of the substance of the dispute, the amount of money, if any, claimed, and the reason(s) the Contractor contends that the dispute was wrongly decided by the Agency Head; (ii) a copy of the decision of the Agency Head; (iii) copies of all materials submitted by the Contractor to the Agency; (iv) a copy of the decision of the Comptroller, if any, and (v) copies of all correspondence with, and material submitted by the Contractor to, the Comptroller's Office. The Contractor shall concurrently submit four complete sets of the petition: one to the Corporation Counsel (Attn: Commercial and Real Estate Litigation Division), and three to the CDRB at OATH's offices, with proof of service on the Corporation Counsel. In addition, the Contractor shall submit a copy of the statement of the substance of the dispute, cited in (i) above, to both the Agency Head and the Comptroller.

2. Agency Response. Within 30 Days of receipt of the petition by the Corporation Counsel, the Agency shall respond to the statement of the Contractor and make available to the CDRB all material it submitted to the Agency Head and Comptroller. Three complete copies of the Agency response shall be submitted to the CDRB at OATH's offices and one to the Contractor. Extensions of time for submittal of the Agency response shall be given as necessary upon a showing of good cause or, upon the consent of the parties, for an initial period of up to 30 Days.

3. Further Proceedings. The CDRB shall permit the Contractor to present its case by submission of memoranda, briefs, and oral argument. The CDRB shall also permit the Agency to present its case in response to the Contractor by submission of memoranda, briefs, and oral argument. If requested by the Corporation Counsel, the Comptroller shall provide reasonable assistance in the preparation of the Agency's case. Neither the Contractor nor the Agency may support its case with any documentation or other material that was not considered by the Comptroller, unless requested by the CDRB. The CDRB, in its discretion, may seek such technical or other expert advice as it shall deem appropriate and may seek, on it own or upon application of a party, any such additional material from any party as it deems fit. The CDRB, in its discretion, may combine more than one dispute between the parties for concurrent resolution.

4. CDRB Determination. Within 45 Days of the conclusion of all submissions and oral arguments, the CDRB shall render a decision resolving the dispute. In an unusually complex case, the CDRB may render its decision in a longer period of

time, not to exceed 90 Days, and shall so advise the parties at the commencement of this period. The CDRB's decision must be consistent with the terms of this Agreement. Decisions of the CDRB shall only resolve matters before the CDRB and shall not have precedential effect with respect to matters not before the CDRB.

5. Notification of CDRB Decision. The CDRB shall send a copy of its decision to the Contractor, the ACCO, the Corporation Counsel, the Comptroller, the CCPO, and, in the case of construction or construction-related services, the City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head. A decision in favor of the Contractor shall be subject to the prompt payment provisions of the PPB Rules. The required payment date shall be 30 Days after the date the parties are formally notified of the CDRB's decision.

6. Finality of CDRB Decision. The CDRB's decision shall be final and binding on all parties. Any party may seek review of the CDRB's decision solely in the form of a challenge, filed within four months of the date of the CDRB's decision, in a court of competent jurisdiction of the State of New York, County of New York pursuant to Article 78 of the Civil Practice Law and Rules. Such review by the court shall be limited to the question of whether or not the CDRB's decision was made in violation of lawful procedure, was affected by an error of Law, or was arbitrary and capricious or an abuse of discretion. No evidence or information shall be introduced or relied upon in such proceeding that was not presented to the CDRB in accordance with PPB Rules § 4-09.

H. Any termination, cancellation, or alleged breach of the Agreement prior to or during the pendency of any proceedings pursuant to this Section 12.03 shall not affect or impair the ability of the Agency Head or CDRB to make a binding and final decision pursuant to this Section 12.03.

**Section 12.04 Claims and Actions**

A. Any claim, that is not subject to dispute resolution under the PPB Rules or this Agreement, against the City for damages for breach of contract shall not be made or asserted in any action, unless the Contractor shall have strictly complied with all requirements relating to the giving of notice and of information with respect to such claims, as provided in this Agreement.

B. No action shall be instituted or maintained on any such claims unless such action shall be commenced within six months after the final payment under this Agreement, or within six months of the termination or expiration of this Agreement, or within six months after the accrual of the cause of action, whichever first occurs.

**Section 12.05 No Claim Against Officials, Agents, or Employees**

No claim shall be made by the Contractor against any official, agent, or employee of the City in their personal capacity for, or on account of, anything done or omitted in connection with this Agreement.

**Section 12.06 General Release**

The acceptance by the Contractor or its assignees of the final payment under this Agreement, whether by check, wire transfer, or other means, and whether pursuant to invoice, voucher, judgment of any court of competent jurisdiction or any other administrative means, shall constitute and operate as a release of the City from any and all claims of and liability to the Contractor, of which the Contractor was aware or should reasonably have been aware, arising out of the performance of this Agreement based on actions of the City prior to such acceptance of final payment, excepting any disputes that are the subject of pending dispute resolution procedures.

**Section 12.07 No Waiver**

Waiver by either the Department or the Contractor of a breach of any provision of this Agreement shall not be deemed to be a waiver of any other or subsequent breach and shall not be construed to be a modification of the terms of the Agreement unless and until the same shall be agreed to in writing by the parties as set forth in Section 9.01.

## ARTICLE 13 - APPLICABLE LAWS

**Section 13.01 PPB Rules**

This Agreement is subject to the PPB Rules. If there is a conflict between the PPB Rules and a provision of this Agreement, the PPB Rules shall take precedence.

**Section 13.02 All Legal Provisions Deemed Included**

Each and every provision required by Law to be inserted in this Agreement is hereby deemed to be a part of this Agreement, whether actually inserted or not.

**Section 13.03 Severability / Unlawful Provisions Deemed Stricken**

If this Agreement contains any unlawful provision not an essential part of the Agreement and which shall not appear to have been a controlling or material inducement to the making of this Agreement, the unlawful provision shall be deemed of no effect and shall, upon notice by either party, be deemed stricken from the Agreement without affecting the binding force of the remainder.

**Section 13.04 Compliance With Laws**

The Contractor shall perform all services under this Agreement in accordance with all applicable Laws as are in effect at the time such services are performed.

**Section 13.05 Unlawful Discrimination in the Provision of Services**

A. *Discrimination in Public Accommodations.* With respect to services provided under this Agreement, the Contractor shall not unlawfully discriminate against any person because of actual or perceived age, religion, creed, sex, gender, gender identity or gender expression, sexual orientation, partnership status, marital status, disability, presence of a service animal, race, color, national origin, alienage, citizenship status, or military status, or any other class of individuals protected from discrimination in public accommodations by City, State or Federal laws, rules or regulations. The Contractor shall comply with all statutory and regulatory obligations to provide reasonable accommodations to individuals with disabilities.

B. *Discrimination in Housing Accommodations.* With respect to services provided under this Agreement, the Contractor shall not unlawfully discriminate against any person because of actual or perceived age, religion, creed, sex, gender, gender identity or gender expression, sexual orientation, status as a victim of domestic violence, stalking, and sex offenses, partnership status, marital status, presence of children, disability, presence of a service or emotional support animal, race, color, national origin, alienage or citizenship status, lawful occupation, or lawful source of income (including income derived from social security, or any form of federal, state, or local public government assistance or housing assistance including Section 8 vouchers), or any other class of individuals protected from discrimination in housing accommodations by City, State or Federal laws, rules or regulations. The Contractor shall comply with all statutory and regulatory obligations to provide reasonable accommodations to individuals with disabilities.

C. *Admin. Code § 6-123.* In accordance with Admin. Code § 6-123, the Contractor will not engage in any unlawful discriminatory practice as defined in and pursuant to the terms of Title 8 of the Admin. Code. The Contractor shall include a provision in any agreement with a first-level subcontractor performing services under this Agreement for an amount in excess of $50,000.00 that such subcontractor shall not engage in any such unlawful discriminatory practice.

D. *Immigration status.* In connection with the services provided under this Agreement, the Contractor shall not inquire about the immigration status of a recipient or potential recipient of such services unless (i) it is necessary for the determination of program, service or benefit eligibility or the provision of City services or (ii) the Contractor is required by law to inquire about such person's immigration status.

**Section 13.05 Americans with Disabilities Act (ADA)**

A. This Agreement is subject to the provisions of Subtitle A of Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12131 *et seq.* ("ADA") and regulations promulgated pursuant thereto, see 28 CFR Part 35. The Contractor shall not discriminate against an individual with a disability, as defined in the ADA, in providing services, programs, or activities pursuant to this Agreement. If directed to do so by the Department to ensure the

Contractor's compliance with the ADA during the term of this Agreement, the Contractor shall prepare a plan ("Compliance Plan") which lists its program site(s) and describes in detail, how it intends to make the services, programs and activities set forth in the scope of services herein readily accessible and usable by individuals with disabilities at such site(s). If the program site is not readily accessible and usable by individuals with disabilities, contractor shall also include in the Compliance Plan, a description of reasonable alternative means and methods that result in making the services, programs or activities provided under this Agreement, readily accessible to and usable by individuals with disabilities, including but not limited to people with visual, auditory or mobility disabilities. The Contractor shall submit the Compliance Plan to the ACCO for review within ten Days after being directed to do so and shall abide by the Compliance Plan and implement any action detailed in the Compliance Plan to make the services, programs, or activities accessible and usable by the disabled.

B. The Contractor's failure to either submit a Compliance Plan as required herein or implement an approved Compliance Plan may be deemed a material breach of this Agreement and result in the City terminating this Agreement.

**Section 13.06 Voter Registration**

A. *Participating Agencies.* Pursuant to Charter § 1057-a, if this Agreement is made by and through a participating City agency and the Contractor has regular contact with the public in the daily administration of its business, the Contractor must comply with the requirements of this Section 13.06. The participating City agencies are: the Administration for Children's Services; the City Clerk; the Civilian Complaint Review Board; the Commission on Human Rights; Community Boards; SBS; the Department of Citywide Administrative Services; the Department of Consumer Affairs; the Department of Correction; the Department of Environmental Protection; the Department of Finance; the Department of Health and Mental Hygiene; the Department of Homeless Services; the Department of Housing Preservation and Development; the Department of Parks and Recreation; the Department of Probation; the Taxi and Limousine Commission; the Department of Transportation; and the Department of Youth and Community Development.

B. *Distribution of Voter Registration Forms.* In accordance with Charter § 1057-a, the Contractor, if it has regular contact with the public in the daily administration of its business under this Agreement, hereby agrees as follows:

1. The Contractor shall provide and distribute voter registration forms to all persons together with written applications for services, renewal, or recertification for services and change of address relating to such services. Such voter registration forms shall be provided to the Contractor by the City. The Contractor should be prepared to provide forms written in Spanish or Chinese, and shall obtain a sufficient supply of such forms from the City.

2. The Contractor shall also include a voter registration form with any Contractor communication sent through the United States mail for the purpose of

supplying clients with materials for application, renewal, or recertification for services and change of address relating to such services. If forms written in Spanish or Chinese are not provided in such mailing, the Contractor shall provide such forms upon the Department's request.

3. The Contractor shall, subject to approval by the Department, incorporate an opportunity to request a voter registration application into any application for services, renewal, or recertification for services and change of address relating to such services provided on computer terminals, the World Wide Web or the Internet. Any person indicating that they wish to be sent a voter registration form via computer terminals, the World Wide Web or the Internet shall be sent such a form by the Contractor or be directed, in a manner subject to approval by the Department, to a link on that system where such a form may be downloaded.

4. The Contractor shall, at the earliest practicable or next regularly scheduled printing of its own forms, subject to approval by the Department, physically incorporate the voter registration forms with its own application forms in a manner that permits the voter registration portion to be detached therefrom. Until such time when the Contractor amends its form, the Contractor should affix or include a postage-paid City Board of Elections voter registration form to or with its application, renewal, recertification, and change of address forms.

5. The Contractor shall prominently display in its public office, subject to approval by the Department, promotional materials designed and approved by the City or State Board of Elections.

6. For the purposes of Paragraph A of this Section 13.06, the word "Contractor" shall be deemed to include subcontractors having regular contact with the public in the daily administration of their business.

7. The provisions of Paragraph A of this Section 13.06 shall not apply to services that must be provided to prevent actual or potential danger to life, health, or safety of any individual or of the public.

C. *Assistance in Completing Voter Registration Forms*. In accordance with Charter § 1057-a, the Contractor hereby agrees as follows:

1. In the event the Department provides assistance in completing distributed voter registration forms, the Contractor shall also provide such assistance, in the manner and to the extent specified by the Department.

2. In the event the Department receives and transmits completed registration forms from applicants who wish to have the forms transmitted to the City Board of Elections, the Contractor shall similarly provide such service, in the manner and to the extent specified by the Department.

3. If, in connection with the provision of services under this Agreement, the Contractor intends to provide assistance in completing distributed voter registration forms or to receive and transmit completed registration forms from applicants who wish to have the forms transmitted to the City Board of Elections, the Contractor shall do so only by prior arrangement with the Department.

4. The provision of Paragraph B services by the Contractor may be subject to Department protocols, including protocols regarding confidentiality.

D. *Required Statements.* In accordance with Charter § 1057-a, the Contractor hereby agrees as follows:

1. The Contractor shall advise all persons seeking voter registration forms and information, in writing together with other written materials provided by the Contractor or by appropriate publicity, that the Contractor's or government services are not conditioned on being registered to vote.

2. No statement shall be made and no action shall be taken by the Contractor or an employee of the Contractor to discourage an applicant from registering to vote or to encourage or discourage an applicant from enrolling in any particular political party.

3. The Contractor shall communicate to applicants that the completion of voter registration forms is voluntary.

4. The Contractor and the Contractor's employees shall not:

a. seek to influence an applicant's political preference or party designation;

b. display any political preference or party allegiance;

c. make any statement to an applicant or take any action the purpose or effect of which is to discourage the applicant from registering to vote; or

d. make any statement to an applicant or take any action the purpose or effect of which is to lead the applicant to believe that a decision to register or not to register has any bearing on the availability of services or benefits.

E. The Contractor, as defined above and in this Agreement, agrees that the covenants and representations in this Section 13.06 are material conditions of this Agreement.

F. The provisions of this Section 13.06 do not apply where the services under this Agreement are supported by a federal or State grant of funds and the source of funds prohibits the use of federal or State funds for the purposes of this Section.

**Section 13.07 Political Activity**

The Contractor's provision of services under this Agreement shall not include any partisan political activity or any activity to further the election or defeat of any candidate for public, political, or party office, nor shall any of the funds provided under this Agreement be used for such purposes.

**Section 13.08 Religious Activity**

There shall be no religious worship, instruction, or proselytizing as part of or in connection with the Contractor's provision of services under this Agreement, nor shall any of the funds provided under this Agreement be used for such purposes.

**Section 13.09 Participation in an International Boycott**

A. The Contractor agrees that neither the Contractor nor any substantially-owned affiliated company is participating or shall participate in an international boycott in violation of the provisions of the federal Export Administration Act of 1979, as amended, 50 U.S.C. Appendix. §§ 2401 *et seq.*, or the regulations of the United States Department of Commerce promulgated thereunder.

B. Upon the final determination by the Commerce Department or any other agency of the United States as to, or conviction of, the Contractor or a substantially-owned affiliated company thereof, of participation in an international boycott in violation of the provisions of the Export Administration Act of 1979, as amended, or the regulations promulgated thereunder, the Comptroller may, at his or her option, render forfeit and void this Agreement.

C. The Contractor shall comply in all respects, with the provisions of Admin. Code § 6-114 and the rules issued by the Comptroller thereunder.

**Section 13.10 MacBride Principles**

A. In accordance with and to the extent required by Admin. Code § 6-115.1, the Contractor stipulates that the Contractor and any individual or legal entity in which the Contractor holds a ten percent (10%) or greater ownership interest and any individual or legal entity that holds a ten percent (10%) or greater ownership interest in the Contractor either (a) have no business operations in Northern Ireland, or (b) shall take lawful steps in good faith to conduct any business operations they have in Northern Ireland in accordance with the MacBride Principles, and shall permit independent monitoring of their compliance with such principles.

B. The Contractor agrees that the covenants and representations in Paragraph A above are material conditions to this Agreement.

C. This Section does not apply if the Contractor is a not-for-profit corporation.

**Section 13.11 Access to Public Health Insurance Coverage Information**

A. Participating Agencies. Pursuant to Charter § 1069, if this Agreement is with a participating City agency and the Contractor is one to whom this Section 13.11 applies as provided in Paragraph B of this Section 13.11, the Contractor hereby agrees to fulfill the obligations in Paragraph C of this Section 13.11. The participating City agencies are: the Administration for Children's Services; the City Clerk; the Commission on Human Rights; the Department for the Aging; the Department of Corrections; the Department of Homeless Services; the Department of Housing Preservation and Development; the Department of Juvenile Justice; the Department of Health and Mental Hygiene; the Department of Probation; the Department of Social Services/Human Resources Administration; the Taxi and Limousine Commission; the Department of Youth and Community Development; the Office to Combat Domestic Violence; and the Office of Immigrant Affairs.

B. Applicability to Certain Contractors. This Section 13.11 shall be applicable to a Contractor operating pursuant to an Agreement which (i) is in excess of $250,000.00 and (ii) requires such Contractor to supply individuals with a written application for, or written renewal or recertification of services, or request for change of address form in the daily administration of its contractual obligation to such participating City agency. "Contractors" to whom this Section 13.11 applies shall be deemed to include subcontractors if the subcontract requires the subcontractor to supply individuals with a written application for, or written renewal or recertification of services, or request for change of address form in the daily administration of the subcontractor's contractual obligation.

C. Distribution of Public Health Insurance Pamphlet. In accordance with Charter § 1069, when the participating City agency supplies the Contractor with the public health insurance program options pamphlet published by the Department of Health and Mental Hygiene pursuant to Section 17-183 of the Admin. Code (hereinafter "pamphlet"), the Contractor hereby agrees as follows:

1. The Contractor will distribute the pamphlet to all persons requesting a written application for services, renewal or recertification of services or request for a change of address relating to the provision of services.

2. The Contractor will include a pamphlet with any Contractor communication sent through the United States mail for the purpose of supplying an individual with a written application for services, renewal or recertification of services or with a request for a change of address form relating to the provision of services.

3. The Contractor will provide an opportunity for an individual requesting a written application for services, renewal or recertification for services or change of address form relating to the provision of services via the Internet to request a pamphlet, and will provide such pamphlet by United States mail or an Internet address where such

pamphlet may be viewed or downloaded, to any person who indicates via the Internet that they wish to be sent a pamphlet.

4. The Contractor will ensure that its employees do not make any statement to an applicant for services or client or take any action the purpose or effect of which is to lead the applicant or client to believe that a decision to request public health insurance or a pamphlet has any bearing on their eligibility to receive or the availability of services or benefits.

5. The Contractor will comply with: (i) any procedures established by the participating City agency to implement Charter § 1069; (ii) any determination of the commissioner or head of the participating City agency (which is concurred in by the commissioner of the Department of Health and Mental Hygiene) to exclude a program, in whole or in part, from the requirements of Charter § 1069; and (iii) any determination of the commissioner or head of the participating City agency (which is concurred in by the commissioner of the Department of Health and Mental Hygiene) as to which Workforce Investment Act of 1998 offices providing workforce development services shall be required to fulfill the obligations under Charter § 1069.

D. Non-applicability to Certain Services. The provisions of this Section 13.11 shall not apply to services that must be provided to prevent actual or potential danger to the life, health or safety of any individual or to the public.

**Section 13.12 Distribution of Personal Identification Materials**

A. Participating Agencies. Pursuant to City Executive Order No. 150 of 2011 ("E.O. 150"), if this Agreement is with a participating City agency and the Contractor has regular contact with the public in the daily administration of its business, the Contractor must comply with the requirements of this Section 13.12. The participating City agencies are: Administration for Children's Services, Department of Consumer Affairs, Department of Correction, Department of Health and Mental Hygiene, Department of Homeless Services, Department of Housing Preservation and Development, Human Resources Administration, Department of Parks and Recreation, Department of Probation, and Department of Youth and Community Development.

B. Policy. As expressed in E.O. 150, it is the policy of the City to provide information to individuals about how they can obtain the various forms of City, State, and Federal government-issued identification and, where appropriate, to assist them with the process for applying for such identification.

C. Distribution of Materials. If the Contractor has regular contact with the public in the daily administration of its business, the Contractor hereby agrees to provide and distribute materials and information related to whether and how to obtain various forms of City, State, and Federal government-issued identification as the Agency directs in accordance with the Agency's plans developed pursuant to E.O. 150.

## ARTICLE 14 - MISCELLANEOUS PROVISIONS

### Section 14.01 Conditions Precedent

A. This Agreement shall be neither binding nor effective unless and until it is registered pursuant to Charter § 328.

B. The requirements of this Section 14.01 shall be in addition to, and not in lieu of, any approval or authorization otherwise required for this Agreement to be effective and for the expenditure of City funds.

### Section 14.02 Merger

This written Agreement contains all the terms and conditions agreed upon by the parties, and no other agreement, oral or otherwise, regarding the subject matter of this Agreement shall be deemed to exist or to bind either of the parties, or to modify any of the terms contained in this Agreement, other than a written change, amendment or modification duly executed by both parties pursuant to Article 9 of this Appendix A.

### Section 14.03 Headings

Headings are inserted only as a matter of convenience and therefore are not a part of and do not affect the substance of this Agreement.

### Section 14.04 Notice

A. The Contractor and the Department hereby designate the business addresses and email addresses specified in Schedule A (and if not specified in Schedule A, as specified at the beginning of this Agreement) as the places where all notices, directions, or communications from one such party to the other party shall be delivered, or to which they shall be mailed. Either party may change its notice address at any time by an instrument in writing executed and acknowledged by the party making such change and delivered to the other party in the manner as specified below.

B. Any notice, direction, or communication from either party to the other shall be in writing and shall be deemed to have been given when (i) delivered personally; (ii) sent by certified mail, return receipt requested; (iii) delivered by overnight or same day courier service in a properly addressed envelope with confirmation; or (iv) sent by email and, unless receipt of the e-mail is acknowledged by the recipient by email, deposited in a post office box regularly maintained by the United States Postal Service in a properly addressed, postage pre-paid envelope.

C. Nothing in this Section 14.04 shall be deemed to serve as a waiver of any requirements for the service of notice or process in the institution of an action or proceeding as provided by Law, including the New York Civil Practice Law and Rules.

## AFFIRMATION

The undersigned proposer or bidder affirms and declares that said proposer or bidder is not in arrears to the City of New York upon debt, contract or taxes and is not a defaulter, as surety or otherwise, upon obligation to the City of New York, and has not been declared not responsible, or disqualified, by any agency of the City of New York, nor is there any proceeding pending relating to the responsibility or qualification of the proposer or bidder to receive public contract except ______________________________________________________.

Full name of Proposer or Bidder *[below]*

EXODUS TRANSITIONAL COMMUNITY, INC.

Address 2271 3RD AVENUE

City NEW YORK State NY Zip Code 10035

**CHECK ONE BOX AND INCLUDE APPROPRIATE NUMBER:**

☐ A - ☐ Individual or Sole Proprietorships
SOCIAL SECURITY NUMBER ______________________

☐ B - ☐ Partnership, Joint Venture or other unincorporated organization
EMPLOYER IDENTIFICATION NUMBER ______________________

X C - ☐ Corporation
EMPLOYER IDENTIFICATION NUMBER 31-1731465

By [signature]
Signature

Executive Director
Title

If a corporation place seal here

Must be signed by an officer or duly authorized representative.

* Under the Federal Privacy Act, the furnishing of Social Security numbers by bidders or proposers on City contracts is voluntary. Failure to provide a Social Security number will not result in a bidder's/proposer's disqualification. Social Security numbers will be used to identify bidders, proposers, or vendors to ensure their compliance with laws, to assist the City in enforcement of laws, as well as to provide the City a means of identifying businesses seeking City contracts.

## SCHEDULE A

| Article 7 -- Insurance | |
|---|---|
| **Types of Insurance (per Article 7 in its entirety, including listed paragraph)** | **Minimum Limits and Special Conditions** |
| ■ Workers' Compensation §7.02<br>■ Disability Benefits Insurance §7.02<br>■ Employers' Liability §7.02 | Statutory amounts. |
| ■ Commercial General Liability §7.03(A) | $1,000,000.00 per occurrence<br>$1,000,000.00 personal & advertising injury (unless waived in writing by the Department)<br>$2,000,000.00 aggregate<br>$0 products/completed operations<br>Additional Insureds:<br>1. City of New York, including its officials and employees, and<br>2. ________________________________<br>3. ________________________________ |
| ☐ Commercial Auto Liability §7.03(B) | $1,000,000.00 per accident combined single limit<br>If vehicles are used for transporting hazardous materials, the Contractor shall provide pollution liability broadened coverage for covered vehicles (endorsement CA 99 48) as well as proof of MCS 90 |
| ☐ Professional Liability/Errors & Omissions §7.03(C) | $1,000,000.00 per claim |
| ☐ Crime Insurance §7.03(D) | $____________ Employee Theft/Dishonesty |

| | |
|---|---|
| | $____________ Computer Fraud<br><br>$____________ Funds Transfer Fraud<br><br>$____________ Client Coverage<br><br>$____________Forgery or Alteration<br><br>$____________Inside the Premises (theft of money and securities)<br><br>$____________ Inside the Premises (robbery or safe burglary of other property)<br><br>$____________ Outside the Premises<br><br>$____________ Money Orders and Counterfeit Money<br><br>City of New York is a loss payee as its interests may appear |
| ☐ Cyber Liability Insurance §7.03(E) | *[If there is a significant cyber risk, please consult with the Law Department about specific insurance requirements.]* |
| ☐ [OTHER] | *[If other type(s) of insurance need to be required under the Contract, the Contracting Agency should (a) check the box and fill in the type of insurance in left-hand column, and (b) in this right-hand column, specify appropriate limit(s) and appropriate Named Insured and Additional Insured(s).]* |
| ☐ [OTHER] | *[If other type(s) of insurance need to be required under the Contract, the Contracting Agency should (a) check the box and fill in the type of insurance in left-hand column, and (b) in this right-hand column, specify appropriate limit(s) and appropriate Named Insured and Additional Insured(s).]* |
| **Section 10.07 – Liquidated Damages** | |
| • Violation of Section 3.02(H), reporting subcontractors in the City's Payee Information Portal<br><br>• ______________________________ | **$100 per day**<br><br>$__________ |
| **Section 14.04 – Notice** | |

| | |
|---|---|
| Department's Mailing Address and Email Address for Notices | |
| Contractor's Mailing Address and Email Address for Notices | |

## CERTIFICATES OF INSURANCE

Instructions to New York City Agencies, Departments, and Offices

All certificates of insurance (except certificates of insurance solely evidencing Workers' Compensation Insurance, Employer's Liability Insurance, and/or Disability Benefits Insurance) must be accompanied by one of the following:

(1) the Certification by Insurance Broker or Agent on the following page setting forth the required information and signatures;

-- OR --

(2) copies of all policies as certified by an authorized representative of the issuing insurance carrier that are referenced in such certificate of insurance. If any policy is not available at the time of submission, certified binders may be submitted until such time as the policy is available, at which time a certified copy of the policy shall be submitted.

## CITY OF NEW YORK
## CERTIFICATION BY INSURANCE BROKER OR AGENT

The undersigned insurance broker or agent represents to the City of New York that the attached Certificate of Insurance dated 6/11/2020 is accurate in all material respects.

Allan M. Block Agency, Inc.
[Name of broker or agent (typewritten)]

24 South Broadway, Tarrytown, NY 10591
[Address of broker or agent (typewritten)]

Jmurray@allanblockinsurance.com
[Email address of broker or agent (typewritten)]

914-631-4353
[Phone number/Fax number of broker or agent (typewritten)]

[Signature of authorized official, broker, or agent]

JoAnne Murray, President
[Name and title of authorized official, broker, or agent (typewritten)]

State of New York )
) ss.:
County of Westchester )

Sworn to before me this 11th day of June 2020

NOTARY PUBLIC FOR THE STATE OF New York

LAURA MURRAY
Notary Public, State of New York
No. 01MU6282750
Qualified in Westchester County
Commission Expires May 28, 2021

## WHISTLEBLOWER PROTECTION EXPANSION ACT POSTER

# REPORT

***CORRUPTION, FRAUD, UNETHICAL CONDUCT***

**RELATING TO A NYC-FUNDED CONTRACT OR PROJECT**

**CALL THE NYC DEPARTMENT OF INVESTIGATION**

## 212-825-5959

**DOI CAN ALSO BE REACHED BY MAIL OR IN PERSON AT:**
**New York City Department of Investigation (DOI)**
**80 Maiden Lane, 17th floor**
**New York, New York 10038**
**Attention: COMPLAINT BUREAU**

**OR FILE A COMPLAINT ON-LINE AT:**
**www.nyc.gov/doi**

**All communications are confidential**

**Or scan the QR Code above to make a complaint**

### THE LAW PROTECTS EMPLOYEES OF CITY CONTRACTORS WHO REPORT CORRUPTION

- Any employee of a City contractor, or subcontractor of the City, or a City contractor with a contract valued at more than $100,000 is protected under the law from retaliation by his or her employer if the employee reports wrongdoing related to the contract to the DOI.
- **To be protected by this law,** an employee must report to DOI – or to certain other specified government officials – information about fraud, false claims, corruption, criminality, conflict of interest, gross mismanagement, or abuse of authority relating to a City contract valued at more than $100,000.
- Any employee who makes such a report and who believes he or she has been dismissed, demoted, suspended, or otherwise subject to an adverse personnel action because of that report is entitled to bring a lawsuit against the contractor and recover damages

# APPENDIX B - BUDGET

**Wyndham Garden Fresh Meadows Flushing**

61-27 186th Street, Fresh Meadows, NY 11365

Budget for April 1st to July 31, 2020

Residents

**Expenses**

| Employee Title | | Salary | 3.5 month Prorated Allocation | Notes |
|---|---|---|---|---|
| CEO | | 150,000.00 | 22,500.00 | 15% |
| Director | | 100,000.00 | 25,000.00 | 25% |
| Director | | 100,000.00 | 15,000.00 | 15% |
| Licensed Crisis Management SW | | 75,000.00 | 21,875.00 | 100%, will float between both sites |
| Case Manager | | 42,000.00 | 12,250.00 | 100% |
| Case Manager | | 42,000.00 | 12,250.00 | 100% |
| Case Manager | | 42,000.00 | 12,250.00 | 100% |
| Case Manager | | 42,000.00 | 12,250.00 | 100% |
| Sr. Case Manager/RA | | 55,000.00 | 16,041.20 | capacity. Evenings are very active |
| Sr. Case Manager/RA | | 55,000.00 | 16,041.20 | 12am-8am is a necessary shift. |
| Case Manager | | 42,000.00 | 12,250.00 | 100% |
| Case Manager | | 42,000.00 | 12,250.00 | 100% |
| Case Manager | | 42,000.00 | 12,250.00 | 100% |
| Case Manager | | 42,000.00 | 12,250.00 | 100% |
| **Total Salary** | | **$ 871,000.00** | **214,457.40** | |
| **Fringe Benefits** | **0.26** | | **55,759** | |
| Weekend Employees - (4) PT Case Managers | | | 20,160.00 | each and 25.00 per hour. |
| Weekend Director | | | 6,048.00 | Total 12 hours per weekend at 30.00 |
| **Total Personnel Services** | | | **296,424.32** | |
| **OTPS** | | | | |
| HR/Payroll | | 57,500.00 | 3,354.40 | 20% of time (increase in payroll activity) $31.59 an hr. |
| Accounting/Auditing | | 183,000.00 | 12,810.00 | 5% of time |
| CFO | | 72,000.00 | 5,040.00 | 5% of time |
| Cell phone | | | 2,499.00 | To help cover monthly payments 6 x 119.00 x 2.5 mths |
| Laptops | | | 7,000.00 | gathering, recertification/cash assistance for those on parole. |
| Metrocards | | | 4,200.00 | medication agencies. Some need transportantion to go to the |
| Participant support and Supplies | | | 7,000.00 | dietary/specialized food |
| Exodus Vechicle/Insurance | | | 14,000.00 | We are adding another vehicle to help with all participant travel |
| Gift Cards for hotel residents | | | 7,000.00 | card upon arrival to hotel, and a $25 gift card upon discharge |
| Staff Travel/Uber | | | 14,000.00 | Uber travel back and forth to hotel for 7 staff averaged at approx. $1,500 per person for 10 weeks (about $64 per staff per day) |
| **Total OTPS** | | | 76,903.40 | |
| **Total Personnel and OTPS Expenses** | | | 317,546.77 | |
| **Indirect Cost - 10%** | | **10.00%** | 21,651.04 | |
| **Total Program Expense** | | | **339,197.81** | |

**Holiday Inn**

113-10 Horace Harding Expressway, Queens, NY
Budget for April 1st to July 31, 2020
Residents

**Expenses**

| Employee Title | | Salary | 4 month Prorated Allocation | Notes |
|---|---|---|---|---|
| CEO | | 150,000.00 | 22,500.00 | 15% of time on initiative |
| Director | | 100,000.00 | 33,333.33 | 33% of time on initiative |
| Director | | 100,000.00 | 33,333.33 | 33% of time on initiative |
| Case Manager | | 42,000.00 | 14,000.00 | 100% of time on Initiative |
| Case Manager | | 42,000.00 | 14,000.00 | 100% of time on Initiative |
| Case Manager | | 42,000.00 | 14,000.00 | 100% of time on Initiative |
| Case Manager/ RA | | 50,000.00 | 16,666.67 | 100% of time on Initiative |
| Sr. Case Manager | | 50,000.00 | 16,666.67 | 100% of time on Initiative |
| Case Manager | | 42,000.00 | 14,000.00 | 100% of time on Initiative |
| Sr. Case Manager/ RA | | 50,000.00 | 16,666.67 | 100% of time on Initiative |
| Case Manager | | 42,000.00 | 14,000.00 | 100% of time on Initiative |
| Case Manager | | 42,000.00 | 14,000.00 | 100% of time on Initiative |
| Case Manager | | 42,000.00 | 14,000.00 | 100% of time on Initiative |
| **Total PS** | | **$ 794,000.00** | **237,166.67** | |
| **Fringe Benefits** | **26%** | | **61,663.33** | |
| Weekend Employees - (4) PT Case Managers | | | **$22,400.00** | managers working 12 hours each and 25.00 |
| Weekend Director | | | **$6,240.00** | Total 12 hours per weekend at 30.00 |
| **Total Personnel Services** | | | **327,470.00** | |
| **OTPS** | | | | |
| HR/Payroll | | 57,500.00 | 11,500.00 | 15% of time |
| Accounting/Auditing | | 183,000.00 | 36,600.00 | 15% of time |
| CFO | | 72,000.00 | 14,400.00 | 15% of time |
| Cell phone | | | 6,666.67 | |
| Laptops | | | 13,333.33 | Necessary for information gathering, recertification/cash assistance for those on parole. |
| supplies | | | 6,666.67 | Cleaning, gloves, masks, |
| Exodus Vechicle/ | | | 8,000.00 | vehicle, travel to programs. |
| Staff Travel/Uber | | | 26,666.67 | Express Laguardia. |
| **Total OTPS** | | | **123,833.33** | |
| **Total Personnel and OTPS Expenses** | | | **451,303.33** | |
| **Indirect Cost** | | **10.00%** | **45,130.33** | |
| **Total Program Expense** | | | **496,433.67** | |

**Total: 835,631.48**

EXODUS TRANSITIONAL COMMUNITY INC
FY21 (07/01/2021-12/31/2021)
Value: $25,901,566.45

This Amendment #5 ("Amendment") dated 6/29/2021 between the City of New York ("City"), acting by and through its **Mayor's Office of Criminal Justice ("Department")**, located at One Centre Street, 10th Floor, New York, NY 10007 and **Exodus Transitional Community, Inc. ("Contractor")**, a not-for-profit corporation having its principal office located at 2271 3rd Avenue, New York, NY 10035.

**WHEREAS**, pursuant to Emergency Executive Order 101 (amending Emergency Executive Order 100) Mayor de Blasio has directed, to the extent such laws and rules may be suspended consistent with State law, that the following laws and rules related to procurement are suspended to the extent necessary for the City to procure necessary goods, services and construction in response to the novel coronavirus ("COVID-19") emergency: Chapter 13 of the New York City Charter; Title 9 of the Rules of the City of New York (The Procurement Policy Board Rules); and Section 6-101 through 6-107.1, 6-108.1 through 6-121, and 6-124 through 6-129 of the New York Administrative Code; and

**WHEREAS**, pursuant to the above-mentioned Executive Order 101, and to adhere to all shelter-in-place orders and regulations issued by New York City and New York State authorities in response to COVID-19, the Mayor's Office of Criminal Justice ("MOCJ"), on behalf of the City of New York (the "City"), has been authorized to enter into the emergency procurement for enhanced reentry services; and

**WHEREAS**, the COVID-19 pandemic generated a need for enhanced reentry services, due to the dangers and increased risk of COVID-19 infection in congregate settings; and

**WHEREAS**, the Contractor operates enhanced reentry services assisting recent reentrants from local jails, state prisons and other forms of justice involvement, such as parolees, and is able to staff multiple hotel sites in the wake of COVID-19 helping reentrants to get connected to basic resources, job training, job leads, mental health services, housing resources, conduct wellness checks, case management, and behavioral health services; and

**WHEREAS**, the Department will liaise with the New York State Department of Corrections and Community Supervision ("DOCCS") Statewide Director of Reentry Services and several leads at the New York City Department of Correction ("DOC") and other jails in New York City as individuals are released due to the COVID-19 crisis; and

**WHEREAS**, via Letter of Intent dated May 26th, 2020, the City indicated its interest in procuring Contractor's enhanced reentry services; and

**WHEREAS**, the parties entered into an agreement ("Agreement"), E-PIN No. 00220E0007001, for the Contractor to provide the services; and

**WHEREAS**, through the Amendment #1 the City appropriated a total of $6,269,585.22 in additional funding to expand and enhance the Contractor's services, including but not limited to an additional hotel site, for a total contract amount not-to-exceed $7,105,216.70 (all sources FY20-21); and

**WHEREAS**, through the Amendment #2 the City appropriated a total of $6,849,051.80 in additional funding to expand and enhance the Contractor's services, including but not limited to an additional hotel site, for a total contract amount not-to-exceed $13,954,268.50 ($785,239.10 in FY2020 and

$13,169,029.40 in FY2021); and

**WHEREAS**, through the Amendment #3 the City appropriated a total of $6,416,058.34 in additional funding to enhance the Contractor's services for a total contract amount not-to-exceed $20,370,327.84 ($785,239.10 in FY2020 and $19,585,088.74 in FY2021); and

**WHEREAS**, through the Amendment #4 the City appropriated a total of $9,362,917 in additional funding to enhance the Contractor's services and extend the time for a total contract amount not-to-exceed $29,948,006 ($785,239 in FY2020 and $28,948,00 in FY2021); and

**WHEREAS**, through this Amendment #5 the City has appropriated a total of **$25,901,566.45** in additional funding during the period in FY2022 from July 1,2021 to December 21,2021 to enhance the contractor's services including adding an additional 2 sites for a total of 6 sites for a total contract amount not-to exceed value of **$55,634,811** ($785,239 in FY2020, $28,948,006 in FY2021 and $25,901,566); and

**NOW, THEREFORE**, the parties hereby agree as follows:

Except as stated herein, all the terms, covenants and conditions of the Agreement, including any modifications thereto, shall remain unchanged and in full force and effect.

1. During the period July 1,2021 through December 31,2021 the total amount payable under the Agreement shall not exceed **$25,901,566.45**

2. The "Budget" marked Appendix B is annexed hereto and part hereof and shall apply for the period July 1,2021 through December 31,2021.

3. The total payment for services delivered pursuant to Section 4 below shall not exceed **$25,901,566.45** in accordance to Appendix B (Budget).

4. For the period April 1, 2020 to December 31, 2021, the Agreement is amended as follows (changes indicated in italics):

    a. Section 2.01(A) "Term" is amended as follows (changes indicated in italics):
    The term of the contract will be for the period of *twenty (20)* months, beginning April 1, 2020 and ending on *December 31,2021.*
    b. Section 2.02(B) "Budgeted Services" is amended as follows (changes indicated in italics):
    Subject to delivery of the Work, the Department will pay the Contractor for the Work, according to the Budget (Appendix B) and to Article 5 of this Agreement. The total payment for services provided during the Term of the contract shall not exceed ***$55,634,811*** *(Fifty-five million, six hundred thirty-four thousand eight hundred eleven dollars).*

5. The vendor must maintain a reconciliation of items; Gift Cards, MetroCard's and Cell phones given to Exodus vs. numbers of items released to clients to establish accountability and reasonableness. The provider must the practice the following procedures

a. There should be a documented paper trail whenever items are disbursed to staff and to clients. The Exodus staff must sign-off on how many items' he/she has provided to clients.
b. Clients must provide a signature and name to document a record sheet provided from Exodus for receipt of item. Staff should reconcile the number of items given to the number of clients to this form.
c. The staff who reconciled must give a summary of any possible discrepancies.

6. This Amendment #5 is subject to the rules of the Procurement Policy Board of the City of New York dated November 2018, as modified. In the event of a conflict between the Rules and a provision of this Amendment #5, the Rules shall take precedence.

7. This Amendment shall be neither binding nor effective until it has been registered pursuant to Section 328 of the New York City Charter. The requirement of this Paragraph shall be in addition to, and not in lieu of, any approval or authorization otherwise required for this Amendment to be effective, and for the expenditure of City funds.

[*There is no further text on this page.*]

EXODUS TRANSITIONAL COMMUNITY INC
FY21 (07/01/2021-12/31/2021)
Value: $25,901,566.45

**IN WITNESS WHEREOF,** the parties have duly executed this Amendment #5 on the date first above written.

| CITY OF NEW YORK | CONTRACTOR |
|---|---|
| By: Timothy Williams — Digitally signed by Timothy Williams DN: cn=Timothy Williams, o=Mayors Office of Crimal Justice, ou=Contracts Unit, email=twilliams2@cityhall.nyc.gov, c=US Date: 2021.06.29 16:45:35 -04'00' | By: ____________________ |
| Deputy/Agency Chief Contracting Officer | |
| ____________________ | EXECUTIVE DIRECTOR |
| | Title: |
| | 31-1731465 |
| | Fed. Employer I.D. No. or Soc. Sec. No. |

EXODUS TRANSITIONAL COMMUNITY INC
FY21 (07/01/2021-12/31/2021)
Value: $25,901,566.45

NOTARY WAIVER

Dear Provider,

To streamline administrative practices under the exceptional circumstances caused by COVID-19 in response to New York State and New York City state of emergency, MOCJ is requesting to waive contract notarization requirements.

Accordingly, please confirm EXODUS TRANSITIONAL COMMUNITY INC (Exodus) waives notarization by the City of the contract and contract documents.

If **Exodus** is not able to notarize the contract documents and agrees to waive notarization by the City, notarization by **Exodus** of the FY21 Amendment #5 and contract documents will also be waived.

Please confirm by executing below whether this is acceptable to **Exodus.**

[signature]

Provider Signature

JULIO MEDINA

Name

06/29/2021

Date

Appendix B - Scope

EMERGENCY AGREEMENT FOR THE PROCUREMENT OF REENTRY EMERGENCY HOTEL SERVICES CONTRACTOR: EXODUS TRANSITIONAL COMMUNITY, INC.

SCOPE OF WORK. In accordance with this Agreement (including any exhibits), Contractor agrees to prepare and deliver the Work to Department.

A. Objectives. The Contractor will operate as an essential provider of enhanced reentry services, assisting recent reentrants (released during the last 6 months prior to admission to a hotel) from local jails, state prisons, and other forms of justice involvement, such as parolees, who are being released during the COVID pandemic at the Hotel Sites, helping reentrants to get connected to basic resources, job training, job leads, mental health services, housing resources, conduct wellness checks, case management, and behavioral health services.

B. The Work.

1. The Contractor will provide Enhanced Reentry Services for reentrants, returning citizens, and formerly incarcerated individuals at the Hotel Sites in conjunction with MOCJ, including but not limited to: a. managing all referrals to the hotels; which will include receiving and responding to all referrals, maintaining and prioritizing a waitlist, coordinating transportation with the DOC for individuals being released from Rikers Island, sending MOCJ a daily Census Email with hotel capacity, and acting as a liaison with DOCCS and other referral sources to provide information on the program eligibility criteria and capacity b. supporting reentrants, many of who would otherwise be homeless and otherwise unstably supported, increasing connections between reentrants and job opportunities, mental and physical health supports, food delivery, clothing supplies, Metro Cards, cell phones, benefits activation, substance use intervention, family reunification, motivational interviews, and transition planning from the hotels; b. establishing and maintaining communication with state reentry officials with respect to parolees, state prisoners, and other categories of reentrants returning to New York City in order to ensure public safety and community cohesion.

2. The Contractor will coordinate with the Department to provide uninterrupted operations on a 24/7 schedule with Contractor's staff at each Hotel Site ensuring that operations run smoothly.

3. In addition to Case Managers and Resident Advisors who will provide onsite supportive services, benefits enrollment, help with obtaining ID, and linkages to other community based services, The Contractor will be responsible for hiring and supervising four (4) social workers to provide mental health services by carrying a case load of individuals with behavioral health needs, providing Crisis Intervention , brief Psychotherapy , care coordination, connecting with community providers as appropriate/needed, educating all staff who are in the hotels on a trauma informed approach to working with individuals traumatized by their incarceration experience and other social factors, and assisting with planning/navigating individual treatment/residential plans, including working closely with hospital based social work staff to assist with discharge planning for individuals who are admitted to the hospital from the hotels. The Contractor will also hire and supervise four (4) CASACs to assist individuals with substance use disorders to enter into

the appropriate level of care (i.e. detox, inpatient treatment, and/or outpatient services), provide crisis intervention for individuals struggling with active substance use, help set up relapse prevention groups at the hotels (virtual and in-person), and train hotel-based staff on identifying active substance use disorders among hotel residents and making appropriate referrals. The Social Worker and CASAC will be supervised by Exodus clinical supervisors, and will work closely with Housing Works staff, who will provide initial mental health and medical assessments and triaging for everyone entering a hotel.

4. The Contractor will subcontract for food services at each of the reentry hotels to be provided as a once daily food delivery consisting of breakfast, lunch, and dinner, taking into account any dietary restrictions that shall be identified at assessment/intake in each hotel. The Contractor will be responsible for tracking and paying all invoices to the subcontractor(s), and for submitting invoices to the Department to be payable within 30 days of submission.

5. The Contractor will subcontract with Presidential Security and Global Securities to maintain all security services at each of the reentry hotels to be provided on a 24-hours/ 7-days a week basis. The Contractor will be responsible for monitoring the quality of the work, and for paying all invoices to the subcontractor(s), and to submitting invoices to the Department to be payable within 30 days of submission.

2.1 INDEPENDENT CONTRACTOR: The Contractor and the Department agree and acknowledge that Contractor's relationship with the Department and the City shall be that of an independent contractor. Nothing in this Agreement is intended to or should be construed to create a partnership, joint venture, or employment relationship.

2.2 ASSIGNMENT AND SUBCONTRACTING:

A. No Assignment. Without the Department's prior written consent, this Agreement may not be assigned or transferred by Contractor to any other party.

B. Prior Approval. The Contractor may not enter into agreements with nor remit payments to any subcontractors or third parties for the purposes of meeting its obligations under this Agreement without prior written approval from the City.

C. Subcontracts. Where the City authorizes Contractor to use subcontractors, any agreement between the Contractor and approved subcontractor must be in writing, and bind the subcontractors to the terms and conditions set forth in this Agreement, including, without limitation:

**Appendix C- Budget**
**ERRT (Exodus Rikers Reentry Team) Hotel Operations**
**Period: 7/1/2021 - 12/31/2021**

| Employees | Title | Salary | 6 month Contract % | 6 mth Prorated Budget Allocation | 6 Holidays Time & a Half | Approved Budget |
|---|---|---|---|---|---|---|
| Julio Medina | CEO | 180,000.00 | 45% | 40,500.00 | | 40,500.00 |
| Diana Ortiz | Director | 120,000.00 | 45% | 27,000.00 | | 27,000.00 |
| Nora Reissig | Director | 115,000.00 | 60% | 34,500.00 | | 34,500.00 |
| Jennifer Kaake | Director | 100,000.00 | 100% | 50,000.00 | | 50,000.00 |
| Bella Wright | Intake Coordinator | 50,000.00 | 100% | 25,000.00 | | 25,000.00 |
| TBH | Staff Devlopment | 80,000.00 | 30% | 12,000.00 | | 12,000.00 |
| Tomasina Salcedo | HR/Payroll | 65,000.00 | 60% | 19,500.00 | | 19,500.00 |
| Shawn Dougherty | Contract Analyst | 85,000.00 | 45% | 19,125.00 | | 19,125.00 |
| Danielle Rosado | Legal Advisor | 115,000.00 | 25% | 14,375.00 | | 14,375.00 |
| Matteo Capaccio | Wellness Clinical Director | 85,500.00 | 25% | 10,687.50 | | 10,687.50 |
| New Hotel #1 | CASAC Counselor | 56,000.00 | 100% | 28,000.00 | | 28,000.00 |
| New Hotel #1 | Mental Health Case Manager (AM) | 32.00 | 100% | 29,120.00 | 2,016.00 | 31,136.00 |
| New Hotel #1 | Mental Health Case Manager (PM) | 32.00 | 100% | 29,120.00 | 2,016.00 | 31,136.00 |
| New Hotel #1 | Case Manager | 25.00 | 100% | 22,750.00 | 1,575.00 | 24,325.00 |
| New Hotel #1 | Case Manager | 25.00 | 100% | 22,750.00 | 1,575.00 | 24,325.00 |
| New Hotel #1 | Case Manager | 25.00 | 100% | 22,750.00 | 1,575.00 | 24,325.00 |
| New Hotel #1 | Case Manager/ RA (Morning) | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| New Hotel #1 | Case Manager/ RA (Evening) | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| New Hotel #1 | Overnight RA | 26.37 | 100% | 23,996.70 | 1,661.31 | 25,658.01 |
| New Hotel #1 | Hotel Site Coordinator | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| New Hotel #1 | Housing Specialist | 28.58 | 100% | 26,007.80 | 1,800.54 | 27,808.34 |
| New Hotel #1 | Social Worker | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| New Hotel #1 | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| New Hotel #1 | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| New Hotel #1 | Weekend Case Manager | 25.00 | 100% | 22,750.00 | 1,575.00 | 24,325.00 |
| New Hotel #1 | Weekend Case Manager | 25.00 | 100% | 22,750.00 | 1,575.00 | 24,325.00 |
| New Hotel #2 | CASAC Counselor | 56,000.00 | 100% | 28,000.00 | | 28,000.00 |
| New Hotel #2 | Mental Health Case Manager (AM) | 32.00 | 100% | 29,120.00 | 2,016.00 | 31,136.00 |
| New Hotel #2 | Mental Health Case Manager (PM) | 32.00 | 100% | 29,120.00 | 2,016.00 | 31,136.00 |
| New Hotel #2 | Case Manager | 25.00 | 100% | 22,750.00 | 1,575.00 | 24,325.00 |
| New Hotel #2 | Case Manager | 25.00 | 100% | 22,750.00 | 1,575.00 | 24,325.00 |
| New Hotel #2 | Case Manager | 25.00 | 100% | 22,750.00 | 1,575.00 | 24,325.00 |
| New Hotel #2 | Case Manager/ RA (Morning) | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| New Hotel #2 | Case Manager/ RA (Evening) | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| New Hotel #2 | Overnight RA | 26.37 | 100% | 23,996.70 | 1,661.31 | 25,658.01 |
| New Hotel #2 | Hotel Site Coordinator | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| New Hotel #2 | Housing Specialist | 28.58 | 100% | 26,007.80 | 1,800.54 | 27,808.34 |
| New Hotel #2 | Social Worker | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| New Hotel #2 | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| New Hotel #2 | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| New Hotel #2 | Weekend Case Manager | 25.00 | 100% | 22,750.00 | 1,575.00 | 24,325.00 |
| New Hotel #2 | Weekend Case Manager | 25.00 | 100% | 22,750.00 | 1,575.00 | 24,325.00 |
| Bella Wright | Intake Coordinator | 50,000.00 | 100% | 25,000.00 | | 25,000.00 |
| Trevor Griffiths | Associate Clinical Director | 75,000.00 | 80% | 30,000.00 | | 30,000.00 |
| John Sampson | Hotel Coordinator | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| Indira Charles | Hotel Coordinator | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| Veronica Blyther | Hotel Coordinator | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| Lorraine Jones | Hotel Coordinator | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| Alexandra Poolt (?) | SW Supervisor | 85,000.00 | 100% | 42,500.00 | | 42,500.00 |
| TBH | Social Worker | 35.71 | 100% | 59,992.80 | 2,249.73 | 62,242.53 |
| Rochelle Lorient | Social Worker | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| Sandana Samuels | Social Worker | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| TBH | Social Worker | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| TBH | Case Manager/Housing | 26.79 | 100% | 24,378.90 | 1,687.77 | 26,066.67 |
| TBH | Housing Specialist | 28.58 | 100% | 26,007.80 | 1,800.54 | 27,808.34 |
| Shusshanna Richardson | Housing Specialist | 28.58 | 100% | 26,007.80 | 1,800.54 | 27,808.34 |
| TBH | Housing Specialist | 28.58 | 100% | 26,007.80 | 1,800.54 | 27,808.34 |
| TBH | Housing Specialist | 28.58 | 100% | 26,007.80 | 1,800.54 | 27,808.34 |
| Raul Narvaez | CASAC Counselor | 56,000.00 | 100% | 28,000.00 | | 28,000.00 |
| TBH | CASAC Counselor | 35.71 | 100% | 32,496.10 | 2,249.73 | 34,745.83 |
| TBH | CASAC Counselor | 56,000.00 | 100% | 28,000.00 | | 28,000.00 |
| TBH | CASAC Counselor | 56,000.00 | 100% | 28,000.00 | | 28,000.00 |
| Sabrina Styles | CASAC Counselor | 56,000.00 | 100% | 28,000.00 | | 28,000.00 |
| Alton Brown | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Earnest Robinson | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Dorninda leMonier | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Catherine Ricart | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Dwayne Gilliam-Barnwell | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Enrique Urena | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Felix Maldonado | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Glennie Snyder | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Rafael Ruiz | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Henrichs Martinez | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| TBH | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Phillip Sanders | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Luis Mercado | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Nerelin Santana | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Darrell Bolden | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Jermaine Barrett | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Reyiner Salcedo | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| George Villanueva | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Lamont Macon | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Rafael Rivera | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Astrid Frasier | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Carlos Bonilla | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael Davis | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Grady Credle | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| TBH | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Justin Ramos | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Robert Wofford | Case Manager | 24.72 | 100% | 22,495.20 | 1,557.36 | 24,052.56 |
| Tim Walton | Case Manager/ RA | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| Aman Eyasu | Case Manager/ RA | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| James Watson | Case Manager/ RA | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| Blair Nascimento | Case Manager/ RA | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| Indira Charles | Case Manager/ RA | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| Antoine Davis | Case Manager/ RA | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| Lorraine Davis | Case Manager/ RA | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| Veronica Blyther | Case Manager/ RA | 30.22 | 100% | 27,500.20 | 1,903.86 | 29,404.06 |
| Patrice Smith | Overnight RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Labre Fulcher | Overnight RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Cameo Dewindt | Overnight RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Victor Saunders | Overnight RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Malik Harding | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Queen Simmons | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Jian Carlos Trujillo | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Vincent Hurley | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Emanuel Tucker | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Kevin Nelson | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Arvin Marcelle | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |
| Nora colon | Weekend RA | 26.37 | 100% | 24,000.00 | 1,661.54 | 25,661.54 |

| | | Avg per Hotel |
|---|---|---|
| Associate Clinical Director | 1 | 0.14 |
| CASAC Counselor | 7 | 1.00 |
| Case Manager | 33 | 4.71 |
| Case Manager/ RA | 8 | 1.14 |
| Case Manager/ RA (Evening) | 2 | 0.29 |
| Case Manager/ RA (Morning) | 2 | 0.29 |
| Case Manager/Housing | 1 | 0.14 |
| CEO | 1 | 0.14 |
| Contract Analyst | 1 | 0.14 |
| Director | 3 | 0.43 |
| Hotel Coordinator | 4 | 0.57 |
| Hotel Site Coordinator | 2 | 0.29 |
| Housing Specialist | 6 | 0.86 |
| HR/Payroll | 1 | 0.14 |
| Intake Coordinator | 2 | 0.29 |
| Legal Advisor | 1 | 0.14 |
| Mental Health Case Manager (AM) | 2 | 0.29 |
| Mental Health Case Manager (PM) | 2 | 0.29 |
| Overnight RA | 6 | 0.86 |
| Social Worker | 6 | 0.86 |
| Staff Devlopment | 1 | 0.14 |
| SW Supervisor | 1 | 0.14 |
| Weekend Case Manager | 4 | 0.57 |
| Weekend RA | 12 | 1.71 |
| Wellness Clinical Director | 1 | 0.14 |
| **Total Site Staff** | **110** | **15.71428571** |

| | | |
|---|---|---|
| **Total PS** | | 3,022,259.18 |
| **Fringe Benefits** | **26%** | 785,787.39 |
| **Total PS Expense** | | **3,808,046.56** |
| 12 Weekend Employees | | 50,700.00 |
| **Total Personnel Services** | | **3,858,746.56** |
| **OTPS** | | |
| Accounting | | 81,000.00 |
| CFO | | 36,288.00 |
| Participant Support/supplies/gift cards | | 190,000.00 |
| Participant Trak Phones 100 with plans | | 30,000.00 |
| Participant Emergency Assistance (documents) | | 10,000.00 |
| Laptops 8 for resident use | | 24,000.00 |
| Staff/Participant Travel--Uber | | 6,000.00 |
| Rent | | 17,728.86 |
| ASL Translation Services | | 4,000.00 |
| Insurance | | 15,000.00 |
| Program Supplies/PPE | | 49,315.80 |
| CM Data System | | 30,000.00 |
| Copying/Internet/IT Support | | 22,011.00 |
| Repairs & Maintenance | | 9,282.00 |
| Utilities | | 7,930.23 |
| Consultants (staff trainings, on-boarding, data report) | | 60,000.00 |
| Exodus Vechicle | | 4,200.00 |
| **Total OTPS** | | **596,755.89** |
| **Subcontractors** | | |
| Food Vendors | | 5,862,240 |
| Security | | 15,583,824.00 |
| **Total Subcontractors** | | **21,446,064.00** |
| **Total Program Expense** | | **25,901,566.45** |