**FILED UNDER SEAL**

# EXHIBIT C

The government's letter of July 22, 2026 and its enclosed list of devices and accounts

- Enclosure: list of devices and accounts

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EWS/SMS/LZ
F. #2021R00664

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2026

By USAfx

Lynn A Neils, Esq.
Elliott Kwok Levine Jaroslaw Neils LLP
One Grand Central Place
60 East 42nd Street
Suite 1570
New York, NY 10165
646-334-4754
Email: lneils@ekljnlaw.com
*Counsel for Julio Medina*

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts LLP
40 Exchange Place
18th Floor
New York, NY 10005
212-482-0007
Fax: 212-482-1303
Email: samt@talkinlaw.com
*Counsel for Christopher Dantzler*

Benjamin Brafman, Esq.
Ezra E. Lent, Esq.
Brafman & Associates, P.C.
256 Fifth Avenue
Ste 2nd Floor
New York, NY 10001
212-750-7800
Email: bbrafman@braflaw.com
*Counsel for Weihong Hu*

Re: United States v. Julio Medina, et. al
Criminal Docket No. 25-54 (RPK)

Dear Counsel:

The government has produced the following discovery material via USAfx in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Enclosed please find the following:

| Description | Bates Nos. | Bates Nos. of Corresponding Full Extraction |
|---|---|---|
| Responsive Forensic Image of Third-Party Laptop | SENSITIVE_EDNY_0000229413 | SENSITIVE_EDNY_0000229409 |
| Responsive Cellebrite Extraction and Report for an iPhone 16 Pro Max | SENSITIVE_EDNY_0000229414 | SENSITIVE_EDNY_0000229410 |
| Updated Responsive Cellebrite Extraction and Report for an iPhone 14[1] | SENSITIVE_EDNY_0000229415 | SENSITIVE_EDNY_0000144371 |

The government's review of responsive materials from electronic devices is ongoing.

In addition, as discussed during our video conference on April 15, 2026, the government is in possession of certain devices that were obtained in connection with other investigations and which the government has reason to believe contain communications involving at least one of the defendants in this case. At present, the government does not intend to offer evidence at trial during its case-in-chief from any of these devices; the government will promptly notify you if that changes. If you would like to review copies of any of the devices set forth in the enclosed list, please let us know

This production supplements the government's earlier productions and is made pursuant to the terms of the Protective Order entered in this matter on April 11, 2025. See ECF 35. The government reiterates its request for reciprocal discovery from the defendants. If you

[1] The prior responsive Cellebrite extraction was previously produced to you as SENSITIVE_EDNY_0000220767.

have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Laura Zuckerwise
Assistant U.S. Attorneys
(718) 254-6365 / 6262 / 6204

Enclosures

| # | Description | Owner | Location |
|---|---|---|---|
| 1 | Toshiba Portable Hard Drive | Unknown | Shao Residence |
| 2 | Galazy Z Fold | Michael Shao | Shao Residence |
| 3 | iPhone 14 Pro Max | Michelle Huang | Shao Residence |
| 4 | Staples USB | Unknown | Shao Residence |
| 5 | iMac | Unknown | Shao Residence |
| 6 | Lenovo AIO | William Shao | Shao Residence |
| 7 | iPhone 13 Pro Max | William Shao | Shao Residence |
| 8 | iPad Pro | Michelle Huang | Shao Residence |
| 9 | Galaxy Z Fold | William Shao | Shao Residence |
| 10 | Silver iPhone 12 Pro | Williams Shao | Shao Residence |
| 11 | iPhone 14 Pro Max | Michael Shao | Shao Residence |
| 12 | Black iPhone 13 Pro Max | Michelle Huang | Shao Residence |
| 13 | Vertu Ascent Phone | Michelle Huang | Shao Residence |
| 14 | Kingston USB | Unknown | Shao Residence |
| 15 | SIM Card | Unknown | Shao Residence |
| 16 | iPhone 11 Pro Max | Michael Shao | Shao Residence |
| 17 | Meitu pink cellphone | Unknown | Shao Residence |
| 18 | Oppo | Yue Wenshu | Shao Residence |
| 19 | Samsung Galaxy Tab 8 | Shao Family | Shao Residence |
| 20 | Kingston USB | Unknown | Shao Residence |
| 21 | Unknown | Unknown | Shao Residence |
| 22 | Lexar USB | Unknown | Shao Residence |
| 23 | UDisk USB | Michelle Shao | Shao Residence |
| 24 | iPhone 15 | Winnie Greco | Greco Residence |
| 25 | 128 GB USB/USBC Flash Drive | Unknown | Greco Residence |
| 26 | Redmi 5G | Unknown | Greco Residence |
| 27 | iPad | Winnie Greco | Greco Residence |
| 28 | HP Pavilion A522N Computer | Unknown | Greco Residence |
| 29 | Dell XPS Computer | Winnie Greco | Greco Residence |
| 30 | Two hard drives | Unknown | Greco Residence |
| 31 | CD | Unknown | Greco Residence |
| 32 | Three external hard drives | Winnie Greco | Greco Residence |
| 33 | Mac Laptop | Winnie Greco | Greco Residence |
| 34 | Black iPhone | Winnie Greco | Greco Residence |
| 35 | Tablet | Unknown | Greco Residence |
| 36 | Black iPhone | Winnie Greco | Greco Residence |
| 37 | Black iPhone | Winnie Greco | Greco Residence |
| 38 | Gold iPhone | Unknown | Greco Residence |
| 39 | Ankek hard drive | Unknown | Greco Residence |
| 40 | Blue Flip Phone | Unknown | Greco Residence |
| 41 | Black/Gold Samsung | Unknown | Greco Residence |
| 42 | White/Gold iPhone | Winnie Greco | Greco Residence |
| 43 | iPhone SE | Grandma | Greco Residence |
| 44 | Macbook COZYWHKZLVDC | Unknown | Greco Residence |
| 45 | iPhone 6S Plus | Angel Cheng | Greco Residence |
| 46 | MacBook Pro | Unknown | Greco Residence |
| 47 | iPhone13 Pro Max | Angel Cheng | Greco Residence |
| 48 | Rose Gold Google Pixel | Winnie Greco | Greco Residence |
| 49 | Toshiba memory card | Unknown | Greco Residence |
| 50 | Sim card | Unknown | Greco Residence |
| 51 | ASUS laptop | Winnie Greco | Greco Residence |
| 52 | ACER Laptop | Winnie Greco | Greco Residence |
| 53 | Lenovo Laptop | Greco Family | Greco Residence |

| | | | |
|---|---|---|---|
| **54** | Apple MacBook | Unknown | Greco Residence |
| **55** | Phone Reader and USB | Unknown | Greco Residence |
| **56** | My Cloud Home | Unknown | Greco Residence |
| **57** | White MacBook | Unknown | Greco Residence |
| **58** | USBs | Unknown | Greco Residence |
| **59** | Black WD hard drive | Unknown | Greco Residence |
| **60** | WD my book hard drive | Unknown | Greco Residence |
| **61** | Black Dell Inspiron laptop | Greco | Greco Residence |
| **62** | Verbatim thumbdrive | Unknown | Greco Residence |
| **63** | Thumb drive | Unknown | Greco Residence |
| **64** | USB 1 san disk | Unknown | Greco Residence |
| **65** | Tosihiba hard drive | Unknown | Greco Residence |
| **66** | Back up for Mac desktop drive | Unknown | Greco Residence |
| **67** | San Disk thumb drive | Unknown | Greco Residence |
| **68** | Sab disk thumb drive | Unknown | Greco Residence |
| **69** | SD cards | Unknown | Greco Residence |
| **70** | USB | Unknown | Greco Residence |
| **71** | Data Traveler 32 GB USB | Unknown | New World Mall |
| **72** | Samsung phone | Unknown | New World Mall |
| **73** | Apple iphone | Unknown | New World Mall |
| **74** | Two USBs | Unknown | New World Mall |
| **75** | iPhone | Unknown | New World Mall |
| **76** | Apple iPad | Unknown | New World Mall |
| **77** | Apple iPad | Unknown | New World Mall |
| **78** | 256GB USB | Unknown | New World Mall |
| **79** | Sandisk micro 1GB | Unknown | New World Mall |
| **80** | 4GB USB | Unknown | New World Mall |
| **81** | 32GB USB | Unknown | New World Mall |
| **82** | 32GB USB | Unknown | New World Mall |
| **83** | Philips Swarovski Robot Active Crystals USB | Unknown | New World Mall |
| **84** | Mobile Phone | Unknown | New World Mall |
| **85** | Philips Swarovski Lock Out Active Crystals USB | Unknown | New World Mall |
| **86** | 1GB USB | Unknown | New World Mall |
| **87** | USB 3.0 32GB | Unknown | New World Mall |
| **88** | iPhone 15 Pro | Al Cockfield | Cockfield Residence |
| **89** | iPhone 13 Pro | Al Cockfield | Cockfield Residence |
| **90** | iCloud Account | Winnie Greco | Electronic |
| **91** | G-Mail Account | Winnie Greco | Electronic |
| **92** | iCloud Account | Gary Jenkins | Electronic |
| **93** | iCloud Account | Shao Lianwu | Electronic |
| **94** | iCloud Account | Shao Lianwu | Electronic |
| **95** | G-Mail Account | Shao Lianwu | Electronic |
| **96** | iCloud Account | Michelle Shao | Electronic |