**FILED UNDER SEAL**

# EXHIBIT D

Bank responses to Department of Investigation subpoenas, 2022, as produced by the government

- EDNY_0000051662–63 (JPMorgan Chase to the Department of Investigation, Oct. 13, 2022, with custodian declaration)
- EDNY_0000056274–76 (Santander Bank to the Department of Investigation, Nov. 23, 2022)

JPMorganChase

**RCO Centralized Mail**
**Mail Code LA4-7300**
**700 Kansas Lane**
**Monroe, LA 71203-4774**

10/13/2022

MATIN MODARRESSI
NYC DEPARTMENT OF INVESTIGATION
180 MAIDEN LANE 16TH FLOOR
NEW YORK NY 10038

**NOTICE OF ADDRESS CHANGE:** Please note that as of August 2, 2021, all mail previously managed in our Indianapolis, IN, or Fort Worth, TX, facility will be managed by our centralized mail processing team in Monroe, LA.

Please update your mailing address records to the following:
RCO Centralized Mail
Mail Code: LA4-7300
700 Kansas Lane
Monroe, LA 71203-4774

Should you have questions regarding this Notice of Change, please contact us at 1-844-751-7728. We accept operator relay calls. **Please note: This is a change to the mailing address only.**

**Case Name: CHRISTOPHER J DANTZLER, JULIO MEDINA, EXODUS TRANSITIONAL COMMUNITY, INC, WATCHFORCE SECURITY SERVICES, INC, WATCHFORCE SECURITY SERVICES, LLC, INTERNATIONAL TRENDZ LLC D/B/A PRESIDENTIAL SECURITY COMPANY**
**Case No.: 22-963**
**JPMorgan Chase File No.: SB1363520-F1**

Dear Sir/Madam:

Here is the information that fulfills your request on the matter referenced above.

If you have questions, please call us at 1-844-751-7728; we accept operator relay calls. We're here to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time. Please know that we are only able to provide the status of this request. We can't verbally disclose further information related to the records and/or information provided.

Please notify our office immediately of any email address changes to avoid electronic delivery delays for future productions.

Sincerely,

Leah Lucas
Operations Manager, VP
Chase Customer Service

# DECLARATION

**Case No. : 22-963**

Jessica R Cruz, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 10/13/2022

By: Jessica R. Cruz
Jessica R Cruz
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1363520-F1

SUBP10a

Santander

Jamie Goodman, Specialist
Small Business & Consumer Operations
484-248-5333
jamie.goodman@santander.us

November 23, 2022

**VIA SECURE EMAIL**

New York City Department of Investigation
Matin Modarressi, Assistant Inspector General
917-520-3768
mmodarressi@doi.nyc.gov

**Re: Subpoena Issued to Santander Bank, N.A. *I/M/O***
*International Trendz, LLC,*
**Santander File No.: SBNA-2022-12826**

Dear Mr. Modarressi:

Santander Bank, N.A. ("Santander") has identified documents responsive to the above-referenced Subpoena. Specifically, the following records are enclosed:

Line of Credit Account #9777210865
Statements from 12/26/19 to 10/25/22
No account activity from 10/26/22 to 11/17/22
E-pay from account #4381055721

Line of Credit Check Access Account #8939157745
Statements from 01/01/20 to 10/01/21
Account closed 10/01/21

Checking Account #5711123254
Statements from 01/01/20 to 08/13/20
Withdrawal dated 08/13/20
New Account Opening Application, Signature Card, Relationship Summary, Universal Resolution, NYS Department of State Filing Certificate, NYS Department of State Entity Information, State of Delaware Entity Details, Operating Agreement, Articles of Organization, Certificate of Formation, EIN Assignment, LLC Data Sheet, and Photo Identification
Account closed 08/13/20

Equal Housing Lender. Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander Bank, N.A. Santander and its logo are registered trademarks of Banco Santander, S.A., or its affiliates or subsidiaries in the United States and other countries

Santander

<u>Money Market Account #8933303367</u>
Statements from 01/01/20 to 10/31/22
No account activity from 11/01/22 to 11/17/22
Withdrawal dated 01/17/20
New Account Opening Application, Signature Card, Relationship Summary, Universal Resolution, NYS Department of State Filing Certificate, NYS Department of State Entity Information, State of Delaware Entity Details, Operating Agreement, Articles of Organization, Certificate of Formation, EIN Assignment, LLC Data Sheet, and Photo Identification

<u>Checking Account #4381055721</u>
Statements from 12/10/19 to 11/09/22
Transaction history from 11/10/22 to 11/17/22
Deposits from 01/01/20 to 11/17/22
Cancelled Checks from 01/01/20 to 11/17/22
Withdrawals from 01/01/20 to 11/17/22
Wires from 01/01/20 to 11/17/22
Signature Card, Relationship Summary, Universal Resolution, Legal Entity Beneficial Owner(s) Certification, NYS Department of State Filing Certificate, NYS Department of State Entity Information, State of Delaware Entity Details, Operating Agreement, Articles of Organization, Certificate of Formation, EIN Assignment, LLC Data Sheet, and Photo Identification

These documents represent Santander's final response to the Subpoena.

Please note that Santander is producing these documents subject to the following:

1. Santander produces responsive documents within its custody or control based on its reasonable interpretation of the Subpoena and any amendment to the scope or timing of the Subpoena agreed to by you and Santander.

2. Santander produces only documents within the relevant Santander retention period. For example, Santander retains deposit account information for 7 years. Information outside Santander's retention periods is generally unavailable or, at a minimum, unreasonably burdensome to recover.

3. This response includes only information related to standard Santander accounts. Subpoenas requesting email, online banking information, phone recordings, surveillance, internal investigatory material, or commercial loan information will be processed by the Santander Legal Department which will provide responsive documents, if any, directly to you. Questions concerning these requests should be directed to legaldiscovery@santander.us.

4. Santander does not produce responsive documents that contain privileged, confidential, or proprietary information. Responsive documents withheld by Santander, if any, will be listed on a privilege log enclosed herewith.

Equal Housing Lender. Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander Bank, N.A. Santander and its logo are registered trademarks of Banco Santander, S.A., or its affiliates or subsidiaries in the United States and other countries

75 State Street, Boston, MA 02109
Tel 1-877-768-2265

Santander

5. Santander is permitted to produce Suspicious Activity Reports ("SAR") or SAR-related information only in limited circumstances. Pursuant to 31 U.S.C. 5318(g), and without confirming or denying that a responsive SAR was prepared or filed, Santander will not produce SAR-related information unless expressly permitted by statute.

6. Nothing contained herein is intended, nor should it be deemed, a waiver or limitation of any of Santander's rights provided under applicable rules and statutes, including, without limitation, (i) any and all testimonial privileges, (ii) its rights, if any, to make further objection to the Subpoena, in particular if this is a limited or preliminary response, and (iii) its rights to seek to quash the Subpoena or for a protective order.

7. Santander's inadvertent production of any document or information it considers privileged or otherwise protected from discovery, in whole or in part, shall not be deemed a waiver of any applicable privilege or protection and Santander expressly reserves the right to demand that any such inadvertently disclosed document or information be returned, destroyed, or barred from use by the Issuer.

Should you have any questions, please contact me at the above email address.

Respectfully,
/s/ Jamie Goodman
Jamie Goodman
Santander Bank, N.A.

Equal Housing Lender. Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander Bank, N.A. Santander and its logo are registered trademarks of Banco Santander, S.A., or its affiliates or subsidiaries in the United States and other countries

75 State Street, Boston, MA 02109
Tel 1-877-768-2265