**FILED UNDER SEAL**

# EXHIBIT E

Records concerning the Clifton Park property, as produced by the government

- EDNY_0000057579–81 (deed dated Sept. 20, 2024)
- EDNY_0000057582 (Town attorney to DOI, Sept. 23, 2024)
- EDNY_0000057130–34 (May 2024 email chain)

# SARATOGA COUNTY – STATE OF NEW YORK
## SARATOGA COUNTY CLERK
CRAIG A. HAYNER
40 MCMASTER STREET, BALLSTON SPA, NY 12020

**COUNTY CLERK'S RECORDING PAGE**
***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

INSTRUMENT #: 2024023588

Receipt#: 2024212548859
Clerk: MAM
Rec Date: 09/20/2024 04:04:45 PM
Doc Grp: D
Descrip: DEED
Num Pgs: 3

Party1: DANTZLER CHRISTOPHER JAMES
Party2: DANTZLER CHRISTOPHER JAMES

Recording:

| | |
|---|---|
| Pages | 10.00 |
| Cover Sheet Fee | 5.00 |
| Recording Fee | 20.00 |
| Cultural Ed | 14.25 |
| Records Management - Coun | 1.00 |
| Records Management - Stat | 4.75 |
| Notice of Transfer of Sal | 10.00 |
| RP5217 Residential/Agricu | 116.00 |
| RP5217 - County | 9.00 |
| Names | 0.50 |
| TP 584 | 5.00 |
| Sub Total: | 195.50 |
| Transfer Tax | |
| Transfer Tax | 0.00 |
| Sub Total: | 0.00 |
| Total: | 195.50 |

**** NOTICE: THIS IS NOT A BILL ****

***** Transfer Tax *****
Transfer Tax #: 1063
Transfer Tax

Total: 0.00

This page constitutes the Clerk's endorsement, required by section 316-a (5) & 319 of the Real Property Law of the State of New York with a stamped signature underneath.

Craig A. Hayner
Saratoga County Clerk

Record and Return To:

ELECTRONICALLY RECORDED BY SIMPLIFILE

2024023588
09/20/2024 04:04:45 PM
3 Pages RECORDED
DEED
Saratoga County Clerk

Record and Return:
Christopher James Dantzler
514 Vischer Ferry Road, Clifton Park, NY 12065

# WARRANTY DEED WITH LIEN COVENANT

***THIS INDENTURE***, made the 26 day of September, Two Thousand Twenty-Four

between,
**Christopher James Dantzler**, residing at 514 Vischer Ferry Road, Clifton Park, NY 12065

, party of the first part and
**Christopher James Dantzler and Priscilla Medina**, as tenants in common, residing at 514 Vischer Ferry Road, Clifton Park, NY 12065

, party of the second part,

***WITNESSETH***, that the party of the first part, in consideration of One Dollar, lawful money of the United States, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Clifton Park, County of Saratoga, State of New York, bounded and described as follows:

Beginning at a point in the westerly line of the Vischer's Ferry Road with the boundary line between the property now or formerly of Mary Lee Gifford and the lands of one Jorgensen intersects said westerly line of Vischer's Ferry Road and thence in a westerly direction along the boundary line between the lands now or formerly of Mary Lee Gifford and the lands of the said Jorgensen to where the said boundary line is intersected with a certain fence, and thence along said fence line in a southerly direction to a point in said fence sixty (60) feet from the southerly boundary line of the lands now or formerly of Mary Lee Gifford (said boundary line being roughly delineated by a drainage ditch); thence on a line parallel to the first line (the boundary line between the lands now or formerly of Mary Lee Gifford and said Jorgensen) in an easterly direction to the westerly line of the said Vischer's Ferry Road; and thence in a northerly direction along the said westerly line of Vischer's Ferry Road to the point or place of beginning.

The point of beginning of the above described parcel is approximately 1250' southerly from the intersection of Vischer's Ferry Road with the center line of Route 146.

EXCEPTING & RESERVING from the above described parcel of land Deed June 23, 2005 from Robert L. Beebe and Carol L. Beebe to the Town of Clifton Park filed in the official records of the Saratoga County Clerk on August 24, 2005 in Book 1729 of Deeds at Page 421.

SUBJECT TO a zoning condition that should the premises be used for a permitted business use, the enclosed porch shall be removed and transformed into an open porch. This condition shall run with the land, to have and to hold the said condition unto the parties of the second part and their successors and assigns forever.

***BEING*** the same premises conveyed to party of the first part by deed from Robert L. Beebe dated May 1, 2023 and recorded in the Saratoga County Clerk's Office on May 9, 2023 as Instrument no. 2023012140.

This deed is being recorded to add a certain zoning condition which will forever run with the land.

***SUBJECT*** to any and all covenants, conditions, restrictions, easements and agreements of record, if any.

***TOGETHER*** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

***TO HAVE AND TO HOLD*** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

***AND*** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the costs of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

***AND*** the party of the first part covenants as follows:

**FIRST**. That the party of the second part shall quietly enjoy the said premises;

**SECOND**. That said party of the first part will forever warrant the title to said premises.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

***IN WITNESS WHEREOF***, the party of the first part has duly executed this deed the day and year first above written.

***IN PRESENCE OF***:

Christopher James Dantzler

STATE OF NEW YORK )
COUNTY OF Saratoga ) ss.:
)

On the 20th day of September in the year 2024 before me, the undersigned, personally appeared Christopher James Dantzler personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity, and that by his/her/their signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

LINDSEY J. MENDOZA
Notary Public, State of New York
No. 01ME6276202, Saratoga County
Commission Expires 02-11-2021

**From:** Paul, Pelagalli
**To:** Matin Modarressi
**Cc:** Cynthia, Zlogar
**Subject:** [EXTERNAL] FW: Deed for 514 Vischer Ferry
**Date:** Monday, September 23, 2024 1:22:14 PM
**Attachments:** Recorded Deed - 514.pdf

---

**This Message Is From an External Sender**
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to Cyber Command as an attachment (Click the "Phish Alert Report" button, then "Yes, report it.").

As discussed.

---

**From:** Bruce, Spiegel <bspiegel@cliftonpark.org>
**Sent:** Monday, September 23, 2024 9:41 AM
**To:** Wade Schoenborn <wschoenborn@cliftonpark.org>; Paul, Pelagalli <PPelagalli@cliftonpark.org>
**Subject:** FW: Deed for 514 Vischer Ferry

---

**From:** Priscilla Medina <pmedina102@icloud.com>
**Sent:** Monday, September 23, 2024 9:38 AM
**To:** Bruce, Spiegel <bspiegel@cliftonpark.org>
**Subject:** Deed for 514 Vischer Ferry

Sent from my iPhone

**From:** Neil Weiner
**To:** Noelle Tracy
**Cc:** Scott Reese; michael.dudick@yahoo.com
**Subject:** Re: Contact Information
**Date:** Tuesday, May 28, 2024 5:13:19 PM

Noelle
Has the deed been filed yet? Please scan a time stamped copy for the Clifton Park ZBA records.
Many thanks.
Neil Scott Weiner.

On May 9, 2024, at 5:50 AM, Neil Weiner <neil@neilweinerlaw.com> wrote:

Thank you the clarification.
Neil

On May 8, 2024, at 12:35 PM, Noelle Tracy <ntracy@byrnelaw.net> wrote:

Christopher James Dantzler is the only person on the deed. I am sorry below I meant she is not the owner. She is Christophers Aunt.

**Noelle Tracy, Director of Title Services**
LAW OFFICES OF ELIZABETH A. BYRNE LLC
203 Church Street
Saratoga Springs, NY 12866
Direct dial: (518) 557-8029
Fax: (518) 557-8029

PLEASE NOTE: I have a new Direct Dial phone number and Fax number listed in my signature above.

WIRE FRAUD AND EMAIL SCAM NOTICE: We will never send wire instructions or demand you send funds via wire transfer without a specific request from you first. Do not wire any monies unless verbally confirmed with this office at an independent trusted phone number for our office.

---

**From:** Neil Weiner <neil@neilweinerlaw.com>
**Sent:** Wednesday, May 8, 2024 12:11 PM
**To:** Noelle Tracy <ntracy@byrnelaw.net>
**Cc:** Scott Reese <SReese@cliftonpark.org>; michael.dudick@yahoo.com
**Subject:** Re: Contact Information

Noelle
If Priscilla is , as you state, the owner of the property the deed should reflect her as party of the first part and party of the second part. Of course if there are others who share ownership they all should be named on the deed.

Neil Scott Weiner

On May 8, 2024, at 8:55 AM, Noelle Tracy <ntracy@byrnelaw.net> wrote:

Good Morning,

Priscilla Melina is the owner, Christopher James Dantzler's Aunt. She has been working on this due to the fact that the owner, Christopher is out of town for work. I will speak with Christopher and get the deed signed and filed and send you a copy of the filed deed as soon as it is available.

Thank you

**Noelle Tracy, Director of Title Services**
LAW OFFICES OF ELIZABETH A. BYRNE LLC
203 Church Street
Saratoga Springs, NY 12866
Direct dial: (518) 557-8029
Fax: (518) 557-8029

PLEASE NOTE: I have a new Direct Dial phone number and Fax number listed in my signature above.

WIRE FRAUD AND EMAIL SCAM NOTICE: We will never send wire instructions or demand you send funds via wire transfer without a specific request from you first. Do not wire any monies unless verbally confirmed with this office at an independent trusted phone number for our office.

---

**From:** Neil Weiner <neil@neilweinerlaw.com>
**Sent:** Wednesday, May 8, 2024 8:51 AM
**To:** Noelle Tracy <ntracy@byrnelaw.net>
**Cc:** Scott Reese <sreese@cliftonpark.org>; michael.dudick@yahoo.com
**Subject:** Re: Contact Information

Noelle
 Your proposed deed is fine subject to my inquiry below. When the deed is recorded please scan a date stamped copy to me. I will then notify Scott Reese that the occupancy permit may be issued as far as the Clifton Park ZBA is concerned.
 The application before the ZBA was presented by Priscilla Melina, as an owner of the property yet she is not named on the deed. Please explain and if necessary please prepare a corrected deed.
 Many thanks for your cooperation
Neil

> On May 7, 2024, at 1:47 PM, Neil Weiner <neil@neilweinerlaw.com> wrote:
>
> Neil
>
> Begin forwarded message:
>
>> **From:** Noelle Tracy <ntracy@byrnelaw.net>
>> **Date:** May 7, 2024 at 9:04:59 AM EDT
>> **To:** Neil Weiner <neil@neilweinerlaw.com>
>> **Subject: RE: Contact Information**
>>
>> Neil,
>>
>> Our office has drafted the attached proposed deed. Please let me know if this will satisfy the requirements that you are looking for. I do not want to have the client sign and record a deed until I have confirmation that it is approved.

Thank you

**Noelle Tracy, Director of Title Services**
LAW OFFICES OF ELIZABETH A. BYRNE LLC
203 Church Street
Saratoga Springs, NY 12866
Direct dial: (518) 557-8029
Fax: (518) 557-8029

PLEASE NOTE: I have a new Direct Dial phone number and Fax number listed in my signature above.

WIRE FRAUD AND EMAIL SCAM NOTICE: We will never send wire instructions or demand you send funds via wire transfer without a specific request from you first. Do not wire any monies unless verbally confirmed with this office at an independent trusted phone number for our office.

---

**From:** Noelle Tracy
**Sent:** Thursday, May 2, 2024 9:11 AM
**To:** neil@neilweinerlaw.com
**Subject:** Contact Information

Good Morning,

Per our conversation here is my contact information.

Thank you

**Noelle Tracy, Director of Title Services**
LAW OFFICES OF ELIZABETH A. BYRNE LLC
203 Church Street
Saratoga Springs, NY 12866
Direct dial: (518) 557-8029

Fax: (518) 557-8029

PLEASE NOTE: I have a new Direct Dial phone number and Fax number listed in my signature above.

WIRE FRAUD AND EMAIL SCAM NOTICE: We will never send wire instructions or demand you send funds via wire transfer without a specific request from you first. Do not wire any monies unless verbally confirmed with this office at an independent trusted phone number for our office.