**FILED UNDER SEAL**

# EXHIBIT F

Checks and bank records, as produced by the government

- EDNY_0000199484 (JPMorgan Chase account statement, September 2020 — checks paid)
- EDNY_0000199531 (check no. 619 to Meiqiao LLC, Sept. 11, 2020)
- EDNY_0000199532 (check no. 620 to Meiqiao LLC, Sept. 11, 2020)
- EDNY_0000193567–76 (deed and recording for 946 St. Nicholas Avenue)
- EDNY_0000045707 (Watchforce Security Services Inc. checks nos. 101, 102 and 105, with reverses)

CHASE

September 01, 2020 through September 30, 2020
Account Number: **000000595503233**

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 548 * ^ | | 09/02 | 6,000.00 |
| 573 * ^ | | 09/21 | 2,000.00 |
| 577 * ^ | | 09/03 | 3,460.83 |
| 578 ^ | | 09/03 | 331.25 |
| 579 ^ | | 09/01 | 790.00 |
| 583 * ^ | | 09/02 | 840.00 |
| 584 ^ | | 09/15 | 239.80 |
| 585 ^ | | 09/01 | 990.00 |
| 586 ^ | 09/01 | 09/01 | 630.00 |
| 587 ^ | | 09/11 | 300.00 |
| 588 ^ | | 09/03 | 1,500.00 |
| 590 * ^ | | 09/08 | 693.34 |
| 591 ^ | | 09/08 | 1,942.83 |
| 592 ^ | | 09/11 | 883.76 |
| 593 ^ | | 09/11 | 914.10 |
| 594 ^ | | 09/16 | 13.99 |
| 595 ^ | | 09/16 | 2,366.00 |
| 596 ^ | | 09/08 | 3,713.58 |
| 597 ^ | | 09/04 | 1,025.00 |
| 598 ^ | | 09/10 | 210.00 |
| 599 ^ | | 09/04 | 288.27 |
| 600 ^ | | 09/11 | 135.00 |
| 601 ^ | | 09/29 | 36.69 |
| 602 ^ | | 09/14 | 160.10 |
| 603 ^ | | 09/11 | 499.50 |
| 604 ^ | | 09/11 | 79.64 |
| 605 ^ | | 09/15 | 795.00 |
| 606 ^ | | 09/10 | 630.00 |
| 607 ^ | 09/11 | 09/11 | 690.00 |
| 608 ^ | | 09/14 | 100.00 |
| 609 ^ | | 09/15 | 12,000.00 |
| 610 ^ | | 09/11 | 8,845.00 |
| 611 ^ | | 09/11 | 450.00 |
| 613 * ^ | | 09/16 | 1,750.00 |
| 614 ^ | | 09/16 | 720.00 |
| 616 * ^ | | 09/11 | 840.00 |
| 617 ^ | | 09/14 | 53.29 |
| 618 ^ | | 09/21 | 162.04 |
| 619 ^ | | 09/14 | 103,600.00 |
| 620 ^ | | 09/14 | 84,000.00 |
| 621 ^ | | 09/15 | 92,575.00 |
| 622 ^ | | 09/16 | 315.00 |
| 623 ^ | 09/16 | 09/16 | 640.00 |
| 624 ^ | | 09/25 | 17,921.00 |
| 625 ^ | | 09/25 | 815.66 |
| 626 ^ | | 09/25 | 17,921.00 |
| 627 ^ | | 09/25 | 815.66 |
| 628 ^ | | 09/25 | 5,850.00 |
| 629 ^ | | 09/25 | 5,850.00 |
| 630 ^ | | 09/25 | 47.39 |

10986640402000000064

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

Exodus Transitional Community, Inc.
2271 3rd Avenue 2nd Floor
New York, NY 10035
917-492-0990

JP Morgan Chase

619

Date: 09/11/2020

Pay One Hundred Three Thousand Six Hundred dollars

$103,600.00

Pay to the Order of Meiqiao LLC
61-27 186th Street
Fresh Meadows, NY 11365
United States

⑈000619⑈ ⑆021000021⑆ 595503233⑈

DocuGard 04501 – 11 Security Features

- DocuGard checks are Check-21 compliant
- Prints "VOID" on front when duplicated
- Patterned background highlights erasure alterations
- Security warning is printed on front of check
- Watermark on back can be seen when check is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Check verification number is part of the watermark
- Microtext print contains the DocuGard name and is difficult to copy
- Anti-splice backer deters splicing of information
- Endorsement area prints "VOID" when duplicated
- Security Features Box lists tamper-resistant attributes

**Absence of any of these features may indicate alteration.**

Padlock icon is a registered mark of the Check Payment Systems Association

Scratch box for verification number

09142020 050005000925090 122203950

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

ENDORSE CHECK HERE

X Meiqiao LLC
A/C # 508129996

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

Exodus Transitional Community, Inc.
2271 3rd Avenue 2nd Floor
New York, NY 10035
917-492-0990

JP Morgan Chase

620

Date: 09/11/2020

Pay Eighty Four Thousand dollars

$84,000.00

Pay to the Order of Meiqiao LLC
61-27 186th Street
Fresh Meadows, NY 11365
United States

⑈000620⑈ ⑆021000021⑆ 595503233⑈

DocuGard 04501 – 11 Security Features
- DocuGard checks are Check-21 compliant
- Prints "VOID" on front when duplicated
- Patterned background highlights erasure alterations
- Security warning is printed on front of check
- Watermark on back can be seen when check is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Check verification number is part of the watermark
- Microtext print contains the DocuGard name and is difficult to copy
- Anti-splice backer deters splicing of information
- Endorsement area prints "VOID" when duplicated
- Security Features Box lists tamper-resistant attributes

Scratch box for verification number

**Absence of any of these features may indicate alteration.**

Padlock icon is a registered mark of the Check Payment Systems Association

09142020 050005000925080 122203950

ENDORSE CHECK HERE

X Meiqiao LLC
A/c # 508129996

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2022091900715001001E80EE

## RECORDING AND ENDORSEMENT COVER PAGE



**Document ID: 2022091900715001** Document Date: 09-16-2022 Preparation Date: 09-19-2022
Document Type: DEED
Document Page Count: 4

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| SEASON ABSTRACT INC<br>81-05 QUEENS BLVD, SUITE 2M<br>SA22-1647-NY<br>ELMHURST, NY 11373<br>718-559-0830<br>RECORDINGS@SEASONABSTRACTINC.COM | JEANNE C. MATASE, ESQ.<br>PRYOR CASHMAN LLC<br>7 TIMES SQUARE<br>NEW YORK, NY 10036-6569 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 2108 | 8 Entire Lot | | 946 ST. NICHOLAS AVE |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

CRFN________ *or* DocumentID________ *or* ________ Year_____ Reel____ Page_____ *or* File Number__________

### PARTIES

| **GRANTOR/SELLER:** | **GRANTEE/BUYER:** |
|---|---|
| GAVARTINS 37TH STREET CORP.<br>225 WEST 29TH STREET<br>NEW YORK, NY 10001 | NICHOLAS MANAGEMENT INC.<br>946 ST. NICHOLAS AVE<br>NEW YORK, NY 10032 |

### FEES AND TAXES

**Mortgage :**

| | | |
|---|---|---|
| Mortgage Amount: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 |
| Exemption: | | |
| TAXES: County (Basic): | $ | 0.00 |
| City (Additional): | $ | 0.00 |
| Spec (Additional): | $ | 0.00 |
| TASF: | $ | 0.00 |
| MTA: | $ | 0.00 |
| NYCTA: | $ | 0.00 |
| Additional MRT: | $ | 0.00 |
| TOTAL: | $ | 0.00 |
| Recording Fee: | $ | 57.00 |
| Affidavit Fee: | $ | 0.00 |

| | | |
|---|---|---|
| Filing Fee: | $ | 125.00 |
| NYC Real Property Transfer Tax: | $ | 18,774.38 |
| NYS Real Estate Transfer Tax: $5,270.00 + $13,175.00 = | $ | 18,445.00 |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed 09-21-2022 12:06
City Register File No.(CRFN):
**2022000365204**

Annette M. Hill

***City Register Official Signature***

# BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS (CORPORATION)

**FORM 8002 (short version), FORM 8007 (long version)**

CAUTION: THIS AGREEMENT SHOULD BE PREPARED BY AN ATTORNEY AND REVIEWED BY ATTORNEYS FOR SELLER AND PURCHASER BEFORE SIGNING.

***THIS INDENTURE,*** made as of September 16 , 2022 between **GAVARTINS 37TH STREET CORP. a New York business corporation with an address at 225 West 29th Street, New York NY 10001,** hereinafter referred to as the party of the first part; and **NICHOLAS MANAGEMENT INC., a New York business corporation with an address at 946 St. Nicholas Avenue, New York NY 10032,** party of the second part;

***WITNESSETH,*** that the party of the first part, in consideration of Ten Dollars and No Cents ($10.00), lawful money of the United States and other good and valuable consideration, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever;

ALL that certain plot, piece or parcel of land, situate lying and being in the Borough of Manhattan, City, County and State of New York, together with the buildings and improvements thereon erected, more particularly bounded and described as follows:

BEGINNING at a point on the easterly side of St. Nicholas Avenue distant along the same 64 feet 10 inches southwardly from the point of intersection of the said easterly line of St. Nicholas Avenue with the southerly line of West 158th Street;

RUNNING THENCE easterly, part of the way through a party wall, 55 feet and 5/8ths of an inch to the land of the late John Creeden;

THENCE southwardly along the same, and in a line at right angles to West 158th Street, 18 feet;

THENCE westerly parallel with West 158th Street, part of the way through a party wall, 50 feet and one inch to the easterly side of St. Nicholas Avenue;

THENCE northwardly along the same, 18 feet and 8 inches to the point or place of BEGINNING.

SAID PREMISES being known as and by the street address **946 St. Nicholas Avenue, New York NY 10032,**

BEING AND INTENDED TO BE the same premises described in a deed dated September 13, 2013 and filed in the Office of the City Register on September 27, 2013 under CRFN 2013000400933.

***TOGETHER*** with all right, title and interest of, in and to any streets and roads abutting the above-described premises, to the center line thereof,

***TOGETHER*** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

***TOGETHER*** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,


© 2009 Matthew Bender & Co., a member of the LexisNexis Group.

***TO HAVE AND TO HOLD*** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

***AND*** the party of the first part, covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

***THIS CONVEYANCE*** has been authorized by the unanimous consent of the Board of Directors and Shareholders of the party of the first part.

***AND*** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

GAVARTINS 37TH STREET CORP.

By:____________ .. ____________________

Rafael Gavartin President

Acknowledgment

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

On the 16th day of September, 2022, before me, the undersigned, personally appeared RAFAEL GAVARTIN, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacities, and that by their signatures on the instrument, the individuals, or the persons upon behalf of which the individual acted, executed the instrument.

____________________
Notary Public

ZIQI LIU
Notary Public - State of New York
No. 02ZI6408441
Qualified in Queens County
My Commission Expires 08/31/2024


© 2009 Matthew Bender & Co., a member of the LexisNexis Group.

*Deed*

To

**Section**
**Block 2108**
**Lot 8**
**County of New York**
**Street Address 946 St. Nicholas Avenue**
**New York NY 10032**

**Return By Mail To:**

Jeanne C. Matase, Esq.
Pryor Cashman LLC
7 Times Square
New York NY 10036-6569

**Reserve This Space For Use Of Recording Office**


© 2009 Matthew Bender & Co., a member of the LexisNexis Group.

***AmTrust Title Insurance Company (An AmTrust Financial Company)***

Title Number: **SA22-1647**-NY
Page **1**

**SCHEDULE A DESCRIPTION**

ALL that certain plot piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of St. Nicholas Avenue distant along the same 64 feet and 10 inches southwardly from the point of intersection of the said easterly line of St. Nicholas Avenue with the southerly line of West 158th Street;

RUNNING THENCE easterly, part of the way through a party wall, 55 feet and $5/8^{th}$ of an inch to the land of the late John Creeden;

THENCE southwardly along the same and in a line at right angles to West 158th Street, 18 feet;

THENCE westerly parallel with West 158th Street, part of the way through a party wall, 50 feet and 1 inch to the easterly side of St. Nicholas Avenue;

THENCE northwardly along the same 18 feet and 8 inches to the point or place of BEGINNING.

Block: 2108 Lot: 8

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2022091900715001001S4E6F

**SUPPORTING DOCUMENT COVER PAGE** **PAGE 1 OF 1**

**Document ID: 2022091900715001** Document Date: 09-16-2022 Preparation Date: 09-19-2022
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2022090500046

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

# Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

(1) Property receiving service: BOROUGH: MANHATTAN BLOCK: 2108 LOT: 8

(2) Property Address: 946 ST. NICHOLAS AVE, NEW YORK, NY 10032

(3) Owner's Name: NICHOLAS MANAGEMENT INC.

Additional Name:

## Affirmation:

☑ Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

**Please Note:**

**A.** Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

**B.** Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: Nicholas Management Inc.

Signature: ______________________ Date (mm/dd/yyyy) 09/16/2022

Name and Title of Person Signing for Owner, if applicable: Tian Xu, Secretary

BCS-/CRF-ACRIS REV. 8/08

2022090500046101

FOR CITY USE ONLY
C1. County Code | | C2. Date Deed Recorded | / / | Month Day Year
C3. Book | | C4. Page | |
OR
C5. CRFN | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
# RP - 5217NYC

**PROPERTY INFORMATION**

1. Property Location: 946 (STREET NUMBER) | ST. NICHOLAS AVE (STREET NAME) | MANHATTAN (BOROUGH) | 10032 (ZIP CODE)

2. Buyer Name: NICHOLAS MANAGEMENT INC. (LAST NAME / COMPANY) | (FIRST NAME)
(LAST NAME / COMPANY) | (FIRST NAME)

3. Tax Billing Address — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) | (LAST NAME / COMPANY) | (FIRST NAME)
(STREET NUMBER AND STREET NAME) | (CITY OR TOWN) | (STATE) | (ZIP CODE)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: 19 (FRONT FEET) X 50 (DEPTH) OR (ACRES)

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

8. Seller Name: GAVARTINS 37TH STREET CORP. (LAST NAME / COMPANY) | (FIRST NAME)
(LAST NAME / COMPANY) | (FIRST NAME)

9. Check the box below which most accurately describes the use of the property at the time of sale:

- A ☑ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Commercial
- F ☐ Apartment
- G ☐ Entertainment / Amusement
- H ☐ Community Service
- I ☐ Industrial
- J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: 3 / 15 / 2022 (Month Day Year)

11. Date of Sale / Transfer: 9 / 16 / 2022 (Month Day Year)

12. Full Sale Price $ 1,317,500

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale: 

14. Check one or more of these conditions as applicable to transfer:

- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ☑ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: A, 9

16. Total Assessed Value (of all parcels in transfer): 39,812

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))

MANHATTAN 2108 8 | | 

2022090500004620102

CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

BUYER SIGNATURE — DATE: 09/16/2022

946 ST. NICHOLAS AVE

STREET NUMBER — STREET NAME (AFTER SALE)

NEW YORK — NY — 10032

CITY OR TOWN — STATE — ZIP CODE

**BUYER'S ATTORNEY**

LAST NAME — FIRST NAME

AREA CODE — TELEPHONE NUMBER

**SELLER**

SELLER SIGNATURE — DATE: 09/16/2022

2022090500046201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York
County of New York } SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

946 ST. NICHOLAS AVE
Street Address Unit/Apt.

MANHATTAN (Borough) New York, 2108 (Block) 8 (Lot) (the "Premises");

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| | |
|---|---|
| Guardian 37th Street Corp | Nicholas Management Inc. |
| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
| [signature] President | [signature] |
| Signature of Grantor | Signature of Grantee |
| Sworn to before me this 16th day of September 20 22 | Sworn to before me this 16th day of September 20 22 |
| ZIQI LIU<br>Notary Public - State of New York<br>No. 02ZI6408441<br>Qualified in Queens County<br>My Commission Expires 08/31/20 24 [signature] | ZIQI LIU<br>Notary Public - State of New York<br>No. 02ZI6408441<br>Qualified in Queens County<br>My Commission Expires 08/31/20 24 [signature] |

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2022090500046101

Created: 11/16/2022 11:16:01 AM
Page 1 of 2

WATCHFORCE SECURITY SERVICES INC 102
50-7365/2214
9/17/21 Date
Pay to the Order of Metropolitan Life Insurance Company $ 20,000.00
Twenty Thousand Dollars
Bethpage Federal Credit Union
For Loan payoff 0784003277
⑆221473652⑆0009993692566⑈00102

9/24/2021 ItmNbr 40221120 Chk #102 Amt $20,000.00

00000 0890807 00001 0020
09-23-2021 BNYMELLON
CRED TO PAYEE
ABS END GUAR
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

Back of 9/24/2021 ItmNbr 40221120 Chk #102 Amt $20,000.00

WATCHFORCE SECURITY SERVICES INC 101
50-7365/2214
8/14/21 Date
Pay to the Order of Fifth Third Bank NA $ 25,000.00
Twenty Five Thousand Dollars
Bethpage Federal Credit Union
For 0803118272
⑆221473652⑆0009993692566⑈00101

8/23/2021 ItmNbr 30242270 Chk #101 Amt $25,000.00

00082021 000045 098 478133 Deposit Only
0000000803118272 10674503 Credit to Account
25000.00 of within named payee without
049 Dyn Prejudice FifthThirdBankNA>042000314<

Back of 8/23/2021 ItmNbr 30242270 Chk #101 Amt $25,000.00

WATCHFORCE SECURITY SERVICES INC 105
50-7365/2214
8/14/21 Date
Pay to the Order of Wells Fargo Home Mortgage $ 31,000.00
Thirty One Thousand Dollars
Bethpage Federal Credit Union
For #0209432061
⑆221473652⑆0009993692566⑈00105

8/25/2021 ItmNbr 40110730 Chk #105 Amt $31,000.00

CREDITED TO THE ACCT OF THE NAMED PAYEE-W/O PREJUDICE WELLS FARGO BANK N.A.
Acct.: 0117420723
Box_Num: 105632
ELECTRONICALLY DEPOSITED 20210824
Date: 20210824
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Back of 8/25/2021 ItmNbr 40110730 Chk #105 Amt $31,000.00

WATCHFORCE SECURITY SERVICES INC 109
50-7365/2214
12/31/2021 Date
Pay to the Order of Cloudtelli LLC $ 60,000.00
Sixty Thousand and 00/100 Dollars
Bethpage Federal Credit Union
For
⑆221473652⑆0009993692566⑈00109

1/4/2022 ItmNbr 30352750 Chk #109 Amt $60,000.00

20220103 005100734375 06000235
20220103 005100734375 06000235004
Cloudtelli LLC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

Back of 1/4/2022 ItmNbr 30352750 Chk #109 Amt $60,000.00

WATCHFORCE SECURITY SERVICES INC 108
50-7365/2214
12/30/2021 Date
Pay to the Order of SAFEXIM INTERNATIONAL $ 70,000.00
Seventy Thousands and only Dollars
Bethpage Federal Credit Union
For
⑆221473652⑆0009993692566⑈00108

12/31/2021 ItmNbr 30050570 Chk #108 Amt $70,000.00

221473652 00108
0009993692566
WATCHFORCE SECURITY SERVICES INC
Security Features exceed industry standards and include:
• ImageMatch: Matching account and check number on back
• MobileMark: Mobile Deposit check mark to indicate check has been deposited via mobile device
• The Security Weave: pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words ORIGINAL DOCUMENT across the back
• Photo Safe Deposit icon visible on front and back
Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back
Safexim International
4830 7969 3487
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Back of 12/31/2021 ItmNbr 30050570 Chk #108 Amt $70,000.00