**FILED UNDER SEAL**

# EXHIBIT J

Correspondence of March 21 through May 13, 2025 concerning privileged material on Mr. Medina's devices

- Emails titled “Medina - Privilege Terms,” March 21 – April 7, 2025
- Email of AUSA Silverberg to counsel for all defendants, April 30, 2025, “25-CR-054 - Discovery”
- The government's discovery letter of May 13, 2025

**From:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Sent:** Monday, April 7, 2025 6:01 PM
**To:** Lynn Neils <lneils@ekljnlaw.com>
**Cc:** Arfa, Meredith (USANYE) <Meredith.Arfa@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** RE: Medina - Privilege Terms

**CAUTION:** WARNING -- EXTERNAL EMAIL

Lynn,

Thank you very much for sending.

Eric

---

**From:** Lynn Neils <lneils@ekljnlaw.com>
**Sent:** Monday, April 7, 2025 4:16 PM
**To:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Cc:** Arfa, Meredith (USANYE) <Meredith.Arfa@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** [EXTERNAL] RE: Medina - Privilege Terms

Eric, as requested I have listed the names and email addresses of the lawyers with whom my client, and/or Exodus, worked or consulted. As you will see, I worked with Julio Medina and Exodus in my prior firm, Foley Hoag, as well, so I am including my current email

address, as well as my old email address at Foley Hoag. I have also included below other names of lawyers from Foley Hoag, as well as Pillsbury. I have also included the name of one in-house lawyer at Exodus, Danielle Rosario. Let me know if you have any questions. Thanks.

Neils, Lynn – lneils@foleyhoag.com and lneils@ekljnlaw.com
Gross, James – jgross@foleyhoag.com
Bergara, Nicholas – nbergara@foleyhoag.com
Cato, Shayonna – scato@foleyhoag.com

Rowan, Sarah-- sarah.rowan@pillsburylaw.com
Beckerman, Brian L.-- brian.beckerman@pillsburylaw.com
Jean, Joseph D-- joseph.jean@pillsburylaw.com
Kiburtz, Jeff-- jeff.kiburtz@pillsburylaw.com
Donoghue, Richard -- richard.donoghue@pillsburylaw.com

Rosario, Danielle -- drosario@etcny.org

---

**From:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 6:03 PM
**To:** Lynn Neils <lneils@ekljnlaw.com>
**Cc:** Arfa, Meredith (USANYE) <Meredith.Arfa@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** Re: Medina - Privilege Terms

**CAUTION:** WARNING -- EXTERNAL EMAIL

Thanks

Get Outlook for iOS

---

**From:** Lynn Neils <lneils@ekljnlaw.com>
**Sent:** Wednesday, March 26, 2025 6:02:10 PM
**To:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Cc:** Arfa, Meredith (USANYE) <Meredith.Arfa@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** [EXTERNAL] RE: Medina - Privilege Terms

Sorry. Will get those to you ASAP. Thanks.

---

**From:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>

**Sent:** Wednesday, March 26, 2025 5:51 PM
**To:** Lynn Neils <lneils@ekljnlaw.com>
**Cc:** Arfa, Meredith (USANYE) <Meredith.Arfa@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** Re: Medina - Privilege Terms

**CAUTION:** WARNING -- EXTERNAL EMAIL

Lynn,

Sorry for not raising this on our call but just wanted to circle back on privilege terms.

Thanks,
Eric

Get Outlook for iOS

---

**From:** Silverberg, Eric (USANYE)
**Sent:** Friday, March 21, 2025 5:12:00 PM
**To:** Lynn Neils <lneils@ekljnlaw.com>
**Cc:** Arfa, Meredith (USANYE) <Meredith.Arfa@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** Medina - Privilege Terms

Lynn,

As part of our investigation, we have obtained electronic devices/accounts related to your client. Out of an abundance of caution, can you please provide us with a list of any attorneys with whom he or his corporate entities had a privileged relationship?

Thanks,

Eric Silverberg
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Office: (718) 254-6365 | Cell: (347) 528-3863
eric.silverberg@usdoj.gov

## 25-CR-054 - Discovery

**From:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Sent:** Wednesday, April 30, 2025 3:09 PM
**To:** Lynn Neils <lneils@ekljnlaw.com>; Benjamin Brafman <BBrafman@braflaw.com>; Sam Talkin <samt@talkinlaw.com>
**Cc:** Arfa, Meredith (USANYE) <Meredith.Arfa@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Roth, Rebecca (USANYE) [Contractor] <Rebecca.Roth@usdoj.gov>; Kannan, Kavya (USANYE) [Contractor] <Kavya.Kannan@usdoj.gov>
**Subject:** 25-CR-054 - Discovery

CAUTION: WARNING -- EXTERNAL EMAIL
Hi all,

We intend to produce forensic copies of all of the defendants' devices to each of you in the next production. Please let us know if you have any objections. Otherwise, please send us a 3 TB hard drive to be used for the production. The hard drives can be addressed to either one of our paralegals, Rebecca Roth or Kavya Kannan, copied here.

Thanks,
Eric

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EWS/SMS
F. #2021R00664

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 13, 2025

By USAFX

Lynn A Neils, Esq.
Elliott Kwok Levine Jaroslaw Neils LLP
One Grand Central Place
60 East 42nd Street
Suite 1570
New York, NY 10165
646-334-4754
Email: lneils@ekljnlaw.com
*Counsel for Julio Medina*

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts LLP
40 Exchange Place
18th Floor
New York, NY 10005
212-482-0007
Fax: 212-482-1303
Email: samt@talkinlaw.com
*Counsel for Christopher Dantzler*

Benjamin Brafman, Esq.
Brafman & Associates, P.C.
256 Fifth Avenue
Ste 2nd Floor
New York, NY 10001
212-750-7800
Email: bbrafman@braflaw.com
*Counsel for Weihong Hu*

Re: United States v. Julio Medina, et.al
Criminal Docket No. 25-54 (RPK)

Dear Counsel:

The government has produced the following discovery material on USAFX in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production includes a re-production EDNY_0000000001, records obtained from the Mayor's Office of Criminal Justice. This production also consists of records obtained from third-party individuals, bearing Bates numbers EDNY_0000127166-EDNY_0000127167, as well as AT&T records, bearing bates numbers EDNY_0000127168-EDNY_0000143279. This production supplements the government's earlier productions and is made pursuant to the terms of the Protective Order

entered in this matter on April 11, 2025. See ECF 35. The government requests reciprocal discovery from the defendants.

Additionally, further to our email dated April 30, 2025, if you have not already done so, please provide us with a hard drive containing at least 3 terabytes (TB) of storage space so we can produce copies of electronic devices recovered during the course of the government's investigation.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Meredith A. Arfa
Eric Silverberg
Sean M. Sherman
Assistant U.S. Attorneys
(718) 254-6025 / 6365 / 6262

Enclosures