**FILED UNDER SEAL**

# EXHIBIT K

The government's discovery and production letters of May 28, August 14 and October 30, 2025

- Letter of May 28, 2025
- Letter of August 14, 2025
- Letter of October 30, 2025

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EWS/SMS
F. #2021R00664

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 28, 2025

By Hard-Drive

Lynn A Neils, Esq.
Elliott Kwok Levine Jaroslaw Neils LLP
One Grand Central Place
60 East 42nd Street
Suite 1570
New York, NY 10165
646-334-4754
Email: lneils@ekljnlaw.com
*Counsel for Julio Medina*

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts LLP
40 Exchange Place
18th Floor
New York, NY 10005
212-482-0007
Fax: 212-482-1303
Email: samt@talkinlaw.com
*Counsel for Christopher Dantzler*

Benjamin Brafman, Esq.
Brafman & Associates, P.C.
256 Fifth Avenue
Ste 2nd Floor
New York, NY 10001
212-750-7800
Email: bbrafman@braflaw.com
*Counsel for Weihong Hu*

Re: United States v. Julio Medina, et. al
Criminal Docket No. 25-54 (RPK)

Dear Counsel:

Enclosed please find discovery material on a flash drive in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production supplements the government's earlier productions and is made pursuant to the terms of the Protective Order entered in this

matter on April 11, 2025. See ECF 35. The government requests reciprocal discovery from the defendants.

| Description | Bates Nos. |
|---|---|
| FBI 302 and video footage related to Mercedes Benz bearing NY license plate KSX-3695 | EDNY_0000143280-EDNY_0000143280 |
| Records obtained from third-party individuals | EDNY_0000143284- EDNY_0000143491 |
| Lyft Records | EDNY_0000143492-EDNY_0000143500 |
| MTA Records | EDNY_0000143501-EDNY_0000143519 |
| New York City Mayor's Office Records | EDNY_0000143520- EDNY_0000143520 |
| Verizon Records | EDNY_0000143521-EDNY_0000143545 |
| AT&T Tower Search Records | EDNY_0000143546-EDNY_0000144370 |
| Cellebrite Extraction and Report for device associated with cell phone number 929-461-0110 | SENSITIVE_EDNY_0000144371- SENSITIVE_EDNY_0000144371 |
| Cellebrite Extraction and Report for device associated with cell phone number 347-603-2374 | SENSITIVE_EDNY_0000144372- SENSITIVE_EDNY_0000144372 |
| Cellebrite Extraction and Report for device associated with cell phone number 718-258-7888 | SENSITIVE_EDNY_0000144373- SENSITIVE_EDNY_0000144373 |
| Cellebrite Extraction and Report for device associated with cell phone number 718-552-7799 | SENSITIVE_EDNY_0000144374- SENSITIVE_EDNY_0000144374 |
| Cellebrite Extraction and Report for device associated with cell phone number 347-539-7348 | SENSITIVE_EDNY_0000144375- SENSITIVE_EDNY_0000144375 |
| Cellebrite Extraction and Report for device associated with cell phone numbers 347-225-2281 & 646-981-8038 | SENSITIVE_EDNY_0000144376- SENSITIVE_EDNY_0000144376 |
| Cellebrite Extraction and Report for device associated with cell phone number 646-319-7618 | SENSITIVE_EDNY_0000144377- SENSITIVE_EDNY_0000144377 |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Meredith A. Arfa
Eric Silverberg
Sean M. Sherman
Assistant U.S. Attorneys
(718) 254-6025 / 6365 / 6262

Enclosures

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA/EWS/SMS
F. #2021R00664

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 14, 2025

By USAfx

Lynn A Neils, Esq.
Elliott Kwok Levine Jaroslaw Neils LLP
One Grand Central Place
60 East 42nd Street
Suite 1570
New York, NY 10165
646-334-4754
Email: lneils@ekljnlaw.com
*Counsel for Julio Medina*

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts LLP
40 Exchange Place
18th Floor
New York, NY 10005
212-482-0007
Fax: 212-482-1303
Email: samt@talkinlaw.com
*Counsel for Christopher Dantzler*

Benjamin Brafman, Esq.
Brafman & Associates, P.C.
256 Fifth Avenue
Ste 2nd Floor
New York, NY 10001
212-750-7800
Email: bbrafman@braflaw.com
*Counsel for Weihong Hu*

Re: United States v. Julio Medina, et. al
Criminal Docket No. 25-54 (RPK)

Dear Counsel:

The government has produced the following discovery material on USAFX in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production consists of the follow materials.

| Description | Bates Nos. |
| --- | --- |
| Responsive Cellebrite Report for the device associated with cell phone numbers 646-981-8038 and 347-225-2281 | SENSITIVE_EDNY_0000185756 |
| Best Buy Records | EDNY_0000185757-EDNY_0000185766 |
| Burberry Records | EDNY_0000185767-EDNY_0000185772 |
| Cash App Records | EDNY_0000185773-EDNY_0000185833 |
| Gucci Records | EDNY_0000185834-EDNY_0000185846 |
| Hudson Valley Federal Credit Union Records | EDNY_0000185847-EDNY_0000186055 |
| License Plate Reader Records | EDNY_0000186056-EDNY_0000186076 |
| Panera Bread Records | EDNY_0000186077-EDNY_0000186083 |
| T-Mobile Records | EDNY_0000186084-EDNY_0000186091 |
| T-Mobile Records Provided Pursuant to Judicially-Authorized Search Warrant, Case No. 25-MC-2964, and Associated Search Warrant Application | EDNY_0000186092-EDNY_0000186097 and SENSITIVE_EDNY_0000186105-SENSITIVE_EDNY_0000186152 |
| Uber Records | EDNY_0000186098-EDNY_0000186099 |
| Verizon Records | EDNY_0000186100-EDNY_0000186104 |

This production supplements the government's earlier productions and is made pursuant to the terms of the Protective Order entered in this matter on April 11, 2025. See ECF 35. The government requests reciprocal discovery from the defendants. If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Meredith A. Arfa
Eric W. Silverberg
Sean M. Sherman
Assistant U.S. Attorneys
(718) 254-6025 / 6365 / 6262

Enclosures

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA/EWS/SMS
F. #2021R00664

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 30, 2025

By FedEx

Lynn A Neils, Esq.
Elliott Kwok Levine Jaroslaw Neils LLP
One Grand Central Place
60 East 42nd Street
Suite 1570
New York, NY 10165
646-334-4754
Email: lneils@ekljnlaw.com
*Counsel for Julio Medina*

password:
2025_edny_MEDINA

Re: United States v. Julio Medina, et. al
Criminal Docket No. 25-54 (RPK)

Dear Counsel:

The government has produced the following discovery material on a hard drive in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

| | |
|---|---|
| Responsive Cellebrite Report for the device associated with cell phone number 718-552-7779 Hu #1 | SENSITIVE_EDNY_0000186154 |
| AT&T Records | EDNY_0000186155 - EDNY_0000192338 |
| Madison Liquidators Records | EDNY_0000192339 - EDNY_0000192357 |
| Office Furniture 2 Go Records | EDNY_0000192358 - EDNY_0000192365 |
| Renegade Furniture Records | EDNY_0000192366 - EDNY_0000192379 |

| Description | Bates No. |
|---|---|
| Responsive Cellebrite Report for the device associated with cell phone number 646-319-7618 Medina Primary | SENSITIVE_EDNY_0000192380 |
| Responsive Cellebrite Report with the Translation Feature for the device associated with cell phone number 718-258-7888 Hu #2 | SENSITIVE_EDNY_0000192381 |
| Responsive Cellebrite Report with the Translation Feature for the device associated with cell phone number 718-552-7799 Hu #1 | SENSITIVE_EDNY_0000192382 |

This production supplements the government's earlier productions and is made pursuant to the terms of the Protective Order entered in this matter on April 11, 2025. See ECF 35. The government requests reciprocal discovery from the defendants. If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Meredith A. Arfa
Eric Silverberg
Sean M. Sherman
Assistant U.S. Attorneys
(718) 254-6025 / 6365 / 6262

Enclosures