**FILED UNDER SEAL**

# EXHIBIT L

Correspondence of August 13 through September 25, 2026 concerning privileged material on Mr. Medina's devices

- Pages 2–8: the "Privileged Communications — Urgent" thread, Aug. 13 to Aug. 28, 2026
- Pages 9–19: the "Medina et al — Clawback Request" thread, Aug. 13 to Sept. 25, 2026

**Friday, September 25, 2026 at 17:54:54 Eastern Daylight Time**

**Subject:** RE: Privileged Communications -- Urgent
**Date:** Friday, August 28, 2026 at 11:05:37 AM Eastern Daylight Time
**From:** Zuckerwise, Laura (USANYE)
**To:** Lynn Neils, Grace Gill
**CC:** Sherman, Sean (USANYE), Silverberg, Eric (USANYE)

**CAUTION:** WARNING -- EXTERNAL EMAIL

Lynn,

We would like to leave open the possibility of continuing our discussions about producing an extraction of the full device, with filtered items removed. Whether or not we ultimately make such a production has no bearing on your waiver of privilege, which is the subject of the 502(d) order, so we would object to an order containing such language as it really goes beyond the scope of the order. Nevertheless, we understand that you would object to a production of an extraction of the full device, and we will not make it without giving you an opportunity to first seek relief from the Court.

We don't agree that it is our responsibility to claw back the produced materials, but we would be glad to follow up with Ben on our prior email.

Regards,

Laura Zuckerwise
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6204 (O)
(917) 588-7385 (C)
Laura.Zuckerwise@usdoj.gov

---

**From:** Lynn Neils <lneils@eljnlaw.com>
**Sent:** Thursday, August 27, 2026 9:23 AM
**To:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>; Grace Gill <ggill@eljnlaw.com>
**Cc:** Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Subject:** [EXTERNAL] RE: Privileged Communications -- Urgent

Thanks, Laura. I think we can work with your draft, but we have one big concern. Your proposed stipulation and order seems to suggest, or leave open, the possibility of you reproducing a forensic image of our client's phones with redactions for privilege to our co-defendants. To be clear, we would object to doing that, and we would want to include in the order a sentence that you will not be producing a full forensic image of his phones, but only those communications/documents/data on those phones that you believe fall within

Rule 16 and/or constitute Brady/Giglio material. If that works for you, we can revise accordingly and send it back to you. Also, given that you are responsible for clawing back the materials, can you follow up with Ben? I think it is better if it comes from you than from us. Let us know. Thanks! Lynn

| ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP

**Lynn A. Neils**
lneils@eljnlaw.com
Direct: +1 (646) 585-6859 | Mobile: +1 (646) 334-4754
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510 | http://www.eljnlaw.com/

---

**From:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Sent:** Wednesday, August 26, 2026 10:39 AM
**To:** Lynn Neils <lneils@eljnlaw.com>; Grace Gill <ggill@eljnlaw.com>
**Cc:** Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Subject:** RE: Privileged Communications -- Urgent

**CAUTION:** WARNING -- EXTERNAL EMAIL

Lynn,

Please see attached a new version of your proposed order incorporating our changes. We would not object to the attached, which is formatted as an order (not a stipulation). I have not heard from Ben Branfman.

Thank you,

Laura Zuckerwise
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6204 (O)
(917) 588-7385 (C)
Laura.Zuckerwise@usdoj.gov

---

**From:** Lynn Neils <lneils@eljnlaw.com>
**Sent:** Friday, August 21, 2026 6:38 PM
**To:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Grace Gill <ggill@eljnlaw.com>
**Cc:** Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Zuckerwise, Laura (USANYE)

<Laura.Zuckerwise@usdoj.gov>
**Subject:** [EXTERNAL] RE: Privileged Communications -- Urgent

Can you please advise as to what you object to and what you will agree to in the proposed Rule 502(d) order? If you have suggested changes, we will consider. We just need to get something to the judge ASAP to avoid there being a suggestion of waiver of Mr. Medina's privilege. We saw that Sam Talkin agreed to delete the forensic copy of our client's phones with the privileged materials. Did you hear from Ben Brafman? Please let us know. Thanks.

| ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP

**Lynn A. Neils**
lneils@eljnlaw.com
Direct: +1 (646) 585-6859 | Mobile: +1 (646) 334-4754
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510 | http://www.eljnlaw.com/

---

**From:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Sent:** Friday, August 21, 2026 5:14 PM
**To:** Lynn Neils <lneils@eljnlaw.com>; Grace Gill <ggill@eljnlaw.com>
**Cc:** Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Subject:** RE: Privileged Communications -- Urgent

**CAUTION:** WARNING -- EXTERNAL EMAIL

Hi Lynn,

We employed an appropriate filter process and, to our knowledge, the case team has not reviewed privileged materials. We are not aware of authority requiring us to describe that process to you, and your email does not cite to any such case, statute, or rule. If you are aware of any such authority, we invite you to share it with us so that we can consider it.

We take no position on whether you make a motion for a Rule 502(d) order. That said, we disagree with several of the characterizations and assertions in your proposed stipulation and therefore cannot agree with it—and, indeed, object to it—as written.

Eric Silverberg
Deputy Chief, General Crimes
United States Attorney's Office

Eastern District of New York
271-A Cadman Plaza East
Office: (718) 254-6365 | Cell: (347) 528-3863
eric.silverberg@usdoj.gov

---

**From:** Lynn Neils <lneils@eljnlaw.com>
**Sent:** Thursday, August 20, 2026 5:25 PM
**To:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Grace Gill <ggill@eljnlaw.com>
**Cc:** Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Subject:** [EXTERNAL] RE: Privileged Communications -- Urgent

Eric,

We don't dispute that your April 30, 2025 email advised that the government intended to produce forensic copies of the defendants' devices and invited objections. However, neither that email nor the May 13, 2025 discovery letter states that the images would be produced without privilege review, or alert us to the fact that the forensic images you were proposing sending would contain privileged communications or protected health information. Notice that devices would be produced is not notice that they would be produced unscreened. We provided a list of Mr. Medina's attorneys shortly after his arrest precisely so that the government could screen against it. At the time you invited objections, those devices were in the government's possession, not ours. The screening for privilege was your obligation, and we still have not received an answer to our question about access to those communications by the trial team. Was there a taint AUSA assigned? All of the communications regarding the discovery in this case, including the list of attorneys that I provided for purpose of the privilege screening, were with you, and not a taint AUSA. Please provide us with information as to how the privilege review, if there was one, was undertaken, and who from the prosecution team, if any (including AUSAs and agents) has had access to the unredacted forensic copies of my client's cellphones.

The Protective Order that you cite does not answer the privilege question. It addressed the handling and dissemination of discovery, not privilege. It contains no privilege protocol, no clawback or inadvertent-production provision, and no Rule 502(d) protection. Mr. Medina's agreement to a framework for handling discovery was not an agreement, knowing or otherwise, that his privileged communications would be produced to his co-defendants unscreened, particularly when we had already furnished to you with a list of his attorneys before the Protective Order was signed.

The suggestion that Mr. Medina sat on this issue for fourteen months ignores the production history. The government produced the full set of forensic images first and its responsive materials only afterward, beginning July 29, 2025 and continuing through July 22, 2026. You produced an overwhelming amount of undifferentiated data (namely full forensic images of ten phones and two laptops) and we were not reviewing our client's phones for private or privileged information. It is only recently that we discovered that you had produced, and not redacted, protected attorney client communications and sensitive and protected health information, making those images available to co-counsel and presumptively the trial team.

The scale of the irrelevant information included in those forensic images is obvious when you look at your relevance designations: of the 500.32 GB image from Mr. Medina's primary phone, the government has designated 2.88 GB as responsive (0.58%); and of the 72.83 GB image from his second phone, the government has designated 0.86 GB (1.18%) as responsive. Roughly ninety-nine

percent of each of Mr. Medina's phones was non-responsive by the government's own determinations — and all of it was disseminated to his co-defendants. Rule 16 neither required nor justified that. Full images of Mr. Medina's devices were owed to Mr. Medina under Rule 16(a)(1)(E)(iii), as items obtained from him; the only Rule 16 basis for producing his data to his co-defendants is materiality to their defense or intended use in the government's case-in-chief — and by your own designations, that material amounts to roughly one percent of each device. The other ninety-nine percent of Mr. Medina's private data, including privileged communications and protected health information, went to adverse parties with no rule requiring it. Counsel receiving rolling productions on that schedule and in the manner that you did so cannot reasonably be charged with locating privilege problems inside terabytes of unscreened images that the government itself had apparently not yet reviewed for responsiveness.

You have also indicated to Ben Brafman and Sam Talkin that you will be providing them with another forensic copy of Mr. Medina's two phones with the privileged communications redacted. Please be advised that, given the overwhelming amount of irrelevant and sensitive data, including protected health information of Mr. Medina and others, we do **NOT** consent to you providing replacement forensic copies of our client's phones to our co-defendant's counsel, even if redacted for privilege.

Because we are concerned that your production of privileged communications to co-counsel could constitute a waiver of Mr. Medina's attorney-client privilege, we believe we must make an application to the court for an order under FRE 502. We have attached a proposed order to send to Judge Kovner for your review and consideration.

Happy to jump on a call to discuss any of the above, when you have a few minutes. Best, Lynn and Grace

| ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP

**Lynn A. Neils**
lneils@eljnlaw.com
Direct: +1 (646) 585-6859 | Mobile: +1 (646) 334-4754
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510 | http://www.eljnlaw.com/

---

**From:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Sent:** Thursday, August 13, 2026 3:38 PM
**To:** Lynn Neils <lneils@eljnlaw.com>; Grace Gill <ggill@eljnlaw.com>
**Cc:** Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Subject:** RE: Privileged Communications -- Urgent

**CAUTION:** WARNING -- EXTERNAL EMAIL

Lynn,

Thanks for your email. We were clear at the outset of the case that it was our intention to produce full copies of devices to all defendants. We communicated this by email on April 30, 2025, and again in our discovery letter dated May 13, 2025, and while we invited you before we made the disclosure to let us know if you had any objections, at no time did you object. We therefore respectfully disagree with any suggestion that we did anything improper by producing copies of devices, which were designated as "Sensitive" under the protective order. Nor do we understand why you are first raising this issue more than 14 months after we first produced the devices.

That said, we are happy to email defense counsel to communicate your request to clawback the materials.

Eric Silverberg
Deputy Chief, General Crimes
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Office: (718) 254-6365 | Cell: (347) 528-3863
eric.silverberg@usdoj.gov

---

**From:** Lynn Neils <lneils@eljnlaw.com>
**Sent:** Thursday, August 13, 2026 11:09 AM
**To:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Cc:** Grace Gill <ggill@eljnlaw.com>
**Subject:** [EXTERNAL] Privileged Communications -- Urgent

Eric, Sean and Laura,

We write on an urgent matter. In reviewing the productions that you made, we have come to realize that you produced my client's attorney-client privileged communications to his co-defendant's counsel, in particular communications between me and my client, and it appears as if you, as trial team members, may also have had access to these privileged communications. You have produced full unredacted images of my client's phones, without any redactions for privileged communications or any other potentially sensitive information, including protected health information for my client and others. In connection with the attorney client privileged communications, I provided a list of attorneys soon after my client was arrested and assumed that you would redact for privilege, as required. Instead, you produced these communications to my client's co-defendants' counsel. Mr.

Medina does not, and did not, waive privilege, and specifically reserves, his right to assert any and all privileges. We demand that you claw back all privileged communications from co-counsel, as well as other sensitive information, and document who had access to these privileged communications to date, including on the trial team. Was there a taint AUSA assigned, and if so, who was that? Please get back to us as soon possible. Thanks. Lynn and Grace

| ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP

**Lynn A. Neils**
lneils@eljnlaw.com
Direct: +1 (646) 585-6859 | Mobile: +1 (646) 334-4754
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510 | http://www.eljnlaw.com/

**Friday, September 25, 2026 at 17:52:26 Eastern Daylight Time**

**Subject:** RE: Medina et al - Clawback Request
**Date:** Friday, September 25, 2026 at 3:15:05 PM Eastern Daylight Time
**From:** Zuckerwise, Laura (USANYE)
**To:** Lynn Neils, Grace Gill
**CC:** Silverberg, Eric (USANYE), Sherman, Sean (USANYE), Amzallag, Daniel (USANYE), Rein, Gilbert (USANYE)

**CAUTION:** WARNING -- EXTERNAL EMAIL

Lynn,

We don't have anything to add to our previous correspondence on this subject. If you'd like to discuss by phone, I'm at my desk, and available today until 4pm or between 4:30pm and 5:00pm.

Thank you,

Laura Zuckerwise
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6204 (O)
(917) 588-7385 (C)
Laura.Zuckerwise@usdoj.gov

---

**From:** Lynn Neils <lneils@eljnlaw.com>
**Sent:** Thursday, September 24, 2026 5:29 PM
**To:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>; Grace Gill <ggill@eljnlaw.com>
**Cc:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Amzallag, Daniel (USANYE) <Daniel.Amzallag@usdoj.gov>
**Subject:** [EXTERNAL] RE: Medina et al - Clawback Request

Laura,
We don't agree that the motion as drafted is anything other than what the parties agreed to. On September 11, we asked that the recital about notice and an opportunity to object be removed from the order. We did so because your proposed order took out the statements we had previously included regarding the reasons for our failure to object, including the fact that we had previously provided a list of attorneys to Eric Silverberg and had assumed that any production would be screened against those attorneys' names before being produced. On September 15, you told us you were fine with taking that language out of the proposed order. The motion tracks the agreed upon order. We are not willing, nor is it fair for you to ask us, to put your one-sided recital into the letter motion, or to ask the Court on the government's behalf for leave to respond, when you insisted that our reasons for not objecting be taken out of the proposed order. Again, this is simply a Rule 502(d) order

designed to ensure that the government's production of our client's privileged communications is not deemed a waiver.  We are happy to include a statement in the motion that the government reserves all its rights to respond to any defense motion related to its handling of our client's cellphone data, and, by agreeing to the 502(d) order is not conceding any wrongdoing on the part of the government.  If that is not acceptable, as we said, we will file a motion and explain our inability to reach an agreement with the government.   We believe we need to file this by the end of this week, so let us know your position as soon as possible. We are happy to jump on a call to discuss, if helpful. Many thanks, Lynn and Grace

| ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP

**Lynn A. Neils**
lneils@eljnlaw.com
Direct: +1 (646) 585-6859 | Mobile: +1 (646) 334-4754
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510  |  http://www.eljnlaw.com/

---

**From:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Sent:** Wednesday, September 23, 2026 5:29 PM
**To:** Lynn Neils <lneils@eljnlaw.com>; Grace Gill <ggill@eljnlaw.com>
**Cc:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Amzallag, Daniel (USANYE) <Daniel.Amzallag@usdoj.gov>
**Subject:** RE: Medina et al - Clawback Request

**CAUTION:** WARNING -- EXTERNAL EMAIL

Lynn,

If you would rather walk away from what is effectively a consent motion because you refuse to relay to the Court either (1) the objectively true fact that the government put you on notice and gave you an opportunity to object prior to producing the full devices, or, in the alternative, (2) that the government has requested an opportunity to file a short response to provide additional context, then that is your choice to make.  We have no further comments beyond what we have already provided.

Please do be aware that if you move on it we reserve the right to fully oppose your motion on the basis of the fact that you waited 14 months to claw back the materials.

Regards,

Laura Zuckerwise
Assistant United States Attorney

Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6204 (O)
(917) 588-7385 (C)
Laura.Zuckerwise@usdoj.gov

---

**From:** Lynn Neils <lneils@eljnlaw.com>
**Sent:** Wednesday, September 23, 2026 2:55 PM
**To:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>; Grace Gill <ggill@eljnlaw.com>
**Cc:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Amzallag, Daniel (USANYE) <Daniel.Amzallag@usdoj.gov>
**Subject:** [EXTERNAL] RE: Medina et al - Clawback Request

Laura,
This has to do with the preservation of our client's attorney client privilege and is simply an order to ensure that your provision of the forensic copy of our client's phones to defense counsel could not be considered or deemed a waiver of his privilege. You should be willing to join in the motion frankly, and that is what we were discussing. Now, you are only agreeing to take no position on the motion and you want us to agree that you have the ability to respond, when we took out what you believed to be objectionable language from our initial draft of the motion at your request. As noted, this is not a suppression motion, but simply a motion for a 502(d) order. You will have the opportunity to respond to a motion, if any, with regard to the government's handling of our client's privileged communications. We are happy to add to the motion language that makes it clear that, by agreeing to not oppose the motion for a 502(d) order, you are not waiving your right to respond to any further motion related to your handling and/or production of the data on our client's phones. If you don't agree, that is fine. We will just make this motion as part of our pre-trial motions due on October 7 and will note our failed attempts to come to an agreement with regard to the 502(d) order, when we do so. Let us know your thoughts as soon as possible. Thanks. Lynn

| ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP

**Lynn A. Neils**
lneils@eljnlaw.com
Direct: +1 (646) 585-6859 | Mobile: +1 (646) 334-4754
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510 | http://www.eljnlaw.com/

---

**From:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Sent:** Wednesday, September 23, 2026 12:56 PM

**To:** Grace Gill <ggill@eljnlaw.com>; Lynn Neils <lneils@eljnlaw.com>
**Cc:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Amzallag, Daniel (USANYE) <Daniel.Amzallag@usdoj.gov>
**Subject:** RE: Medina et al - Clawback Request

**CAUTION:** WARNING -- EXTERNAL EMAIL

Hi Grace,

We think the attached should get us there. It anticipates that we take no position on the motion, have no objection to the proposed order, and request an opportunity to submit a short response to provide additional context.

Thanks,
Laura

Laura Zuckerwise
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6204 (O)
(917) 588-7385 (C)
Laura.Zuckerwise@usdoj.gov

---

**From:** Grace Gill <ggill@eljnlaw.com>
**Sent:** Tuesday, September 22, 2026 3:38 PM
**To:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>; Lynn Neils <lneils@eljnlaw.com>
**Cc:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Amzallag, Daniel (USANYE) <Daniel.Amzallag@usdoj.gov>
**Subject:** [EXTERNAL] Re: Medina et al - Clawback Request

Hi Laura,

Thanks for sending your comments over the weekend. Please see the attached motion (redlined) and proposed order (unchanged) that we intend to file. Happy to jump on a call to talk through any of our changes.

Many thanks.

Get Outlook for Mac

---

**From:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Date:** Tuesday, September 22, 2026 at 2:02 PM
**To:** Lynn Neils <lneils@eljnlaw.com>; Grace Gill <ggill@eljnlaw.com>

**Cc:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Amzallag, Daniel (USANYE) <Daniel.Amzallag@usdoj.gov>
**Subject:** RE: Medina et al - Clawback Request

**CAUTION:** WARNING -- EXTERNAL EMAIL

Hi Lynn,

It's not clear to us which changes are unacceptable to you. We have already said that we would take no position on your motion but that we believed we could reach an agreement as to the language of the proposed order such that we would not object to it. That is still our position – we take no position on your motion and do not object to the proposed order. If you'd like to discuss any specific concerns as to language, it may be helpful to discuss by phone. Let us know if you'd like to set up a call.

Thanks,
Laura

Laura Zuckerwise
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6204 (O)
(917) 588-7385 (C)
Laura.Zuckerwise@usdoj.gov

---

**From:** Lynn Neils <lneils@eljnlaw.com>
**Sent:** Monday, September 21, 2026 1:17 PM
**To:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>; Grace Gill <ggill@eljnlaw.com>
**Cc:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** [EXTERNAL] RE: Medina et al - Clawback Request

Laura,
Your proposed changes are not acceptable to us. We engaged in this whole dialogue, and took out references that you did not like from the proposed order and from the motion, because you said that you would not consent unless we did so. Now you are taking back your consent and introducing the language you want, but not the language we wanted. If you can't agree to the proposed motion (which followed the language of the order that you had agreed to), we will just make this part of the motions that we file on October 7. Let us know if you want us to proceed that way instead. Thanks. Lynn and Grace

| ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP

**Lynn A. Neils**
lneils@eljnlaw.com
Direct: +1 (646) 585-6859 | Mobile: +1 (646) 334-4754
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510 | http://www.eljnlaw.com/

---

**From:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Sent:** Saturday, September 19, 2026 10:06 PM
**To:** Grace Gill <ggill@eljnlaw.com>; Lynn Neils <lneils@eljnlaw.com>
**Cc:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** RE: Medina et al - Clawback Request

**CAUTION:** WARNING -- EXTERNAL EMAIL

Hi Grace,

Thanks for your patience. Please see attached our comments on the motion.

Best,

Laura Zuckerwise
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6204 (O)
(917) 588-7385 (C)
Laura.Zuckerwise@usdoj.gov

---

**From:** Grace Gill <ggill@eljnlaw.com>
**Sent:** Friday, September 18, 2026 10:51 AM
**To:** Lynn Neils <lneils@eljnlaw.com>; Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Cc:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** [EXTERNAL] Re: Medina et al - Clawback Request

Hi Laura,

Just following up here to see if you’ve had a chance to review the letter motion we intend to file. We don’t think anything is objectionable, but we want to send it to Ben and Sam before we try to file by Monday at the latest.

Thanks so much,
Grace

Get Outlook for Mac

---

**From:** Lynn Neils <lneils@eljnlaw.com>
**Date:** Wednesday, September 16, 2026 at 12:58 PM
**To:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Cc:** Grace Gill <ggill@eljnlaw.com>; Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** RE: Medina et al - Clawback Request
Laura,
Attached is copy of the letter motion we intend to file, as well as the order. Let us know if you have any objection. Once you sign off, we will send to Sam and Ben. Thanks.

| ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP

**Lynn A. Neils**
lneils@eljnlaw.com
Direct: +1 (646) 585-6859 | Mobile: +1 (646) 334-4754
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510 | http://www.eljnlaw.com/

---

**From:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Sent:** Tuesday, September 15, 2026 1:29 PM
**To:** Lynn Neils <lneils@eljnlaw.com>
**Cc:** Grace Gill <ggill@eljnlaw.com>; Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** RE: Medina et al - Clawback Request

**CAUTION:** WARNING -- EXTERNAL EMAIL

Hi Lynn,

Thank you. We are fine with that change. This is framed as a proposed order, not as a stipulation, and, as it is your motion, you should file it. We would appreciate seeing the draft motion before you do so that we can formally give you our position on it.

Thank you,
Laura

Laura Zuckerwise
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6204 (O)
(917) 588-7385 (C)
Laura.Zuckerwise@usdoj.gov

---

**From:** Lynn Neils <lneils@eljnlaw.com>
**Sent:** Friday, September 11, 2026 4:02 PM
**To:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Cc:** Grace Gill <ggill@eljnlaw.com>; Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** [EXTERNAL] RE: Medina et al - Clawback Request

Thanks, Laura. Attached is your draft stipulation with one change. We deleted the language in the first Whereas clause saying "following notice to defense counsel and an opportunity to object" You did not include our language regarding the reasons for our failure to object in the stipulation (e.g. we had given you names of attorneys shortly after his arrest for use in screening, etc) so, in fairness, we do not believe that it is appropriate to include your language. Assuming you agree with that one change, and pursuant to your commitment that, if you intend to produce an extraction of our client's full device with filtered items removed, you will give us sufficient notice and an opportunity to first seek relief from the Court, we are good with filing the attached stipulation. Let us know if you agree, and whether you will submit the stipulation or you would like us to. Thanks. Have a great weekend. Lynn and Grace

| ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP
**Lynn A. Neils**
lneils@eljnlaw.com
Direct: +1 (646) 585-6859 | Mobile: +1 (646) 334-4754
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510 | http://www.eljnlaw.com/

---

**From:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Sent:** Tuesday, September 8, 2026 12:54 PM
**To:** Lynn Neils <lneils@eljnlaw.com>
**Cc:** Grace Gill <ggill@eljnlaw.com>; Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>
**Subject:** RE: Medina et al - Clawback Request

**CAUTION:** WARNING -- EXTERNAL EMAIL

Lynn,

Ben emailed back and confirmed he received our 8/13 email and deleted SENSITIVE_EDNY_0000144376 and SENSITIVE_EDNY_0000144377.

Thank you,

Laura Zuckerwise
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6204 (O)
(917) 588-7385 (C)
Laura.Zuckerwise@usdoj.gov

---

**From:** Lynn Neils <lneils@eljnlaw.com>
**Sent:** Tuesday, September 1, 2026 5:30 PM
**To:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Cc:** Grace Gill <ggill@eljnlaw.com>
**Subject:** [EXTERNAL] RE: Medina et al - Clawback Request

Laura,
Have you heard back from Ben or Ezra? Thanks, Lynn

| ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP
**Lynn A. Neils**
lneils@eljnlaw.com
Direct: +1 (646) 585-6859 | Mobile: +1 (646) 334-4754
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
Tel: +1 (212) 321-0510 | http://www.eljnlaw.com/

---

**From:** Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Sent:** Friday, August 28, 2026 11:10 AM
**To:** Ezra Lent <elent@braflaw.com>; Benjamin Brafman <BBrafman@braflaw.com>
**Cc:** Lynn Neils <lneils@eljnlaw.com>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Sam Talkin <samt@talkinlaw.com>; Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Subject:** RE: Medina et al - Clawback Request

**CAUTION:** WARNING -- EXTERNAL EMAIL

Ben and Ezra,

Can you please confirm that you received our August 13 email and deleted SENSITIVE_EDNY_0000144376 and SENSITIVE_EDNY_0000144377?

Thank you,

Laura Zuckerwise
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6204 (O)
(917) 588-7385 (C)
Laura.Zuckerwise@usdoj.gov

---

**From:** Sam Talkin <samt@talkinlaw.com>
**Sent:** Thursday, August 13, 2026 4:04 PM
**To:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>; Ezra Lent <elent@braflaw.com>; Benjamin Brafman <BBrafman@braflaw.com>
**Cc:** Lynn Neils <lneils@eljnlaw.com>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Subject:** [EXTERNAL] RE: Medina et al - Clawback Request

Ok, will do.

Sanford Talkin
Talkin, Muccigrosso & Roberts, LLP
100 Pearl Street
Suite 1801
New York, New York 10004
(t) (212) 482-0007
(f) (212) 482-1303

---

**From:** Silverberg, Eric (USANYE) <Eric.Silverberg@usdoj.gov>
**Sent:** Thursday, August 13, 2026 3:38 PM
**To:** Sam Talkin <samt@talkinlaw.com>; Ezra Lent <elent@braflaw.com>; Benjamin Brafman <BBrafman@braflaw.com>
**Cc:** Lynn Neils <lneils@eljnlaw.com>; Sherman, Sean (USANYE) <Sean.Sherman@usdoj.gov>; Zuckerwise, Laura (USANYE) <Laura.Zuckerwise@usdoj.gov>
**Subject:** Medina et al - Clawback Request

Sam, Ben and Ezra,

Earlier today, Lynn advised us that SENSITIVE_EDNY_0000144376 and SENSITIVE_EDNY_0000144377 – the copies of her client's cell phones – contain privileged communications. Accordingly, we ask that you please promptly delete those items. We will replace them with the potentially privileged communications removed.

Thanks,
Eric

Eric Silverberg
Deputy Chief, General Crimes
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Office: (718) 254-6365 | Cell: (347) 528-3863
eric.silverberg@usdoj.gov