**FILED UNDER SEAL**

# EXHIBIT M

"Admission and Stipulation" dated July 30, 2025

- 6 pages; no Bates number

RCH:MAA/EWS/SMS
F.# 2021R00664

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

WEIHONG HU,

Defendant.
-----------------------------------------------------------X

ADMISSION AND STIPULATION

25-CR-54 (RPK)

IT IS HEREBY ADMITTED, STIPULATED AND AGREED by and between the defendant WEIHONG HU, her counsel, and the UNITED STATES OF AMERICA that:

1. On January 30, 2025, during a meeting, counsel for Ms. Hu were informed by counsel for the government that the United States Attorney's Office had developed evidence that, in connection with the conduct charged in the above-captioned indictment, Ms. Hu had provided an executive of Exodus Transitional Community with the use of a 2022 Mercedes-Benz vehicle that was leased and paid for through a corporate entity in Ms. Hu's control.

2. On January 30, 2025, after the meeting described in paragraph 1 above, Ms. Hu's counsel told Ms. Hu that in connection with the conduct charged in the above-captioned indictment, the United States Attorney's Office had developed evidence that Ms. Hu had provided the executive of Exodus Transitional Community with the use of a 2022 Mercedes-Benz vehicle that was leased and paid for through a corporate entity in Ms. Hu's control.

3. Ms. Hu's counsel contemporaneously recorded the information provided by the government described in paragraph 1 in notes taken during the meeting held on January 30, 2025. True and accurate copies of those notes reflecting the information provided by the government are included as Attachments A and B.

4. This admission and stipulation, including Attachments A and B, are admissible as evidence at trial.

Dated: Brooklyn, New York
7.30., 2025

JOSEPH NOCELLA, Jr.
United States Attorney
Eastern District of New York

By: Meredith A. Arfa
Meredith A. Arfa
Eric Silverberg
Sean M. Sherman
Assistant United States Attorneys

WEIHONG HU
Defendant

Benjamin Brafman, Esq.
Counsel for Weihong Hu
Brafman & Associates, P.C.
256 Fifth Avenue, 2nd Floor
New York, NY 10001

I have read this entire admission and stipulation and it has also been translated for me, including this paragraph. I have discussed it with my counsel, Benjamin Brafman, Esq., and with Curcio counsel, Donna R Newman. I understand that it may be received into evidence and used against me at trial, and I am entering into it knowingly and voluntarily.

WEIHONG HU
Defendant

Translated by:

Lilly Lau

I have read this entire admission and stipulation. I understand all of its terms and am entering into it knowingly and voluntarily.

Benjamin Brafman, Esq.
Counsel for Weihong Hu
Brafman & Associates, P.C.
256 Fifth Avenue, 2nd Floor
New York, NY 10001

# EXHIBIT A

REVERSE PROFFER

[redacted]

NOV 2021
MERCEDES FOR JULIO
JAN 2022 - DEC. 2024

[redacted]

[redacted] Share information

Couple more piece of information:

⊙ Nov. 2021. Client financed Mercedes for approx 100K. Medina

2022 → Dec. 2024 payments

Kickbacks to J.M. unrelated to

⊙ Purchased a home for Medina as well 1.3 million 2022

↓

⊙ Exodus MOJC

[redacted]