**FILED UNDER SEAL**

# EXHIBIT O

Email chain of April 14, 2020, "Reentry Provider Hotel Coordination"

- The chain of April 14, 2020, 12:03 p.m. through 6:27 p.m. (10 pp.)
- Not produced in discovery; provenance set out in the Neils Declaration ¶ 35

- Counsel's transmittal of September 29, 2026 is not part of this exhibit

---

**From:** Garvin, Eric <EGarvin@cityhall.nyc.gov>
**Sent:** Tuesday, April 14, 2020 6:27 PM
**To:** 'Andre Cartier' <Acartier@fedcap.org>; Nora Reissig <NReissig@etcny.org>; Hilton Worrell <HWorrell@fedcap.org>; Silvia Estrada <SEstrada@fedcap.org>; Mitch Georges <MiGeorges@fedcap.org>
**Cc:** Calabrese, Anna <ACalabrese@justice.nyc.gov>; Dozier-Lewis, Nandi <NDozier-Lewis@cityhall.nyc.gov>; Diana Ortiz <DOrtiz@etcny.org>; Jennifer Kaake <JKaake@etcny.org>
**Subject:** RE: Reentry Provider Hotel Coordination

Thank you all!

---

**From:** Andre Cartier [mailto:Acartier@fedcap.org]
**Sent:** Tuesday, April 14, 2020 5:57 PM
**To:** Nora Reissig; Garvin, Eric; Hilton Worrell; Silvia Estrada; Mitch Georges
**Cc:** Calabrese, Anna; Dozier-Lewis, Nandi; Diana Ortiz; Jennifer Kaake
**Subject:** Re: Reentry Provider Hotel Coordination

Understood.  Thank you.

Respectfully,

*Andre Cartier*

Associate Director

S.M.A.R.T. Program

210 E. 43 Street, 3rd Floor

New York, NY, 10017

Office (646) 902-3698

Cell (929) 237-5173

acartier@fedcap.org

FEDCAP inc.
The Power of Possible

---

**From:** Nora Reissig <NReissig@etcny.org>
**Sent:** Tuesday, April 14, 2020 5:53 PM
**To:** Andre Cartier <Acartier@fedcap.org>; Garvin, Eric <EGarvin@cityhall.nyc.gov>; Hilton Worrell <HWorrell@fedcap.org>; Silvia Estrada <SEstrada@fedcap.org>; Mitch Georges <MiGeorges@fedcap.org>
**Cc:** Calabrese, Anna <ACalabrese@justice.nyc.gov>; Dozier-Lewis, Nandi <NDozier-Lewis@cityhall.nyc.gov>; Diana Ortiz <DOrtiz@etcny.org>; Jennifer Kaake <JKaake@etcny.org>
**Subject:** RE: Reentry Provider Hotel Coordination

CAUTION: External email. This is not from a colleague within the agency. Do not click on links or open attachments unless it's a trusted and expected source. If you believe this is a malicious email, please forward it to ReportPhishing@fedcap.org

This is great Andre…thanks!

They should ask for Jen Kaake when they get to hotel.

**Nora Reissig, MA, LMSW**

**(pronouns: she/her/hers – what is this?**

**V.P. of Development & Programs**

***Cell # (646)730-5812***

**Offices:**

**2268 3rd Avenue** **97-99 Cannon Street** **85 Grand Street**

**New York, 10035** **Poughkeepsie, 12601** **Newburgh, 12550**

**(917) 492-0990** **(845) 452-7620** **(845) 565-2700**

**www.etcny.org**

You can donate 0.5% of the price of your eligible AmazonSmile purchases to Exodus. Simply sign up here: https://smile.amazon.com/ch/31-1731465

Join our mailing list here: https://www.etcny.org/mailing-list

Attention: This message contains information that may be legally confidential and/or privileged. The information is intended solely for the individual(s) or entity (ies) named above, and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited, and may be unlawful. If you have received this message in error, please reply immediately to the sender that you have received the message in error, and delete it.

---

**From:** Andre Cartier [mailto:Acartier@fedcap.org]
**Sent:** Tuesday, April 14, 2020 5:47 PM
**To:** Garvin, Eric <EGarvin@cityhall.nyc.gov>; Hilton Worrell <HWorrell@fedcap.org>; Silvia Estrada <SEstrada@fedcap.org>; Mitch Georges <MiGeorges@fedcap.org>
**Cc:** Nora Reissig <NReissig@etcny.org>; Calabrese, Anna <ACalabrese@justice.nyc.gov>; Dozier-Lewis, Nandi <NDozier-Lewis@cityhall.nyc.gov>; Diana Ortiz <DOrtiz@etcny.org>
**Subject:** Re: Reentry Provider Hotel Coordination

Thank you Mr. Garvin. Mr. Georges and Mr. Worrell have no problem with this. Mr. Georges will handle the 8 AM to 4 PM shift and Mr. Worrell will handle the 4 PM to 12 AM shift. Once on site will the staff ask for you or Ms. Reissig?

Respectfully,

*Andre Cartier*

Associate Director

S.M.A.R.T. Program

210 E. 43 Street, 3rd Floor

New York, NY, 10017

Office (646) 902-3698

Cell (929) 237-5173

acartier@fedcap.org

FEDCAP inc.
The Power of Possible

---

**From:** Garvin, Eric <EGarvin@cityhall.nyc.gov>
**Sent:** Tuesday, April 14, 2020 5:25 PM
**To:** Andre Cartier <Acartier@fedcap.org>; Hilton Worrell <HWorrell@fedcap.org>; Silvia Estrada <SEstrada@fedcap.org>; Mitch Georges <MiGeorges@fedcap.org>
**Cc:** Nora Reissig <NReissig@etcny.org>; Calabrese, Anna <ACalabrese@justice.nyc.gov>; Dozier-Lewis, Nandi <NDozier-Lewis@cityhall.nyc.gov>; 'Diana Ortiz' <DOrtiz@etcny.org>
**Subject:** RE: Reentry Provider Hotel Coordination

CAUTION: External email. This is not from a colleague within the agency. Do not click on links or open attachments unless it's a trusted and expected source. If you believe this is a malicious email, please forward it to ReportPhishing@fedcap.org

Good evening Andre,

I believe that is possible.

Exodus has a staffing schedule of 8am-4pm and then 4pm-12midnight correct?

Please let me know if this sounds workable for everyone.

Thank you in advance.

**Eric E. Garvin, J.D.**

Senior Program Manager

Reentry and Culture Change

Mayor's Office of Criminal Justice

1 Centre St., 10th Floor, Rm 1012N

New York, NY 10007

Office: 212-416-5270

Cell: 917-488-8670
www.nyc.gov/criminaljustice

---

**From:** Andre Cartier [mailto:Acartier@fedcap.org]

**Sent:** Tuesday, April 14, 2020 1:53 PM
**To:** Garvin, Eric; Hilton Worrell; Silvia Estrada; Mitch Georges
**Cc:** Nora Reissig; Calabrese, Anna; Dozier-Lewis, Nandi
**Subject:** Re: Reentry Provider Hotel Coordination

Good Afternoon Garvin,

I am Ms. Estrada's Associate Director Cartier. I was informed that you need two of our staff members, can you tell me if it is possible to have one come in the morning and the other in the afternoon? If this is good what time should they be there until?

Respectfully,

*Andre Cartier*

Associate Director

S.M.A.R.T. Program

210 E. 43 Street, 3rd Floor

New York, NY, 10017

Office (646) 902-3698

Cell (929) 237-5173

acartier@fedcap.org

FEDCAP inc.
The Power of Possible

---

**From:** Garvin, Eric <EGarvin@cityhall.nyc.gov>
**Sent:** Tuesday, April 14, 2020 1:49 PM

**To:** Hilton Worrell <HWorrell@fedcap.org>; Silvia Estrada <SEstrada@fedcap.org>; Andre Cartier <Acartier@fedcap.org>; Mitch Georges <MiGeorges@fedcap.org>
**Cc:** Nora Reissig <NReissig@etcny.org>; Calabrese, Anna <ACalabrese@justice.nyc.gov>; Dozier-Lewis, Nandi <NDozier-Lewis@cityhall.nyc.gov>
**Subject:** RE: Reentry Provider Hotel Coordination

CAUTION: External email. This is not from a colleague within the agency. Do not click on links or open attachments unless it's a trusted and expected source. If you believe this is a malicious email, please forward it to ReportPhishing@fedcap.org

Thank you all for your continued dedication and effort, especially in these times.

We appreciate you.

---

**From:** Hilton Worrell [mailto:HWorrell@fedcap.org]
**Sent:** Tuesday, April 14, 2020 1:34 PM
**To:** Silvia Estrada; Andre Cartier; Mitch Georges
**Cc:** Nora Reissig; Calabrese, Anna; Dozier-Lewis, Nandi; Garvin, Eric
**Subject:** Re: Reentry Provider Hotel Coordination

Thank you,

I am all in.

Hilton Worrell

Weekday Facilitator, SMART

Fedcap, Inc.

210 E 43rd Street

New York, NY 10017

Hworrell@fedcap.org

FEDCAP inc.
The Power of Possible

---

**From:** Silvia Estrada <SEstrada@fedcap.org>
**Sent:** Tuesday, April 14, 2020 12:25 PM
**To:** Andre Cartier <Acartier@fedcap.org>; Hilton Worrell <HWorrell@fedcap.org>; Mitch Georges <MiGeorges@fedcap.org>
**Cc:** Nora Reissig <NReissig@etcny.org>; Calabrese, Anna <ACalabrese@justice.nyc.gov>; Dozier-Lewis, Nandi <NDozier-Lewis@cityhall.nyc.gov>; Garvin, Eric <EGarvin@cityhall.nyc.gov>
**Subject:** FW: Reentry Provider Hotel Coordination

Hi team,

They are opening a new hotel for participants being released from Rikers. Mr. Cartier may reach out to you if he hasn't already done so. They need our support for tomorrow at the new location. I gave Nora Reissig, Director of Exodus your contact information in the event that she needs to coordinate with you. I have cc:d her on this email as well as our MOCJ liaisons.

Wyndham Garden Fresh Meadows Flushing

61-27 186th St.

Fresh Meadows, NY 11365

Thank you,

**Silvia Estrada**

Director, RikerSMART & Jails2Jobs

Fedcap Inc.

210 E. 43rd Street

New York, NY 10017

T. (212)727-4354

C.(718)561-9076

Email: SEstrada@fedcap.org

FEDCAP inc.
The Power of Possible

www.fedcap.org

---

**From:** Calabrese, Anna <ACalabrese@justice.nyc.gov>
**Sent:** Tuesday, April 14, 2020 12:03 PM
**To:** Darrin Brown <dbrown@osborneny.org>
**Cc:** jpage@fortunesociety.org; srichards@fortunesociety.org; gheaden@osborneny.org; sgottesfeld@osborneny.org; msuzuki@fortunesociety.org; Dozier-Lewis, Nandi <NDozier-Lewis@cityhall.nyc.gov>; Cassel, Sarah <SCassel@cityhall.nyc.gov>; DOrtiz@etcny.org; NReissig@etcny.org; Garvin, Eric <EGarvin@cityhall.nyc.gov>; sgoldstein@fortunesociety.org; rrothschild@fortunesociety.org; Silvia Estrada <SEstrada@fedcap.org>; jmedina@etcny.org; d.spina@housingworks.org; rdeleon@fortunesociety.org
**Subject:** RE: Reentry Provider Hotel Coordination Call

CAUTION: External email. This is not from a colleague within the agency. Do not click on links or open attachments unless it's a trusted and expected source. If you believe this is a malicious email, please forward it to ReportPhishing@fedcap.org

Hi all--

This is the address of the new hotel:

Wyndham Garden Fresh Meadows Flushing

61-27 186th St.

Fresh Meadows, NY 11365

---

> Sent from my iPhone

CONFIDENTIALITY NOTICE: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please contact the sender by email or if applicable the telephone number indicated above. Thank you.

CONFIDENTIALITY NOTICE: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please contact the sender by email or if applicable the telephone number indicated above. Thank you.

CONFIDENTIALITY NOTICE: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please contact the sender by email or if applicable the telephone number indicated above. Thank you.

CONFIDENTIALITY NOTICE: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please contact the sender by email or if applicable the telephone number indicated above. Thank you.

CONFIDENTIALITY NOTICE: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please contact the sender by email or if applicable the telephone number indicated above. Thank you.