UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,

- against -

JULIO MEDINA,
CHRISTOPHER DANTZLER, and
WEIHONG HU,

Defendants.
- - - - - - - - - - - - - - - - - - - - - X

**REFERENCE LIST PURSUANT TO FED. R. CRIM. P. 49.1(g)**

No. 25-cr-54 (S-1) (RPK)

**FILED UNDER SEAL**

Defendant Julio Medina submits this reference list under Federal Rule of Criminal Procedure 49.1(g) with the redacted public version of his memorandum of law, filed on October 28, 2026 (ECF No. 82). Each item in the left column is the form in which the information in the right column appears in the public version. Under Rule 49.1(g), any reference in this case to a listed identifier is to be construed to refer to the corresponding information. This list is filed under seal.

| Form in the public memorandum | Information redacted |
|---|---|
| **A. Individuals** | |
| "Mr. Medina's wife"; "his wife" | Mr. Medina's wife's name, which the unredacted memorandum gives as "Mrs. Medina" |
| **B. Addresses** | |
| "[REDACTED], Clifton Park" (after "agents searched") | 514 Vischer Ferry Road |
| "[REDACTED]" after "bought a townhouse at" and "bought the townhouse at," and in the footnote "([REDACTED] deed)" | 946 St. Nicholas Avenue |

The public version also omits, at the government's request, passages that describe or quote the applications for warrants and orders, other material the government designated "Sensitive" under the Protective Order (ECF No. 35), and the device list enclosed with the government's letter of July 22, 2026. Those passages are not identifiers. Each appears in the public version as "[REDACTED]," and its text is in the unredacted memorandum filed under seal.

Dated: New York, New York
October 28, 2026

ELLIOTT LEVINE JAROSLAW NEILS LLP
*By: /s/ Lynn A. Neils*
Lynn A. Neils
Attorneys for Defendant Julio Medina