**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LZ/GMR/DKA
F. #2021R00664

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 13, 2026

By Email and ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Medina et al.
Criminal Docket No. 25-54 (RPK) (S-1)

Dear Judge Kovner:

The government respectfully writes, with the consent of defense counsel, to seek leave of the Court to file a memorandum of law, in response to the defendants' pretrial motions, of up to 60 pages. The government's response is currently due on November 18, 2026. Defendants Julio Medina and Weihong Hu have filed memoranda of law, in support of their pretrial motions, of 40 and 35 pages, respectively. These memoranda include lengthy motions to dismiss, together with motions for severance, for discovery, for bills of particulars, for suppression, and for the preclusion of evidence. These defendants' motions are accompanied by attorney declarations, including a 25-page attorney declaration filed by defendant Medina, which cites to 15 exhibits totaling hundreds of pages. The additional pages that the government seeks are needed to provide a fulsome response to the defendants' motions, including explanations of the law, of the present discovery record, and of the case facts. The government respectfully submits that a single, omnibus brief, requiring additional pages, would enable the government to respond to the defendants' motions most efficiently. Counsel for the defendants consent to this request.

For these reasons, the government respectfully seeks leave, with the consent of defense counsel, to file a response memorandum of law of up to 60 pages. We thank the Court for its consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Laura Zuckerwise
Gilbert Rein
Daniel K. Amzallag
Assistant U.S. Attorneys
(718) 254-6407

cc: Clerk of Court (RPK) (by ECF and email)
All Defense Counsel (by ECF and email)